ADAM GORDON
United States Attorney
CARL F. BROOKER, IV.
Washington DC Bar No. 1022908
E. CHRISTOPHER BEELER
California Bar No.: 330496
New York Bar No.: 5422068
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7994
Email: carl.brooker@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>CARLOS MANUEL DA SILVA SANTOS, et al.,<br><br>                Defendants. | No. 23-CR-2507-RSH<br><br>GOVERNMENT MOTION TO SEAL VICTIM IMPACT STATEMENTS AND INDEX |

    The United States of America moves to seal an additional 14 Victim Impact Statements and the accompanying Index.[1] These statements largely consist of both personally identifiable information and financial information of victims of the Ethos scheme. Disclosure to the public of the sensitive information contained in the statements has the potential to revictimize the victims of the crime and invade their

---

[1] On April 14, 2025, the Court sealed the first ten Victim Impact Statements. ECF No. 139.

privacy.[2]

DATED: April 29, 2025.

              Respectfully submitted,

              ADAM GORDON
              United States Attorney

              */s/ Carl F. Brooker*
              CARL F. BROOKER
              Assistant U.S. Attorney

---

[2] *See generally, Robinson v. Najera*, 21-CV-01989, 2024 WL 1257497, at *4 (D. Nev. Mar. 22, 2024); *Evans v. ZB, N.A.*, 17-CV-01123, 2019 WL 6918278, at *2-3 (E.D. Cal. Dec. 19, 2019).