Exhibit #7
Government Sentencing
Memo Exhibits



**ETHOS ASSET MANAGEMENT INC.**

Registration number: ████████

**Annual Financial Statements**

for the year ended 31 December 2022



OPL-095720

OPL-095720

ETHOS ASSET

MANAGEMENT

**ETHOS ASSET MANAGEMENT INC**
Registration number: █████████
Annual Financial Statements for the annual ended 31 December 2022

## INDEX

The reports and statements set out below comprise the annual financial statements presented to the directors:

| | |
|---|---|
| Index | 1 |
| General Information | 2 |
| Report of the Board | 3 |
| Director's Responsibilities and Approval | 4 |
| Statement of Financial Position | 5 |
| Statement of Comprehensive Income | 6 |
| Accounting Policies | 7 |



Page 1

OPL-095721
OPL-095721

**ETHOS ASSET MANAGEMENT**

**MANAGEMENT**

ETHOS ASSET MANAGEMENT INC

Registration number: █████████

Annual Financial Statements for the annual ended 31 December 2022

## GENERAL INFORMATION

| | |
|---|---|
| COUNTRY OF INCORPORATION AND DOMICILE | United States of America |
| TYPE OF COMPANY AND NATURE OF BUSINESS | Private Company, Investment Company |
| DIRECTORS | Carlos Manuel da Silva Santos |
| SHAREHOLDERS | Carlos Manuel da Silva Santos |
| REGISTERED OFFICE | 4660 La Jolla Village Drive, San Diego, California, 92122<br>San Diego, California<br>CA, 92122<br>USA |
| BANKERS | Citibank, JP Morgan Chase, Comerica, BTG,<br>Isbank, Signature Bank, EWB Bank, Oanda, BTG, Mellon Bank, Morgan Stanley. |
| ACCOUNTANT AND BOOKKEEPING | Hoffman & Associates |
| SECRETARY | Carlos Manuel da Silva Santos |
| COMPANY REGISTRATION NUMBER | ████████ |



OPL-095722

OPL-095722

## REPORT OF THE BOARD

To the Directors of ETHOS ASSET MANAGEMENT INC

We have compiled the accompanying statement of assets, liabilities, and equity, income tax basis of Ethos Asset Management Inc. as of December 31, 2022 and the related statements of revenue and expenses – income tax basis, for the year then ended. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance wit the income tax basis of accounting.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with the income tax basis of accounting and for designing, implementing, and maintaining internas control relevant to the preparation and fair presentation of the financial statements.

**Hoffman & Associates**
SAN DIEGO, California

**30 January 2023**

OPL-095723

OPL-095723

**ETHOS ASSET MANAGEMENT INC**
Registration number: ▮▮▮▮▮▮
Annual Financial Statements for the annual ended 31 December 2022

## DIRECTOR'S RESPONSIBILITIES AND APPROVAL

The director(s) is required to maintain adequate accounting records and is responsible for the content and integrity of the annual financial statements and related financial information included in this report. It is his responsibility to ensure that the annual financial statements satisfy the financial reporting standards as to form and content and present fairly the statement of financial position, results of operations of the trust, and explain the transactions and financial position of the business of the trust at the end of the financial year. The annual financial statements are based upon appropriate accounting policies consistently applied throughout the trust and supported by reasonable and prudent judgements and estimates.

The director acknowledges that they are ultimately responsible for the system of internal financial control established by the trust and place considerable importance on maintaining a strong control environment. To enable the director to meet these responsibilities, the directors sets standards for internal control aimed at reducing the risk of error or loss in a cost effective manner. The standards include the proper delegation of responsibilities within a clearly defined framework, effective accounting procedures and adequate segregation of duties to ensure an acceptable level of risk. These controls are monitored throughout the trust and all director are required to maintain the highest ethical standards in ensuring the trust's business is conducted in a manner that in all reasonable circumstances is above reproach.

The focus of risk management in the trust is on identifying, assessing, managing and monitoring all known forms of risk across the trust. While operating risk cannot be fully eliminated, the trust endeavours to minimise it by ensuring that appropriate infrastructure, controls, systems and ethical behaviour are applied and managed within predetermined procedures and constraints.

The director is of the opinion that the system of internal control provides reasonable assurance that the financial records may be relied on for the preparation of the annual financial statements. However, any system of internal financial control can provide only reasonable, and not absolute, assurance against material misstatement or loss. The going-concern basis has been adopted in preparing the financial statements. Based on forecasts and available cash resources the director has no reason to believe that the trust will not be a going concern in the foreseeable future. The financial statements support the viability of the trust.

The outlook for the world economy at the beginning of 2022 was one of optimism based on the positive impact of measures to contain the pandemic and the gradual normalisation of global imbalances, particularly in regard to supply chains. During the first six months, however, several challenges arose. The first was the aftermath of Russia's invasion of Ukraine. This was followed by the impact of the restrictive measures implemented by the Chinese authorities in response to new outbreaks of Covid-19. At the same time, production and consumption prices continued to rise month after month, delaying the expected turnaround in the overall economic trend. Global supply chains were affected by persistent difficulties. Europe suffered an energy crisis, while emerging economies, especially those of the more fragile countries in Africa and Asia, were beset by food shortages. Higher interest rates, the prospect of increased monetary tightening, less favourable financial conditions, the depreciation of risky assets, increased volatility and risk aversion characterised financial markets. The US dollar became the preferred safe haven currency. The US economy will have registered in the second quarter, registering a continuous six months of negative economic growth. A reduction in residential construction, a fall in business stocks and a decrease in goods consumption appear to have been the underlying causes of this drop, which contrasted with the increase in imports at the beginning of the year.

The financial statements have been prepared by an independent auditing firm Hoffman & Associates, who have been given unrestricted access to all financial records and related data. The director believes that all representations made to the independent report during the accounting period were valid and appropriate.

Carlos Manuel da Silva Santos

Page 4

OPL-095724

OPL-095724

**ETHOS ASSET MANAGEMENT INC**
Registration number: ▉▉▉▉▉▉
Annual Financial Statements for the annual ended 31 December

## STATEMENT OF FINANCIAL POSITION

| Figures in $US | 2022 | 2021 |
|---|---|---|
| **Assets** | | |
| **Non-Current Assets** | | |
| Property, plant and equipment | 188 055 | 188 055 |
| Loan to third parties | 1 154 488 399 | 1 065 266 822 |
| | **1 154 676 454** | **1 065 454** |
| | | |
| **Current Assets** | | |
| Cash and cash equivalents | 1 050 929 612 | 722 569 131 |
| Inventory | 8 558 873 | 8 558 873 |
| Loans | | |
| Trade and other receivables | 144 399 | 144 399 |
| | **859 565 947** | **731 272 403** |
| | | |
| **Total Assets** | **2 214 309 338** | **1 796 727 280** |
| | | |
| **Equity and Liabilities** | | |
| **Equity** | | |
| Issued capital | 950 000 000 | 718 819 855 |
| Retained earnings | 224 653 153 | 224 653 153 |
| Net income of the period | 16 886 042 | 0 |
| | **1 191 539 195** | **943 473 008** |
| | | |
| **Non-Current Liabilities** | | |
| Secured Borrowings | 271 155 126 | 211 261 126 |
| Loan from shareholder | 650 000 000 | 540 378 129 |
| Unsecured Borrowings | 38 617 042 | 38 617 042 |
| | **959 772 168** | **790 256 297** |
| | | |
| **Current Liabilities** | | |
| Trade and other payables | 41 877 116 | 41 877 116 |
| Bank overdraft | - | - |
| Current taxation liability | 20 340 222 | 20 340 222 |
| Current portion of long term liabilities | 780 637 | 780 637 |
| | **62 997 975** | **62 997 975** |
| | | |
| **Total Equity and Liabilities** | **2 214 309 338** | **1 796 727 280** |



OPL-095725
OPL-095725

**ETHOS ASSET MANAGEMENT INC**
Registration number: <span style="background:black">███████</span>
Annual Financial Statements for the annual ended 31 December

## STATEMENT OF COMPREHENSIVE INCOME

| Figures in $US | 2022 | 2021 |
|---|---|---|
| **Income** | 231 114 997 | 592 414 331 |
| Cost of sales | - | - |
| Gross profit | 231 114 997 | 592 414 331 |
| | | |
| Other income | | |
| Operating costs | 199 063 969 | 521 233 121 |
| **Operating profit/(loss)** | **32 051 028** | **71 181 210** |
| | | |
| Finance income | - | - |
| Finance costs | 8 598 193 | 13 581 199 |
| **Profit before taxation** | **23 452 835** | **57 600 011** |
| | | |
| Distribution | - | - |
| **Profit/(loss) after distribution** | 23 452 835 | 57 600 011 |
| | | |
| Taxation expense | 6 566 794 | 16 128 003 |
| **Net profit for the year** | **16 886 041** | **41 472 008** |
| | | |
| **Total comprehensive income** | **16 886 042** | **41 472 008** |



OPL-095726
OPL-095726

ETHOS ASSET MANAGEMENT INC

**Registration number** ███████

Annual Financial Statements for the annual ended 31 December 2022

## ACCOUNTING POLICIES

### 1. General Information

ETHOS ASSET MANAGEMENT INC is a private company founded in USA. The type of business and its principal. activities is that of investment activity.

### 2. Summary of significant accounting policies

These financial statements have been prepared in accordance with the International Financial Reporting Standards issued by the International Accounting Standards Board. The principle accounting policies applied in the preparation of these financial statements are set out below. These policies have been consistently applied to all the years presented, unless otherwise stated.

### 2. Summary of significant accounting policies

These financial statements have been prepared in accordance with the International Financial Reporting Standards issued by the International Accounting Standards Board. The principal accounting policies applied in the preparation of these financial statements are set out below. These policies have been consistently applied to all the years presented, unless otherwise stated.

These financial statements have been prepared under the historical cost convention and are presented in USA.

### 2.1 Revenue recognition

Revenue comprises the fair value of the consideration received or receivable for the sale of goods and/or services in the ordinary course of the company's activities. Revenue is shown net of value-added taxation, returns, and discounts.

The company recognises revenue when: the amount of revenue can be reliably measured; it is probable that future economic benefits will flow to the entity; and specific criteria have been met for each of the company's activities, as described below:

#### 2.1.1 Receivables

Where the outcome of a construction contract can be estimated reliably, contract revenue and costs are recognised by reference to the stage of completion of the contract activity at the balance sheet date, as measured by (basis used)

When the outcome of a construction contract cannot be estimated realiably, contract revenue is recognised to the extent that contract costs incurred are recoverable. Contract costs are recognised as an expense in the period in which they are incurred.

When it is probable that total contract costs will exceed total contract revenue, the expected loss is recognised as an expense immediately.

### 2.2 Income taxes

The taxation expense for the period comprises current and deferred taxation. Tax is recognised in profit or loss, except that a change attributable to an item of income or expense recognised as other comprehensive income is also recognised directly in other comprehensive income.

The current income taxation charge is calculated on the basis of tax rates and laws that have been enacted or substantively enacted by the reporting date.

Deferred taxation is recognised on differences between the carrying amounts of assets and liabilities in the financial statements and their corresponding taxation bases (known as temporary differences). Deferred taxation liabilities are recognised for all temporary differences that are expected to increase taxable profit in the future. Deferred taxation assets are recognised for all temporary differences that are expected to reduce taxable profit in the future, and any unused taxation losses or unused taxation credits. Deferred taxation assets are measured at the highest amount that, on the basis of current or estimated future taxable profit, is more likely than not to be recovered.

The net carrying amount of deferred taxation assets is reviewed at each reporting date and is adjusted to reflect the current assessment of future taxable profits. Any adjustments are recognised in profit or loss.

Deferred taxation is calculated at the taxation rates that are expected to apply to the taxable profit/(taxation loss) of the periods in which it expects the deferred taxation asset to be realised or the deferred taxation liability to be settled, on the basis of taxation rates that have been enacted or substantively enacted by the end of the reporting period.

### 2.3 Investment property

Investment property is recognised as an asset when, and only when, it is probable that the future economic benefits will flow to the enterprise, and the cost of the investment property can be reliably measured. Investment property is property held to earn rentals or for capital appreciation or both, rather than for use in the production or supply of goods or services, for administrative purposes, or for sale in the ordinary course of business.



Page 7

OPL-095727

OPL-095727

Investment property is initially recognised at cost. Transaction costs are included in the initial measurement.

Costs include costs incurred initially and costs incurred subsequently to add to, or to replace a part of, or service a property. If a replacement part is recognised in the carrying amount of the investment property, the carrying amount of the replaced part is derecognised.

After initial recognition, investment property whose fair value can be measured reliably without undue cost or effort shall be measured at fair value at each reporting period with changes in fair value recognised in profit or loss. If the fair value cannot be determined without undue cost and effort, the investment property is classified to property, plant and equipment.

### 2.4 Property, plant and equipment

Items of property, plant and equipment are measured at cost less accumulated depreciation and any accumulated impairment losses.

Costs include costs incurred initially to acquire or construct an item of property, plant and equipment and costs incurred subsequently to add to, replace part of, or service it. If a replacement cost is recognised in the carrying amount of an item of property, plant and equipment, the carrying amount of the replaced part is derecognised.

Depreciation is charged so as to allocate the cost of assets less their residual values over their estimated useful lives, using the straight-line method. The following rates are used for the depreciation of property, plant and equipment:

### 2.5 Trade and other receivables

Trade receivables are recognised initially at the transaction price. They are subsequently measured at amortised cost using the effective interest rate method, less provision for impairment. A provision for impairment of trade receivables is established when there is objective evidence that the company will not be able to collect all amounts due according to the original terms of the receivables.

### 2.7 Cash and cash equivalents

Cash and cash equivalents includes cash on hand, demand deposits and other short-term highly liquid investments with original maturities of three months or less. Bank overdrafts are shown in current liabilities on the statement of financial position.

### 2.8 Share capital and retained earnings

All funds of a capital nature received by the company are accounted for directly to the company capital account. This includes the original donation received by the companyees to establish the company, as well as all donations received by the company since the company's inception. This excludes capital gains and losses realised by the company in the normal course of its business activities. company capital is reduced by any capital distributed by the companyees to any capital beneficiary.

Retained earnings consists of all revenues, capital gains and capital losses retained by the company after payment of all expenses, taxes and distributions of income and capital gains to beneficiaries.

### 2.9 Borrowing costs

Borrowings are recognised initially at the transaction price (that is, the present value of cash payable to the bank, including transaction costs). Borrowings are subsequently stated at amortised cost. Interest expense is recognised on the basis of the effective interest rate method and is included in finance costs.

Borrowings are classified as current liabilities unless the company has an unconditional right to defer settlement of the liability for at least 12 months after the reporting date.

### 2.10 Trade payables

Trade payables are recognised initially at the transaction price and subsequently measured at amortised cost using the effective interest rate method.

### 2.12 Bank loans and overdrafts

Interest expense is recognised on the basis of the effective interest rate method and is included in finance costs.

### 8. Approval of annual financial statements

These financial statements were approved by the company



OPL-095728
OPL-095728