# EXHIBIT A-1

Honorable Robert S. Huie
United States District Court for the Southern District of California

02.17.2025

Your Honor,

My name is Eylem Santos and I am the wife of Carlos Santos. I am writing this letter to express my
unwavering support for my husband as we approach his sentencing hearing. I had previously written to
the Court but as we come closer to this significant moment I feel it is necessary to share even more about
the man I know and love and the true character he deplays every day.

My husband is someone I deeply admire. He is caring and kind and always sensitive to the needs of those
around him. I have seen how responsible and disciplined he is not only in his work but in every aspect of
his life. There is a quiet mercy in him and a genuine compassion that touches everyone he meets. His
strong family bonds have always been important to him and I feel fortunate to have a close relationship
with his family as well. His desire to be useful to the world has always defined him even during the most
challenging times of his incarceration.

When I was ill with a high fever he stayed by my side for five days making sure I took my medications,
stayed hydrated, and prayed for me for a speedy recovery. I know that he showed the same care for his
grandmother during her battle with cancer and for my mother when she was injured and was not able to
walk alone. He wanted to visit her regularly and take her out with us to eat outside and take fresh air by
the sea. My mother defines him as a kind and caring man with a heart full of love. You can see the feeling
in the photos and videos that I shared with Court of my mother and my husband. His empathy extends far
beyond our family.

Even during his incarceration my husband continued to care for others. While detained in New Jersey,
MCC, and Geo facilities he voluntarily taught English and economics to inmates who never imagined
they could pursue education. His encouragement inspired one inmate to start planning a business with his
wife and another to prepare for university after release and in this way he helped many stay out of trouble
and lead a peaceful family life after their release. His passion for learning and teaching is a fundamental
part of who he is and he found ways to keep that passion alive even in detention.

We shared meaningful moments despite the distance. He explored art through videos available to inmates
on tablets, often choosing paintings and sending me his thoughts. I would find the paintings online, share
my own insights, and include professional commentaries. We even began meditating together to bring a
sense of peace into our lives and we chose novels and self development books to read at the same time
and comment on them on the phone and by messages.

Before this process disrupted our lives we cherished simple joys. Sunday walks after late breakfasts - a
tradition in my country that he loved - were among our happiest moments. We enjoyed choosing movies
together, watching them while drinking tea, and spending time with our families. I dream of the day when
we can gather in his family home again, him falling asleep on the sofa while his father watches a football
game, me placing a blanket over him, and his mother gently waking him when dinner is ready.

We also dreamed of building a sanctuary for stray animals. Not just a shelter but a well organized haven
with veterinarians, volunteers, and support from universities and municipalities providing care. For our
wedding instead of flowers we asked our guests to donate the animal rescue organizations which helped
cover their costs and my husband made a personal donation to cover the treatment expenses of a
paralyzed puppy. We also wanted to create an education center where volunteers could teach children
from unpriviledged families and although these plans have been put on hold we still hope to make them a
reality one day.

**EXHIBIT A-1**

-2-

Scanned with
CamScanner

My husband excelled academically. He was a top student in university and was deeply passionate about economics both in studying and teaching it. It is worth noting that he was outstanding at Lisbon School of Economics & Management (ISEG) – University of Lisbon with distinctive qualifications and was loved by his students. His humility and sincerity touch everyone he meets like when he always brought sweets from Portugal for the family of his driver each time he traveled and after the devastating earthquake in Turkiye he made donations to support those in need to have tents, food, hygiene products, blankets, etc.

Throughout this difficult time his parents have never hesitated to support him in every possible way. They have stood by him emotionally and physically and even used their life savings to help their son demonstrating the strength of their love and the belief they have in him.

It also pains me to know that his detention may have created the false impression that he was trying to flee. My husband traveled regularly to US and it was during one of these visits that he was detained.

I believe in my husband's intelligence, adaptability, and unwavering compassion. I know that he has so much good left to give to this world and I long for the day when we can heal from this trauma together surrounded by nature and living a simple and grounded life. My deepest wish is to have him back home soon, hopefully this year, so we can continue our life together and give back to our community in the ways we always dreamed.

Thank you for taking the time to read my letter and for your consideration.

Best regards,

Eylem Santos

**EXHIBIT A-1**

-3-

# EXHIBIT A-2

# STATEMENT

1/2

Dear JUDGE HUIE:

What can a mother say about a son she loves dearly?

CARLOS MANUEL DA SILVA SANTOS, born on ▮▮▮▮▮▮▮, was a child we had longed for. As a young couple since 1987 with a daughter born in 1989, and with the dream of building a happy and fulfilling family, we needed another child, and that was our CARLOS, a boy who was born healthy like his sister and who made us immensely happy.

From an early age, we could notice his joy, liveliness, and eagerness to learn about everything that surrounded him. At the school he attended, people always said that he had an energy that not even he could control. He has always been a good student, but he had an immense desire to play, ride his bike, eat, play soccer. At the age of three, he learned how to swim by himself in the sea during a vacation we had. I then signed him up for swimming lessons.

During his school years, from preschool until he finished high school, he was always involved in extracurricular activities. Besides swimming, he attended a music conservatory, where he learned how to play the acoustic guitar, and attended the corresponding music education classes. As he was always keen to learn, during school breaks, instead of playing on the computer like his friends, he would learn how to play tennis, attend Catholic education classes, and play soccer.

He had a great passion for soccer and he had plenty of energy. So, he went to a federated soccer academy, which required a lot of his time, but even so his school grades were always high. He was extremely hard-working and never missed any appointments. He always found time to go out with his friends and live the life of a normal young person of his age, even though he was very responsible.

Throughout his life he has been a son who has not caused us any worries, not to mention the fact that he does not drink alcohol or do drugs. He knows how to choose his friends, but he also has a strong personality and is able to say no. We have never had a complaint about Carlos from the schools he has been to.

As a teenager, he worked for his father's company, first washing cars, then moving on to work in the parts warehouse. At university, he completed a paper on sales techniques.

When he started university for a degree in Economics, he told us that it was the right program for the life he wanted to have. He loved all the subjects and, apart from the fact that mathematics was very easy for him, the other subjects were really to his liking. We soon realized that he began to get excellent grades throughout the program. In addition to winning merit awards in every year, including for his Master's degree, he was always on the University's Honor Roll and was, as Portuguese law allows, invited to teach. Carlos' program average is 18, on a scale from 0 to 20. What mother wouldn't be proud?

Taking his Master's degree and teaching, and never wasting any time, he completed his Master's degree in Accounting, Tax and Business Finance at the age of 24, with an overall average of 19, and was already making money by tutoring high school students.

During summer vacation, after finishing his Master's degree, he did a three-month internship at "BANCO DE PORTUGAL."

At the end of his Master's degree, the university offered him a contract as a "Visiting Assistant Professor" on the staff. He loves his job, and, as a mother, I can say with the greatest joy and pride that he was brought up with the best values one can have: honesty above all else, kindness towards others, especially the most disadvantaged, "because you do not choose where you are born," he tells me. He cares

# EXHIBIT A-2

-5-

deeply for those who want to study but do not have the chance, as he believes that only with knowledge can the world become a better place. Carlos sees the world changing through knowledge and work.

He is a son who has never caused me any problem whatsoever, just like his sister. He is obedient and attentive to the lessons taught by his parents and grandparents, only experiencing the hardships of growing up, which are the richness and joy of family life.

He is a child who has become a man and who makes me very proud of his hard work. He is an honest man, a man of his word, an upright man who is unhappy with the injustices of the world.

I love and trust my son, not only because he is my son, but because of all the things he does, because he is a good person, he feels good when he sees others happy.

I thank God for the son He gave me. I hope he is healthy enough to get over this shock, but I am sure that with the help of his family and friends, he has all the resources he needs not to commit another crime ever again, so that we can be a happy family again, which is what he wants most.

Carlos has a lot of friends and I know that he fits in very easily in the social environment in which he is involved, but first he will have to be treated on a psychological level, because this whole process has shaken him so much that it has even robbed him of his health. Regarding work, both Carlos' father and I are partners in companies and his skills are recognized in our environment, so he will fit in professionally with the greatest of ease.

As a result of this event, which has devastated us all, I can see from Carlos' experience over the last few months that he never wants to go through such an ordeal and that he wants to honor his family by being an upright example.

As much as there is to say about Carlos, I am his MOTHER, who loves and admires him deeply.

My name is MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, born in Leiria/ Portugal, residing at ███ ████████████████████████ Leiria, I am a CERTIFIED ACCOUNTANT, holder of professional license number 17450 and I have been working as such since October 15, 1990.

In witness whereof, this declaration is for judicial purposes in the United States of America.

Leiria, Portugal, March 10, 2025

THE MOTHER

[Signature: Manuela Santos]



**EXHIBIT A-2**

-6-

## DECLARAÇÃO                                                    1/2

Exmª. Senhor Doutor JUIZ HUIE

Que pode dizer uma mãe de um filho que tanto ama?

CARLOS MANUEL DA SILVA SANTOS, nascido a ▬▬▬▬▬ foi um filho imensamente desejado. Como jovem casal, desde 1987 e já com uma menina nascida em 1989, e com o sonho de construirmos uma vida familiar, feliz e plena, faltava-nos ter outro filho e esse foi o nosso CARLOS, menino que nasceu saudável tal como a irmã e que nos tornou imensamente feliz.

Desde cedo se notou a alegria, vivacidade e ânsia de conhecer tudo o que o rodeia, no colégio que frequentou sempre diziam que tinha uma energia que nem conseguia controlar, sempre bom aluno, mas com uma vontade imensa de brincar, andar de bicicleta, correr, jogar à bola, aos três anos aprendeu a nadar sozinho no mar numas férias que tivemos, logo de seguida fui inscrevê-lo num clube de natação.

Durantes as aulas, desde a pré-escola até terminar o liceu, frequentou sempre atividades extracurriculares, além da natação, frequentou um conservatório de música a aprender guitarra, com as respetivas aulas de educação musical. Como tinha sempre muita vontade de aprender, nas férias escolares em vez de estar agarrado ao computador a jogar como faziam os amigos ia apender, ténis, educação religiosa católica, futebol.

A paixão pelo futebol era imensa e energia não lhe faltava. Então foi para a academia de futebol federada que requer imensas horas, mas mesmo assim as notas escolares continuaram sempre altas. Imensamente trabalhador, nunca faltava a nenhum compromisso. Arranjava sempre tempo para sair com os amigos e levar uma vida de jovem normal própria dessa idade apesar de muito responsável.

Durante toda a sua vida foi um filho que não nos deu qualquer preocupação, além de não beber bebidas alcoólicas, nem drogas. Sabe escolher os amigos, mas também tem uma personalidade forte que é capaz de dizer não. Nunca tivemos uma queixa do Carlos nas escolas por onde passou.

Já adolescente ia para a empresa do pai trabalhar, primeiro começou por lavar carros, depois passou para armazém de peças. Já na Universidade fez um trabalho sobre técnicas de venda.

Quando entrou na Universidade na Licenciatura em Economia, o que nos dizia ser o curso certo para a vida que queria ter. Adorava todas as matérias e além de a matemática estar a ser feita com muita facilidade as outras matérias eram realmente muito do seu agrado. Logo nos apercebemos que começou a tirar excelentes notas durante todo o curso. Além de ter prémios de mérito em todos os anos, inclusive no Mestrado, esteve sempre no Quadro de Honra da Universidade, e foi, como a lei portuguesa permite, convidado a dar aulas. A média de curso do Carlos é de 18, numa escala de 0 a 20. Que mãe não estaria orgulhosa?

A tirar o Mestrado e a dar aulas, e sem nunca perder sequer tempo concluiu o Mestrado em Contabilidade, Fiscalidade e Finanças Empresariais com 24 anos, e uma média de 19 valores, e já ganhava o seu dinheiro a dar explicações a jovens de liceu.

Nas férias de verão ao terminar o Mestrado foi fazer um estágio de três meses no "BANCO DE PORTUGAL."

A Universidade, no fim do mestrado fez-lhe um contrato de trabalho como "Professor Auxiliar Convidado" no quadro, ele ama o trabalho e como mãe posso dizer com a maior alegria e orgulho, que foi educado com os melhores valores que se podem ter, honestidade acima de tudo, bondade para com os outros principalmente os mais desfavorecidos, "porque não se escolhe onde se nasce", diz-me ele. Tem um





apreço muito grande pelos que querem estudar e não têm possibilidades, pois tem convicção que só com o saber, o mundo se torna melhor. O Carlos vê o mundo transformar-se com saber e trabalho.

Um filho que nunca me deu qualquer problema, de qualquer natureza, tal como a irmã, obediente atento aos ensinamentos dos pais e avós, apenas as canseiras próprias do crescimento que são essas canseiras riqueza e a alegria da vida familiar.

É um filho que se tornou um homem e que me orgulha imenso pelo seu trabalho árduo. É um homem honesto, é um homem de palavra, é um homem reto e infeliz com as injustiças do mundo.

Amo e confio no meu filho, não só por ser meu filho, mas por todos os atos que pratica, por ser boa pessoa, sente-se bem ao ver os outros felizes.

Dou graças a Deus pelo filho que Deus me deu, espero que tenha saúde para superar todo este choque, mas tenho a certeza que com a ajuda da família e amigos, ele tem todas as capacidades para não voltar a cometer qualquer novo crime algum dia, para voltarmos a ser uma família feliz, que é o que ele mais deseja.

O Carlos tem muitos amigos e sei que vai com muita facilidade enquadrar-se no meio social em que nos envolvemos, mas primeiro terá de ser tratado psicologicamente, porque todo este processo o abalou muito que até a saúde lhe roubou. Em questão de trabalho, tanto eu como o pai do Carlos somos sócios de empresas e as suas competências são reconhecidas no nosso meio, como tal vai se enquadrar a nível profissional, com a maior das facilidades.

Com este acontecimento, que nos devastou a todos, verifico com a experiência do Carlos, nestes últimos meses, que jamais quer passar por tal provação e honrar a sua família sendo um exemplo íntegro.

Tanto que havia para dizer do Carlos, sou sua MÃE, que o ama e admira profundamente.

Sou MARIA MANUELA DA SILVA RINO ANTÓNIO DOS SANTOS, natural de Leiria/ Portugal, sou moradora na ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Leiria, a minha profissão é CONTABILISTA CERTIFICADO com o número 17450 e exerço esta profissão desde de 15 de outubro de 1990.

Por ser verdade declaro sob compromisso de honra, que esta declaração se destina a fins judiciais nos Estados Unidos da América.

Leiria, Portugal, 10 de março de 2025

A MÃE

*Manuela Santos*

**EXHIBIT A-2**


Scanned with
CamScanner

# EXHIBIT A-3

# STATEMENT

Carlos Jose Marques dos Santos, Entrepreneur, Portuguese nationality, residing at ███████ ████████████████████████ Leiria, holder of Citizen's Card No. ████████, HEREBY STATES, regarding Carlos Manuel da Silva Santos, born on ████████, in the city of Leireia, Portuga, his son with Maria Manuela da Silva Rino Antonio Santos, domiciled at ████████ ██████████████████████ Leiria, the following:

Carlos Manuel da Silva Santos has a way of being particularly dedicated to others and was one of the kids who grew up and his qualities strengthened.

He has always been faithful to his parents' teachings, and has always had a very active social life, taking part in youth activities and was also a federated player in the local club.

Carlos was a remarkable student, both in High School and at University, where he achieved the best grades of all time at the Lisbon School of Economics and Management of Universidade de Lisboa, Portugal.

Carlos has always been hard-working, responsible, supportive, fraternal, and a friend to his friends. On vacations, when he was available, he would come to the company to work without any limitations or prejudices in the car wash or in accounting. When the company needed a person to work as a credit intermediary, he immediately volunteered to take the exam (administered by ACAP), and obtained a stupendous classification without any prior preparation.

Carlos is very attached to his family and respects the moral principles of truth and honesty that have been passed down to him through his upbringing.

One of his greatest concerns is to always respect the lessons taught by his parents and family, doing nothing that could disappoint them, and he continues to be my pride.

I am sure that Carlos has the unequivocal ability to integrate into society and the job market in Portugal, not only because of his skills, but also because of the support of businesspeople and friends who are willing to promote his professional development.

This statement, made under oath, is for legal purposes in the United States of America.

Leiria, March 3, 2025

[Siganture]



EXHIBIT A-3

-10-

# DECLARAÇÃO

Carlos José Marques dos Santos, Empresário, de nacionalidade portuguesa, residente em █ █ Leiria, portador do cartão de cidadão █ DECLARA, em relação a Carlos Manuel da Silva Santos, nascido a █, na cidade de Leiria, Portugal, seu filho e de Maria Manuela da Silva Rino António Santos, com domicílio na █ █ █ █ Leiria, o seguinte:

O Carlos Manuel da Silva Santos é dotado de uma maneira de ser particularmente dedicada aos outros e foi um dos miúdos que cresceu e as suas qualidades se reforçaram;

Sempre fiel aos ensinamentos dos pais, teve uma vida social muito ativa participando nas atividades dos jovens e foi também jogador federado no clube da região.

O Carlos foi um aluno brilhante, quer a nível do ensino secundário quer ao nível do ensino universitário, onde atingiu as melhores classificações de todos os tempos, no instituto Superior de Economia e Gestão, da universidade em Lisboa, Portugal.

O Carlos sempre foi uma pessoa trabalhadora, responsável, solidária, fraterno, amigo dos seus amigos. Nas férias quando tinha disponibilidade vinha para a empresa trabalhar sem qualquer tipo de limitações ou preconceitos na lavagem de viaturas ou na contabilidade: - Quando a empresa necessitou de um responsável para intermediário de crédito, disponibilizou-se de imediato, voluntariamente e propôs-se a exame (feito pela ACAP) obtendo uma classificação estupenda sem qualquer preparação prévia.

O Carlos é muito ligado à família, respeitador dos princípios morais de verdade e honestidade que lhe foram transmitidos através da sua educação.

Uma das suas maiores preocupações é respeitar sempre os ensinamentos dos pais e da família, nada fazendo que os pudesse desiludir, continua a ser o meu orgulho.

Tenho a certeza clara que o Carlos tem condições inequívocas para se inserir na sociedade e no mercado de trabalho em Portugal, não só pelas suas competências, mas também pelo apoio de empresários e amigos que estão dispostos a promover o seu enquadramento a nível profissional.

A presente declaração feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Leiria, 3 de março de 2025

**EXHIBIT A-3**

**-11-**

# EXHIBIT A-4

Dear Judge Huie,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

March 8th, 2025

My name is Carla Sofia da Silva Santos, and I am Carlos' older sister. I was five years old when Carlos was born but my earliest memories are from around that time, so I feel like I have known him all my life. We grew up together in a very loving and caring environment, with all the safety and support children need to grow up healthy and happy, and as many opportunities our parents could provide us to stimulate our curiosity and excitement for life and the world. We both went to good local schools, we did various sports and had music lessons. We are still from a time when it was safe to play outside and we did so, just the two of us or with our cousins, we played with marbles, we went on bicycle rides around the (at the time, quiet roads of the) neighbourhood, and played hide and seek in the fields that surrounded our home. And we travelled with our parents within Portugal and beyond.

Carlos was always a very active and spirited kid. When he first when to pre-school, I was already in primary school, but probably as planned by our parents, they were both part of the same institution. I still remember the teachers saying he wouldn't nap on his first days at pre-school, because he was so excited and wanted to play with the other kids. However, as it then happened throughout his life, Carlos learned and adapted quickly to his new routine.

Before going to pre-school, Carlos stayed with our grandparents a lot while our parents were working. I believe this was one of the strong contributors to the strong bond Carlos developed with them and to family in general. In fact, more recently, when our grandparents got older and their health deteriorated, he made an extra effort to make time for them and to help them as he could. This was particularly visible when they sadly passed away, as despite being heartbroken, he still managed to stay strong and care for our parents and the rest of the family at such a difficult time.

As he became a young teenager, his love for motorsports and soccer grew as well. I watched as he followed his soccer coach instructions to the letter, including dietary advice by cutting off all sugary cereal and soda drinks from his diet, so he could help the team. Simultaneously, at school he became one of the most responsible and committed people I had ever met. I watched as Carlos grew up from being a hyper-energetic bubbly kid to become a super attentive, strong willed and dedicated student.

When I moved away from home to go to university we still stayed in touch. In fact, I am proud to say I travelled abroad with friends a couple of times and took Carlos with me. Despite being younger, he got along well with my friends and helped keeping the spirits up while we walked miles and miles exploring a new city.

In my eyes, the second happiest moment of Carlos' life was when he went to university to study Economics. For the first time he found a subject he fully and truly enjoyed, among peers who understood and shared his excitement. He was passionate, he was as hard working as ever, and he thrived, coming top of his class every year. By then we were living in different cities, but even at a distance, or when we met back at our parents' home, it was wonderful to see his passion flourish into success. It was then with no surprise that during his master's degree he got invited

to teach at his school and his classes quickly became popular. This allowed him to share his passion and find joy in helping others achieve academic success.

It was around this time that I moved to the UK to pursue my own career. Carlos was the first person to come visit me, just after a few months. This brought me great joy, as I knew then that even though we would both dive into our own professional careers, we would keep in touch, and we always made sure to come together regularly particularly around the holidays.

The happiest moment of Carlos' life was undoubtedly his wedding day. He found the love of his life across the Mediterranean Sea with whom he shared the same values and dreams and, surrounded by their family and friends, they were starting their life as a married couple. I had met Eylem a few times before, Carlos told me with excitement when they got engaged, and I followed the wedding planning excitement quite closely. In hindsight, his relationship with Eylem somehow brought Carlos and I closer again. His smile was beaming that day and it warmed my heart.

Not long after Carlos got detained and it was devastating, for him and all our family. These months have been the most difficult of our lives, particularly for Carlos. From what he tells us and by the way he tells us what he has been through, I believe this has been a traumatic time. And his primary concern has been the impact his detention had on others, which speaks volumes for his character.

Carlos is a kind, caring, good hearted man who cares for all those around him. He is resilient and lives by strong good values. He is also a believer in education, and so I am sure he will be learning from this time he has passed in detention. In fact, even under such conditions and distress, he has been teaching English and basic economics to other inmates to help them have better lives when they get released. But I also know that when released he will look to give back to our caring parents and his loving wife for all their unconditional support during this arduous time. I have no doubt he will find a way to contribute positively to the world, as he has always done, with the support of our family and friends.

Dear Judge Huie, I hope this letter helps you see Carlos through my eyes, and I ask that you take this in consideration when deciding on my brother's sentence. He has suffered dearly, he has learned with his mistakes, and we are all keen to see him go back to his wife and rebuild a better life together.


Sincerely,

Dr Carla Sofia da Silva Santos

Signed by:

*Carla Sofia da Silva Santos*

CC955F6E1CA1481...

3/10/2025

# EXHIBIT A-5

# Declaration

Dear Honorable Judge Robert Steven Huie,

My name is Celso Fernandes Pereira and I am from Leiria, Portugal. I am a 31-year-old Robotics and Industrial Automation Engineer currently working at RESITEC, located at Zona Industrial dos Pousos, R. Prof. Abílio Alves de Brito, 2410-201 Leiria. I hold a degree in Mechanical Engineering and a master's degree in Industrial Automation and Robotics Engineering.

I hereby declare the following regarding CARLOS MANUEL DA SILVA SANTOS, born on ███████ ████, in Leiria, Portugal, son of Carlos José Marques dos Santos and Maria Manuela da Silva Rino António dos Santos, residing at ████████████████████████████████ Leiria:

I met Carlos in 2009, when we were 15 years old, as we both started high school and were luckily placed in the same class. I already had friends in that class, and Carlos had former classmates from his previous school. At first, this created a natural division, with me on one side and Carlos on the other. However, this only lasted for a few weeks because both Carlos and I were charismatic, humorous, and good-natured teenagers. We quickly gravitated toward each other and, as our friendship grew, we helped unify the class. Together with two or three more close friends at the center, we fostered a joyful, healthy, fun, and inclusive environment. Our class stood out not only for our camaraderie but also for our academic excellence mainly because we helped each other a lot with the studies, projects and homework, but also because we had a lot of great students in our class, and Carlos was among the top students. The teachers often remarked that we were the best class in terms of both grades and behavior. We left a lasting impact on our teachers, many of whom became emotional and even cried on our last day of school, and most of them were especially fond of Carlos. He managed to perfectly balance being serious, focused and proactive in class with being fun, comic and contributing with good humor without ever crossing the line.

The following year Carlos joined the football team I was already part of. We had both played football from a young age, and being on the same team brought us even closer. We went to school together, practiced together, and played the matches on weekends, which made us spend most of our days side by side. Carlos quickly became a key member of the team, not just for his performance on the field but for his leadership, compassion, empathy, and social skills. Some teammates had difficult childhoods or personal struggles, and Carlos played a pivotal role in keeping them out of trouble and fostering team harmony. He earned the respect and admiration of every team member, not only for his talent but because he always made sure no one felt left behind. I still remember a match where one of our teammates, who rarely played, was very shy and very unconfident, was given a chance to play. Carlos spent the entire game encouraging him, trying to pass him the ball, and celebrating every small good action to raise his confidence. We played three cup finals but unfortunately loose by the minimum margin all of them, it was really difficult to deal with those losses but he helped to bring everyone back on their feet. That was Carlos, always lifting others up.

During summer holidays, we didn't see each other as often, but Carlos still had a significant impact on my life. His parents owned a beach house in Altura, Algarve, Portugal, and we often spent one or two weeks there with close friends. Those vacations remain some of my most cherished and beloved memories. My parents were overprotective, as I am an only child, and those trips were the first vacations they allowed me to take without them or any adult supervision. It was thanks to Carlos, who not only invited me but also convinced and reassured my parents after a heartfelt conversation. They knew him personally, trusted him deeply, and believed that he was the right person to look after their son and Carlos didn't take that trust lightly, he made sure I was safe and had a great time also. Carlos doesn't know this but, additionally, because my parents had me at a young age, we (me and my

parents) faced some financial struggles, so a vacation in Algarve would not have been possible for me without Carlos's generosity. For that, I will always be grateful.

After high school, we went to different cities for university, but our friendship remained unshaken. We talked regularly and met whenever possible, always reconnecting as if no time apart had passed. I must confess, at this particular moment in my life, I felt a bit envious of Carlos. He excelled academically, earning outstanding grades and thriving at university. While I did very well myself, Carlos was truly an exceptional student, the kind I aspired to be. But that envy quickly turned into admiration because Carlos never boasted about his achievements and always praised mine. He was the first to celebrate my successes and offer encouragement when I doubted myself.

Carlos is one of my dearest friends. He has been a part of nearly every special moment in my life since we were 15. He was there for my first plane trip, my first vacation without my parents, he gave me advice on winning over my first serious girlfriend, and many other things that would take a long time to mention. He helped me grow as a person and helped shape me into the adult I am today. His determination and work ethic have always inspired me, and I owe much of who I am to him. I remember one night when I was feeling lost about my future, unsure whether I had chosen the right career path. Carlos stayed up talking with me until late in the night, helping me see my strengths and reminding me of all I had already accomplished. The text is already quite long, and it's hard to put so much feelings and thing I want to say into words, but let me add that Carlos is also a very easy-going and pleasant person to be around, the moments spent with him are always full of fun, we have a lot in common, we really enjoy laughing and talking about all sorts of topics.
I am confident that Carlos remains the same person despite the current circumstances. Cheerful, kind, intelligent, empathetic, and caring yet serious and responsible when needed. I am certain he can reintegrate into society with ease, as everyone who has spent time with him has always held him in high regard. More than that, he makes people better just by being around them.

In terms of work, Carlos's parents can easily help him reintegrate into the business world. He is extraordinarily talented and was one of the best students ever at his university. Carlos's intelligence, dedication, and excellence make him a valuable asset to the job market, and I have no doubt he will make a positive impact. But more than his academic or professional potential, it's his heart, character and personality that makes him truly exceptional.

Please allow Carlos to return to us as soon as possible. It has been more than a year since we last saw him, the longest period I've ever been without contact with him. We miss him deeply, and his joy and energy are sorely missed in our lives. Life feels quieter and less complete without Carlos in it. As I've shared before, being an only child, I never fully could imagine the pain of losing a sibling. But now, with all respect to people who unfortunately had lost a brother, I realize that I can relate more with that feeling because Carlos is the brother my parents never gave me, it truly is! And all this time apart from him feels like losing a part of myself.
We are all waiting for the day when we can hug him again, tell him how much we missed him, and remind him that no matter what, he will always be loved and important.

This declaration is made under oath and is intended for judicial purposes in the United States of America. I affirm that everything stated herein is true, and I am willing to sign this document as a sworn statement.

Leiria, Portugal, March 6, 2025

Calso Pereira
_____

**EXHIBIT A-5**

**-17-**

# EXHIBIT A-6

Dear Judge Huie,

I'm **Bernardo José Oliveira Santos**, a Portuguese 31 years old architect from Leiria-Portugal, currently living in Porto. I am writing this letter as a character reference for **Carlos Manuel da Silva Santos**, whom I have known since childhood.

Carlos was born in Leiria on ██████████ the son of Carlos José Marques dos Santos and Maria Manuela da Silva Rino António dos Santos, who reside at ██████████ ██████████████████████ Leiria.

Carlos and I grew up in the same small village, and I have known him since we were three years old. We attended the same elementary school until we were ten, as well as the same catechism classes ("Sunday School").

Although we later ended up in different classes, we remained close friends for many years. We often studied and played together at each other's homes, especially on weekends and after school, maintaining a strong bond well into high school. I have fond memories of the warm hospitality I always received at his home, both from him and his kind-hearted family.

From our years growing up together, I remember Carlos as a kind and friendly person, always loyal to his friends. He was trustworthy, respectful, and well-mannered, treating teachers, peers, and elders with politeness and genuine care. Hardworking and dedicated, Carlos always showed enthusiasm for learning and self-improvement. This was evident not only in our study sessions but throughout his academic journey, including his time at university in Lisbon. Even then, I consistently heard positive feedback about his performance and achievements.

Coming from the same humble, countryside background, we were raised with religious and moral values that emphasized honesty, simplicity, and solidarity—principles that shaped both of our characters and sense of responsibility. Carlos also held a deep respect for his family, carrying with him the strong moral teachings they instilled in him.

Though life eventually took us down different paths, the Carlos I knew was a person of good heart and strong moral values. I sincerely hope the court will take into account the many positive aspects of his character when making its decision.

No matter what has happened, I will always remember Carlos as a reliable and valued friend. I have no doubt that he will reintegrate well into his community, as he is genuinely liked and respected by those around him.

This statement is made under solemn oath and is intended for judicial purposes in the United States of America. Because it reflects the truth, I sign it willingly.

Porto, Portugal, on the 27 of February, 2025.

Sincerely,
**Bernardo José Oliveira Santos**

*Bernardo José Oliveira Santos*

# EXHIBIT A-7

Honorable Judge Huie,

I, Luís Filipe da Silva Patrício, holder of Citizen Card no. ▇▇▇▇▇▇ born in Leiria, Portugal, residing at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Leiria, with a degree in Computer Engineering from the Polytechnic Institute of Leiria and working as a Systems Analyst, with a workplace at Rua Cristóvão Pinho Queimado, no. 33 – shop C, 3800-012 Aveiro, Portugal.

I declare that CARLOS MANUEL DA SILVA SANTOS, born on ▇▇▇▇▇▇▇▇, in the city of Leiria, Portugal, is the son of Carlos José Marques dos Santos and Maria Manuela da Silva Rino António dos Santos, domiciled at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Leiria.

I have known Carlos since 2009, when we were classmates starting from the 10th grade at Rodrigues Lobo Secondary School, located at Rua Afonso Lopes Vieira, 2400-082 Leiria, and from that moment, we became great friends.

Carlos is a very kind, respectful, sociable, cultured, intelligent, and fun person, always willing to help others, with strong principles resulting from the education he received from his parents.

I had close contact with Carlos throughout our high school years at Rodrigues Lobo Secondary School, in Leiria. During those three years, we developed a strong friendship. After he moved to Lisbon for his studies, we remained in contact, albeit less frequently. However, whenever we met again, it felt as if no time had passed.

I have always considered Carlos to be a person with great potential and the ability to achieve significant goals, thanks to his knowledge and dedication. Since I met him, he has demonstrated excellent academic results. During his undergraduate studies, his grades were outstanding to the point that he was invited to teach at the same institution while still a university student.

I have shared many moments of companionship and friendship with Carlos. We have been through both good and difficult times together, always supporting each other.

During my academic journey, I faced difficult moments, and at one point in my life, I had to work while studying to continue my education. While pursuing my degree in Computer Engineering, I even considered giving up. On many such occasions, Carlos encouraged me to keep going and fight for my goals. Today, I can affirm that I obtained my diploma thanks to my persistence, but also due to the support of good friends like him, who helped me stay focused and on the right path.

I have always considered Carlos to be a person of integrity and good intentions. His conduct over time has been marked by responsibility, a strong sense of friendship, and loyalty to those around him. Regardless of the current circumstances, I remain his friend, as do others, and I have full confidence that he will continue to demonstrate appropriate behavior and integrate positively into society, as everyone likes and values Carlos.

**EXHIBIT A-7**

**-21-**

1

Regarding employment, his parents have all the necessary conditions to place him in the business environment.

This statement is made under an oath of honor and is intended for judicial purposes in the United States of America. Since it is a faithful expression of the truth, I hereby sign it.

Leiria, Portugal, March 6, 2025

Luís Filipe da Silva Patrício

_____

Assinado por: **Luís Filipe da Silva Patrício**
Num. de Identificação: 14411814
Data: 2025.03.06 23:21:28+00'00'



**EXHIBIT A-7**

2

**-22-**

Exmo. Senhor Doutor Juiz Huie,

Eu, Luís Filipe da Silva Patrício, portador do Cartão de Cidadão n.º ███████ natural de Leiria, Portugal, residente em ████████████Leiria, licenciado em Engenharia Informática, no Instituto Politécnico de Leira e exercendo a profissão de Analista de Sistemas, com local de trabalho em Rua Cristóvão Pinho Queimado, n.º 33 – loja C, 3800-012 Aveiro, Portugal.

Declaro que, CARLOS MANUEL DA SILVA SANTOS, nascido a ██████████ na cidade de Leiria, Portugal, é filho de Carlos José Marques dos Santos e de Maria Manuela da Silva Rino António dos Santos, com domicílio em ███████████████ ██████Leiria.

Conheço o Carlos desde 2009, altura em que fomos colegas de turma, a partir do 10º ano de escolaridade, na Escola Secundária Rodrigues Lobo, situada na Rua Afonso Lopes Vieira, 2400-082 Leiria e desde logo nos tornámos grandes amigos.

O Carlos é uma pessoa bastante afável, respeitadora, sociável, culta, inteligente, divertida e sempre disponível para ajudar os outros, tendo princípios bastante sólidos, fruto da educação que recebeu dos seus pais.

Tive contacto próximo com o Carlos durante o nosso percurso no secundário, na Escola Secundária Rodrigues Lobo, em Leiria. Durante esses três anos, desenvolvemos uma amizade forte. Após a sua ida para estudar em Lisboa, mantivemos o contacto, ainda que com menos frequência. No entanto, sempre que nos reencontrávamos, era como se o tempo não tivesse passado.

Sempre considerei o Carlos uma pessoa com grande potencial e capacidades para atingir grandes objetivos, fruto do seu conhecimento e dedicação. Desde que o conheci, demonstrou bons resultados académicos, sendo que na licenciatura as suas notas foram extraordinárias tendo-se destacado ao ponto de ser convidado para dar aulas no mesmo estabelecimento de ensino ainda enquanto estudante universitário.

Tive bastantes momentos com o Carlos, de convívio e amizade, passamos juntos bons e maus momentos e sempre nos apoiamos mutuamente.

No meu percurso académico, passei por momentos difíceis, sendo que, numa parte da minha vida, tive de ser trabalhador-estudante de modo a poder continuar o meu percurso. Durante a licenciatura em Engenharia Informática, cheguei a pensar em desistir. Foi em muitas dessas ocasiões que o Carlos me incentivou a continuar e a lutar pelos meus objetivos. Hoje, posso afirmar que alcancei o meu diploma graças à minha persistência, mas também ao apoio de bons amigos como ele, que me ajudaram a manter o foco e a seguir o caminho certo.

Sempre considerei o Carlos uma pessoa íntegra e bem-intencionada. A sua conduta ao longo do tempo tem sido marcada por responsabilidade e um forte sentido de amizade e lealdade para com aqueles que o rodeiam. Independentemente das circunstâncias atuais, permaneço seu amigo do mesmo modo que os outros amigos também o serão e tenho

**EXHIBIT A-7**

1

plena confiança de que continuará a demonstrar um comportamento adequado e a integrar-se positivamente na sociedade, pois todos gostam e estimam o Carlos.

Em relação ao trabalho, os pais têm todas as condições para o colocar no meio empresarial.

A presente declaração é feita sob compromisso de honra e destina-se a fins judiciais nos Estados Unidos da América. Por ser a expressão fiel da verdade, segue assinada por mim.

Leiria, Portugal, dia 06 de março de 2025

Luís Filipe da Silva Patrício

Assinado por: **Luís Filipe da Silva Patrício**
—Num. de Identificação: 14411814
Data: 2025.03.06 23:21:28+00'00'



# EXHIBIT A-8

**Dear all,**

My name is Cristiana Dias, and I am writing this letter as a former colleague of Carlos Santos, having served as his Executive Personal Assistant, but also as his former student.

I had the pleasure of being Professor Carlos Santos' student throughout my three years of undergraduate studies in Economics at ISEG, from 2016 to 2019. Professor Carlos was one of the best teachers I have ever had throughout my academic journey, in every sense. Beyond possessing exceptional knowledge, he was always dedicated and attentive to all his students, both inside and outside the classroom.

The impression that he was an extremely busy professor, always rushing to get to class on time or to attend to his numerous other commitments, constantly receiving or making phone calls, was there since the beginning. Despite his busy schedule, he always performed his duties as a professor exemplarily and consistently went above and beyond expectations. He was always in good spirits, wearing a broad smile, and radiated optimism. It was clear that he genuinely enjoyed helping anyone who sought his guidance — myself included, as I frequently visited his office for clarification on academic matters. Despite having very limited time, he made a point of being available to everyone, even if it meant delaying an appointment or sacrificing part of his already full schedule.

In 2018, I had the opportunity to work more closely with Professor Carlos in an academic context, as he was chosen by my project group to serve as the coordinator for our Seminar Project. Over the following six months, I was able to form an even stronger opinion about the kind of person Carlos is. His busy life remained unchanged, but whenever our group needed to get in touch, we would immediately receive a video call from him — even if it was four or five in the morning in the part of the world he was in, or even if he was in an airport queue about to board a flight, which did happen. His willingness to find solutions and seize every opportunity to be helpful to others was a defining trait of his character.

In 2021, while pursuing my Master's degree at another university, I reached out to Professor Carlos for guidance with my thesis. I sought his opinion on the direction I should take and hoped he could offer supervision, as he had previously demonstrated his outstanding mentoring abilities. Willingly and without expecting anything in return — since he would not be officially listed as my thesis supervisor — he kindly agreed to assist me. It was during this exchange of emails that Carlos invited me to work as the Personal Assistant to the CEO at Ethos, an offer I gladly accepted.

Once I started working at Ethos, I came to know Carlos on both a professional and personal level. As a boss, he was highly demanding, very instructive, and always aimed to be as fair as possible. He never withheld praise when work was well executed and made an effort to reward hard work. In my presence, he never exhibited any kind of superiority toward those around him, be it employees, clients, partners — even the restaurant waiter or hotel doorman would be greeted with a smile, a kind word, a handshake or a pat on the shoulder, and whenever appropriate, a tip.

I traveled with the Ethos team to several countries, but Turkey was where I spent the most time. Weekends were our days off. Carlos could have used that time to rest, tend to personal matters, or simply enjoy some time away from the team. Instead, he made it a

**EXHIBIT A-8**

-26-

point to invite us to explore the city, to show us places he had discovered, and to help us
integrate into the local culture.

I vividly remember how warmly he was welcomed everywhere we went — in local shops,
restaurants, and hotels. He built such strong connections with people that when they saw
him again, they celebrated his return with great joy, which I witnessed on multiple
occasions.

Carlos took great pleasure in making others happy and was always attentive to the well-
being of those around him. He would often ask me if I was feeling okay, if I wanted to
buy something, or if I was satisfied with the meal. He would encourage me to ask for
more without hesitation. I fondly recall several dinners where, even after everyone had
finished eating and declined dessert, Carlos — knowing how much I loved desserts —
would take the initiative and say, "Come on, bring the dessert menu for Cristiana, she
wants to pick something," even if I had said no, fearing it might be impolite since no one
else wanted any, Carlos would insist.

On one of our Sunday outings, we visited a traditional Turkish store that sold all kinds of
handbags. Carlos noticed I liked one on display and kindly offered to buy it for me —
without any obligation. He gifted each team member who joined the outing that day a bag
of their choice, including his personal security guard, telling him it was for his daughter,
as a gift due to being away from home for a long time.

Carlos is also known for his good humor and playfulness. He lightened the atmosphere at
the office with jokes and funny stories. Whenever we traveled by van, facing each other
in the seats, if he wasn't working on his computer, he would be entertaining everyone
with music or jokes, laughing heartily at our reactions. His cheerful mood was infectious,
spreading positive energy to everyone around him.

I went through some difficult personal situations, and whenever I shared them with
Carlos, he was the first to offer support, kind words, and genuine concern. He would offer
help however he could, whether that meant allowing me a day or two off work or
supporting me financially. We would speak on the phone several times a day to coordinate
tasks, schedules, and ongoing projects. And whenever he sensed I was sad or lacking
energy, he would ask if everything was alright and whether I needed anything.

That is who Carlos is: a charismatic, generous person, a true friend to his friends, and
someone who takes pride in doing good for others. I could not choose a better boss.

**Cristiana Dias**
March 25, 2025

**EXHIBIT A-8**
**-27-**

# EXHIBIT A-9

**STATEMENT**

Carolina Ramos de Carvalho, of Portuguese nationality, residing at ██████████ ████████████ Lisbon (Portugal), hereby declares, in her capacity as a student, that she met Carlos Manuel da Silva Santos in 2016.

I met Professor Carlos, as I used to call him at the time, in September 2016 at ISEG (Lisbon School of Economics and Management). The Microeconomics I course was one of the last subjects I completed in my degree, due to its difficulty, and for that reason, I wanted to enroll in a class with a professor I did not know.

At the time, I had heard very good things about Professor Carlos, especially since we were also undergraduate students at ISEG at the same time (I should point out that Carlos is only one year younger than I am). Some of my friends already knew Carlos as a fellow student and friend at university and recommended that I enroll in his class, saying he was young, had a different perspective on the topics, and would surely be more approachable.

Unfortunately, there were no spots available for me to enroll in the only practical class of Microeconomics I that Professor Carlos taught, but I ended up asking him for permission to attend his classes even though I was not officially enrolled in that group.

In fact, I found an email I sent to the Professor asking for class materials, since, not being enrolled in his class, I did not receive the emails he sent:



[Micro 1 Materials – Carolina – To: Carlos Manuel da Silva Santos – Good afternoon Professor, I would like to know if you could send me the class materials related to the topics covered after the midterm, since I'm not enrolled in that class and therefore do not receive your emails. Thank you for your attention and Happy New Year. Carolina Carvalho]

I often say that I passed Microeconomics I thanks to Professor Carlos. He was always available to answer questions, to help, and to try to explain things in a practical way that was appropriate for the young students in his class. It was often said at ISEG that Carlos had been a brilliant and very intelligent student, and I was able to confirm that when I met him as a professor.

Although my "relationship" with Carlos ended at the end of January 2017, as soon as I completed the course, he was someone who left a mark on my academic life, just like other professors who were truly excellent. The only difference between Carlos and the other professors was age. In 2016, Carlos was only 22 years old, and at that age, he managed to make a positive impact on many students.

Internal Information

**EXHIBIT A-9**

**-29-**

Not every student is chosen, at 22 years old, to teach one of the most difficult subjects of the Economics degree at ISEG. I had many "young" professors during my time at university, who, like Carlos, were invited to teach after finishing their master's degrees. All these professors shared a characteristic—they were very intelligent; what we would call "geniuses" in student slang. However, Professor Carlos was the only one who could truly explain things in a practical way—almost like a "Microeconomics I for Dummies" version.

I completed the course with a grade of 13 (on a scale from 0 to 20), and for the difficulty of the subject itself, a 13 is a very good grade. I passed the course with 13 in the first exam period, without needing to retake it. I will not give 100% of the credit for my grade to Professor Carlos, as I studied hard to pass the course, but Professor Carlos made all the difference between passing the course with a simple 10 in a retake and finishing with a 13 on the first try.

Lisbon, March 1, 2025

The Declarant

[Signature]



Internal Information

**EXHIBIT A-9**

**-30-**

**DECLARAÇÃO**

Carolina Ramos de Carvalho, de nacionalidade portuguesa, residente em ███
████████████████████████████ Lisboa (Portugal), declara, na
qualidade de aluna, que conheceu o Carlos Manuel da Silva Santos em 2016.

Conheci o Professor Carlos, como o tratava na altura, em setembro de 2016 no
ISEG (Instituto Superior de Economia e Gestão). A cadeira de Microeconomia I foi
uma das últimas cadeiras que fiz no meu curso, pela dificuldade da mesma, e, por
esse motivo, quis inscrever-me numa turma que tivesse um professor que não
conhecia.

Na altura, falaram-me muito bem do Professor Carlos visto que acabamos
também por ser alunos de licenciatura no ISEG ao mesmo tempo (realço que o
Carlos tem apenas menos 1 ano do que eu). Alguns dos meus amigos já
conheciam o Carlos enquanto colega/amigo de faculdade e recomendaram que
me inscrevesse na aula dele pois era uma pessoa nova, com uma visão diferente
dos temas e que seria com toda a certeza mais acessível.

Infelizmente não tive vaga para me inscrever na única turma de aulas práticas de
Microeconomia I que o Professor Carlos lecionava, mas acabei por lhe pedir
autorização para assistir às aulas dele mesmo não sendo aluna daquela turma.

Aliás, acabei por encontrar um e-mail enviado para o Professor a pedir materiais
das aulas porque, como não estava inscrita na turma dele, também não recebia
os e-mails que enviava:



 Costumo dizer que fiz Microeconomia I graças ao Professor Carlos. Sempre
disponível para tirar dúvidas, para ajudar e para tentar explicar as coisas de uma
forma prática e adequada aos alunos jovens que frequentavam a turma dele.
Sempre foi comentado no ISEG que o Carlos tinha sido um aluno brilhante e muito
inteligente e consegui comprovar isso quando o conheci enquanto Professor.

 Embora a minha 'relação' com o Carlos tenha acabado no final de janeiro de
2017, assim que conclui a cadeira, foi uma pessoa que marcou a minha vida

académica, tal como outros professores que foram realmente bons. A única diferença entre o Carlos e os restantes professores era a idade. Em 2016 o Carlos tinha apenas 22 anos, e com essa idade conseguiu marcar vários alunos de uma forma tão positiva.

Não é qualquer aluno que é escolhido, aos 22 anos, para ser professor de uma das cadeiras mais difíceis do curso de Economia no ISEG. Tive muitos professores 'jovens' durante o meu percurso na faculdade, que tal como Carlos eram convidados para dar aulas após terminarem o mestrado. Todos estes professores partilhavam uma característica – serem muito inteligentes, os ditos 'crânios' na gíria estudantil. No entanto, o Professor Carlos foi o único que realmente conseguia explicar as coisas de uma forma prática, às tantas numa versão 'Manual para Tótós de Microeconomia I'.

Acabei a cadeira com 13 valores (numa escala de 0-20) e, para a dificuldade da cadeira em si, um 13 é uma nota muito boa. Acabei a cadeira com 13 e fiz na primeira época de exame sem necessidade de ir a recurso. Não vou atribuir 100% do mérito da minha nota ao Professor Carlos visto que estudei bastante para passar à cadeira, mas, o Professor Carlos fez toda a diferença entre acabar a cadeira com um simples 10 em época de recurso ou acabar com 13 à primeira.

Lisboa, 1 de março 2025

A Declarante

# EXHIBIT A-10

March 17, 2025

Your Honor,

I am the CFO of Thai Mozambique Logistica (TML), concessionaire of a rail and port project in Mozambique ("Macuse Project").  I am also a Board Member of Thai-Sing Potash Trading Co. ("TSPT"), a Singapore-based trading company and financing vehicle set up to allow a potash mine to be financed and developed in Thailand ("Potash Project").  Carlos and his company, Ethos Asset Management, have been involved with both projects.  But only TSPT is a "victim", and claiming a USD 6.5 m loss.  I will explain...

I was introduced to Carlos in November 2020 by a Mozambican shareholder of TML, and over the course of the subsequent 3 years, met him in person four times including a two full day site visit.  Back in 2020, I was told that Ethos could help provide funding at competitive price and terms for TML provided that the project meets certain guidelines.  Macuse was having difficulties with funding as it is linked to the transport of coal (both thermal and coking) despite the fact that the project will help one of the world's poorest countries, providing necessary tax revenues, employment and training for locals.  This positive social and economic impact of Macuse was of great interest to Carlos.  He said that he was very excited to be a part of it.  Often, he would say to me (confidentially) that Macuse is his favorite project.  Once funding started, we would send him frequent reports with pictures.  Carlos was so happy (as he said so in WhatsApp messages) to see children being given free books, villagers given free bicycles and homes being built to IFC standards, replacing mud houses, adding football field, schools, a maternity ward, etc.  Carlos asked to have us send one of our shirts with a logo so he could wear it with pride.  He followed the project closely and funded as promised.

In short, for the TML transaction, a total of USD 10.5 m was received out of the initial USD 25 m committed tranche before he was arrested in November 2023.  A USD 5 m Standby Letter of Credit was used as collateral for this transaction.  Unfortunately the SBLC lodged at a Turkish bank was wrongly claimed (USD 2.4 m) in January 2024 by that bank following Carlos' arrest.  TML protested the claim, but to date no action has been taken.  Net-net, TML is USD 8.05 m ahead and therefore did not claim losses for this transaction.

Were there problems during funding of TML?  Of course there were—wiring delays, some miscommunications on documents which led me to see negative sides of Carlos.  Because he is intelligent, he is overly confident at times and could be arrogant.  He would say something like, "you make mistakes, you do not understand the issues, you don't understand how financing works," etc.  Further, Carlos was the sole operator, sole signatory of Ethos' accounts.  With expanded operations, this structure was not tenable and at times he seemed to be overwhelmed and out of control. He hardly ever slept as he needed to be in touch with operators around the world.

I need to say however that throughout my interaction with Carlos, except for during some stressful moments mentioned above, he was always polite, showed deep understanding of TML's predicament when money was not arriving on time.  He waived the 3% upfront fees (to be subtracted from each funding) so that we would receive the full amount requested.  He proposed that the fees instead be taken out of the last funding tranche.  Thus, TML saved $315,000 of fees for the $10.5 m received.

With the growing trust between Carlos and our management, Carlos became interested and asked to be involved in the development of a potash mine in Thailand, 90% owned by Italian Thai Development (ITD), Thailand largest infrastructure contractor and the majority shareholding company of TML.  This was when the Ukraine/Russia conflict just started, resulting in diminishing supplies of potash, a key ingredient in the making of fertilizer.  Carlos spoke to us about the importance of food security in the developing world and asked to visit Thailand and ITD.  We arranged a two-day meeting including site visits outside Bangkok.  Carlos was engaging and, impressively, came up with an off balance sheet financing structure through a separate company, TSPT.  Specifically, this company is a Special Purpose Vehicle, which would allow funding of the

**EXHIBIT A-10**

mine (up to USD 1 billion) without consolidating the debt on ITD's books.  TSPT is owned by an individual (albeit a Director and 6% owner of ITD), capitalized with her personal assets.  Ethos would lend to TSPT against off take agreements from Potash buyers.  TSPT in turn would receive commitment from the mine to sell potash at a price discount to the market such that the difference between the buy and sell would produce a trading profit sufficient to repay Ethos' loan in full.

Since TSPT was only beginning to market to potential buyers, Carlos offered to lend USD 50 m initially without any off take agreements in place to allow the mine to meet pre-construction development needs at the time. He instilled confidence, and management of ITD accepted his proposal so that the project could get off the ground quickly.  Our collective decision to work with Carlos and Ethos was not done in haste so when we learned about his arrest in November 2023, we were shocked.  TSPT had wired $6.5 m of Margin Value to Ethos' bank pursuant to the Financing Agreement; Carlos' arrest immediately put a stop on total funding of $50 M.

Having spoken to DoJ agents, as well as to Carlos' attorney, I know that Carlos committed serious mistakes and broke laws for reasons I do not understand.  However, I do not believe that he entered into our agreements with the intention of misleading us for his personal financial benefit.

His arrest, guilty plea, and today's sentencing will forever weigh on his future and will forever bar him from doing financing again anywhere.  The Thai-Sing loss will have to be made up somewhere with difficulty assuming restitution is not sufficiently available.

Despite this history, I am here in front of Your Honor requesting that Carlos be given reduced sentencing which will allow him to make amends.  I believe that once released, he can make useful and constructive contributions to society.  Carlos is young, brilliant with a good heart and strong commitment to do good.  It would be unfortunate for this talent to be wasted spending too much of his remaining life in jail.


Pom Vattasingh


**EXHIBIT A-10**

**-35-**

# EXHIBIT A-11

The Honorable Judge Huie

March 18, 2025

Subject: Character Reference for Carlos Santos

Dear Judge Huie,

My name is José Pires da Fonseca. I am CEO of Thai Moçambique Logistica, a private company incorporated in Mozambique to build operate and transfer a deep seaport and 650 km of railroad from the port to the hinterland under a PPP law.

I have known Carlos Santos since 2020 when he became involved in the financing of our project. Carlos was introduced to me by one of the local shareholders of the project.

Being fellow Portuguese, we shared interest and enthusiasm in the project development. We interacted in many long meetings — in Lisbon, New York, London, Dubai, Johannesburg, and Bangkok and spent countless hours on the phone and via texting. At the conference in Johannesburg in 2022, Carlos was planning to visit Macuse (where the port was being built) but due to his hectic schedule, he had to cancel the trip. Was always available to support the project showing a strong commitment and engagement.

Carlos has always been courteous and kept his promises to fund the project even though the disbursements were sometimes late. Since we have not suffered losses, we did not file a claim with the US Government.

I also met Carlos's family in Portugal. His father has operated a car dealership for the last 40 years. The family appears to be one of middle-class values, with love for and pride in Carlos. While I fail to understand what prompted Carlos to do what he did, I strongly doubt that he entered into agreements with the intention of deception and fraud.

Sincerely,

José Pires da Fonseca

CEO, Thai Moçambique Logistica, SA

**EXHIBIT A-11**

**-37-**

# EXHIBIT A-12

Mehmet R. Karamehmet
Gülveren Sokak No:6 Tarabya
Sarıyer Istanbul TURKEY

March 3, 2025

## LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

Your Honour, Judge Huie,

I am writing this letter to confirm the following:

I have met Carlos Manuel da Silva Santos and his team back in November 2021 in Istanbul-Turkey, through an introduction by my cousin who owns her accounting and advisory firms. She was apparently engaged with Ethos-Turkey as their accountants at the time.

Just to glance at my background, I have been educated at American institutions starting with my middle and high schools, followed by B.S. and MBA degrees earned at American colleges in the States by 1981. I have been an investment banker and a broker most of my life since then, owning my own bank and couple brokerage houses, one of them in an equal partnership with a very major US firm.

My vast experience and local business network in Turkey seemed like a perfect match for large scale project finance deals Ethos wanted to create at the time. At first, we agreed to test each other with a rather smaller scale project requiring around ten million euros, in two tranches. First tranche of four million went smoothly and according to the agreed terms. Second tranche was affected about a year later, only to be interrupted at the start by the legal events that took place in November 2023.

Within that gap year, we worked on many projects worth over 50 million dollars, where some of them fell through as the borrowers could not meet the strict criterion or rejected by Ethos. One project that went through after four months of negotiations was Likit Kimya group, which unfortunately was delayed in disbursements and finally caught up in the same legal actions mentioned above, leaving the group out of pocket for a major amount.

**EXHIBIT A-12**

Although I have not been privy to any major details of the case against him, except for the indictment and allegations, I can confirm that I have witnessed Carlos to be a person valuing character and integrity during the course of our relationship. He has been highly professional, hardworking and meticulous in his business dealings. Transparency and honesty were required every step of the way.

Like any of us, he did have his shortcomings as well, most notably the lack of experience as he was of very young age and desire to control every little detail, especially flow of his business, rather than to organise it properly. On a personal note, I have seen him as a caring person to his colleagues and friends at all times. Keeping in touch with his family and friends were always a priority for Carlos, despite his extremely hectic business schedules.

All of my above observations and opinions brings me to the following conclusions: whatever wrongs that may have happened with his business dealings are likely due to his lack of experience and extremely hectic way of doing business, rather than a premeditated intent to defraud. I also believe that Carlos is the only person who can strive to make things right to everyone involved, if provided with the chance and freedom to do so. I believe it would be the honourable court's intent as well to provide restitutions to the effected parties. I would kindly like to quote an old Turkish proverb; "If a carriage is stuck in a swamp, best person to get it out is the person who got it stuck there at the first place!"

Hoping my above statements can provide even a sliver of insight into his case, I hereby provide this attestation about Carlos at my own free will and according to my personal observations in light of events of the last four years.


Respectfully yours,

Mehmet R. Karamehmet


**EXHIBIT A-12**

# EXHIBIT A-13



Joao Decio Sousa da Silva

███████████████████

██████ Lisbon

Lisbon, March 19, 2025

Your Excellency, the Judge,

I address Your Excellency by writing this letter in support of Carlos Manuel da Silva Santos, fully aware that I must do so not only to strengthen Carlos Santos but also to help Your Excellency understand the human being that he is.

I met Carlos Santos in the year 2016/2017, when he already held a degree in Economics and was teaching at ISEG (I even attended one of his lectures—what a delight). At that time, I was desperately seeking funding for the development and commercialization of a premium water sourced from a property in Chamusca, Portugal, the estate known as Herdade Casal Agua da Prata.

It was a mega project to take advantage of a natural water resource, but it also required a mega investment. I had with me a Business Plan prepared by Ernest Yang as far back as the year 2000.

Through my lawyer, Dr. Joao Figueiredo from the law firm Rui Pena Arnault in Lisbon, we held several meetings to present the project. During these meetings, questions came from his side, and I provided the necessary answers. Naturally, through this process, we developed a strong and sincere friendship.

To avoid making this story too long and to spare Your Excellency, what we did and the places we traveled together in search of financing for what had now become our project was immense. After many journeys, we eventually arrived in Sao Paulo, where a financial institution showed interest in funding the project. Carlos not only worked night and day toward that goal, but beyond that, he became a financer of the very objective. That is to say, in addition to his savings, he even spent a prize he received from the Bank of Portugal in pursuit of this goal. He never asked me for anything in return for his invaluable work and the dedication he gave—perhaps not exclusive, but certainly a catalyst thanks to his time and knowledge.

In November 2018, just before the COVID-19 pandemic and already without resources, after many events that did us no favors—quite the contrary—we parted ways with a "see you soon." Carlos went to the US, and I stayed in Sao Paulo, Brazil.

We have not been physically together since. Life took its course, each of us in our own place. I continued, from afar, to follow Carlos Santos's success. From time to time, we messaged on WhatsApp, we laughed, and we continued, as always, to nurture the possibility of giving life to our project for which we had fought so hard and are still ready to fight.

Carlos Manuel da Silva Santos is, beyond being a luminous soul, a good and great friend—easy to understand when you meet him. But more than just enlightened, he is someone who works harder than anyone I have ever seen. For him, night is day and day is night. I recall the nights we spent in hotel rooms during our travels, a small room for the two of us, separate beds, and him always working like a madman. I would eventually fall asleep, and when I woke up, either he was sleeping on top of the computer, or he was still working away as if nothing had happened.

**EXHIBIT A-13**

**-42-**

Stopping to eat was a battle between us. He would rather grab a hamburger and continue working on the computer. I honestly don't know how he managed it.

When I saw him climbing the steps of success, it didn't surprise me at all. I know it's well-deserved and the result of his immense work and dedication.

Luxuries?

I don't believe they are part of his vocabulary. Much of the clothing he wears in photos dates back to when we were traveling together working on our water project—that is, more than five years ago.


Your Excellency,

I hope this letter has managed, even briefly, to give you an idea of who Carlos Manuel da Silva Santos truly is.

He needs to be free in order to work and help us build a better world. That is what I humbly ask of you.

With humility,
Joao Decio Sousa da Silva



**EXHIBIT A-13**

João Décio Sousa da Silva



███ Lisboa

Lisboa, 19 de Março de 2025

Ex mo Senhor Juiz

Dirojo-me a V. Exa escrevendo esta carta de apoio ao Carlos Manuel da Silva Santos, ciente estou de que o devo fazer, não só para fortalecer o Carlos Santos mas, ainda como forma de ajudar V. Exa a conhecer o ser humano que ele é.

Conheci o Carlos Santos no ano de 2016 / 2017, ele já licenciado em Economia e a dar aulas no I.S.E.G., (cheguei a ir assistir, que delicia), eu á referida data, caminhava como louco em busca de financiamento para a construção e comercialização de uma Água Premiun existente em uma propriedade na Chamusca, Portugal, Herdade Casal Água da Prata.

Era um mega projeto para fazer o aproveitamento do recurso natural água mas, era também um mega investimento, eu tinha comigo um Business Plan feito pela Ernest Yang já no longínquo ano de 2000.

Através do meu Advogado, Dr.João Figueiredo do escritório, Rui Pena e Arnault de Lisboa, tivemos várias reuniões para a apresentação do referido projeto, no decorrer das mesmas em que vinham da parte dele as questões, eu ia dando as necessárias respostas, fomos naturalmente criando uma amizade grande e sincera.

Para não fazer longa esta minha história e massacrar V. Exa, o que fizemos e viajamos juntos para encontrar maneira de financiar este que agora era já o nosso projeto foi muito, entre as muitas voltas acabámos por chegar em São Paulo, uma financeira se propunha a financiar o projeto, o Carlos não só trabalhava noite e dia para esse objetivo como para além disso passou a financiador desse mesmo objetivo, ou seja, inclusivamente ele entre outras suas poupanças, até um prémio que recebeu do Banco de Portugal ele gastou em prol deste objetivo, nunca me pediu o que quer que fosse pelo seu inestimável trabalho e pela sua dedicação não exclusiva mas muito catalisadora do seu tempo e saber.

Em Novembro de 2018, já em pré-Covid 19 e sem recursos, depois de muitos acontecimentos que em nada nos ajudaram, antes pelo contrário, despedimo-nos com um até já, o Carlos foi para os E.U.A. e eu fiquei no Brasil, São Paulo.

Nunca mais estivemos fisicamente juntos, a vida foi dando voltas, cada um no seu lugar, eu fui acompanhando de longe o êxito do Carlos Santos, de quando em quando nos escrevíamos pelo Whatsapp, riamos e alimentámos como sempre a possibilidade de dar corpo ao nosso projeto pelo qual tanto juntos lutámos e estamos prontos a continuar a lutar.

**EXHIBIT A-13**

O Carlos Manuel da Silva Santos, é para além de um ser iluminado um bom e grande amigo, fácil de perceber quando se conhece mas, para além de iluminado, ele é uma pessoa que trabalha como eu nunca vi ninguém trabalhar, a noite é dia e o dia é noite, recordo as noites nos hotéis por onde passámos, um quarto pequeno para os dois, camas separadas e ele sempre a trabalhar como louco, eu acabava por adormecer, quando acordava, ou ele estava a dormir em cima do computador ou continuava ali como se nada fosse.

Parar para comer era uma guerra entre nós, ele preferia comer uma Hambúrguer e continuar no computador, não sei realmente como o conseguia.

Quando o vi a subir os degraus do sucesso, não me surpreendeu em nada, sei que é merecido e consequência do seu muito e muito trabalho e dedicação.

Luxos?

Não acredito fazerem parte do seu léxico, muita da roupa com que tira fotos é do tempo em que andámos juntos em busca de realizar o nosso projeto da Água, ou seja, têm mais de cinco anos.

Ex mos Senhor Juiz.

Espero resumidamente lhe ter conseguido dar uma ideia de quem é o Carlos Manuel da Silva Santos.

Ele precisa de estar livre para puder trabalhar e ajudar a termos um mundo melhor.

É o que eu humildemente eu lhe peço.

Com Humildade

João Décio Sousa da Silva

# EXHIBIT A-14

Honorable Judge

Subject: Request for Leniency in Sentencing – Carlos Santos

**Ivo Pimentel**
Lisbon, Portugal

February 28, 2025

Dear Judge Huie,

I write to you with the utmost respect to request your consideration for leniency in the sentencing of Carlos Santos. While fully acknowledging the seriousness of the situation, I feel compelled to highlight his exceptional qualities and the significant potential he has to contribute positively to society.

I am a Portuguese citizen living in Portugal, 64 years old, a Christian, married, and a father of three adult children. With 40 years of executive experience in major international companies, I have had the opportunity to encounter a vast array of people and situations throughout my career.

I first met Carlos Santos in London in March 2023 and collaborated with him from July 2023 until his arrest in November of the same year. Though our time working together was relatively brief, I believe I gained a strong understanding of his way of thinking. Based on this experience, I can confidently say that Carlos Santos possesses remarkable intelligence, an entrepreneurial spirit, and strong moral values. Despite his young age, he has already demonstrated a keen ability for innovation, leadership, and a deep commitment to making a meaningful difference. He is not only a promising entrepreneur but also someone with the potential to inspire and uplift those around him.

Given the right opportunity, I do not doubt that Carlos Santos will direct his talents toward projects that create real social value—whether in economic development, education, or community-building initiatives. For this reason, I firmly believe that a rehabilitative approach, rather than a strictly punitive measure, would best serve both Carlos Santos and society.

Your Honor, I place my trust in the court's wisdom and sense of justice in recognizing his potential for redemption and positive contribution. Offering him a second chance would not only allow him to learn from this experience but also enable him to turn it into a foundation for a life dedicated to meaningful and constructive change.

I sincerely appreciate your time and thoughtful consideration of this request.

Respectfully,

Ivo Pimentel

**EXHIBIT A-14**

# EXHIBIT A-15



Cel: ████████████

**3rd March 2025**

**Dear Judge Huie,**        Re: **Letter of Support for Carlos Manuel da Silva Santos**

My name is Dr. Michael Anthony Steele, and I have had the privilege of knowing Carlos Manuel da Silva Santos for over five years in a variety of capacities, including as a friend, work colleague, and through a mentor-mentee relationship.

I must begin FIRST - by expressing my deep disappointment and dismay regarding the charges brought against Carlos and his subsequent guilty plea. The revelations surrounding these actions have been extremely disheartening and are wholly incompatible with the principles I adhere to and the values I have consistently observed in him throughout our years of friendship and collaboration. This situation is deeply troubling and upsetting, and I cannot endorse or diminish the severity of such actions under any circumstances.

My experience with Carlos over the years has consistently reflected a man of integrity, professionalism, and ethical conduct. The actions to which he has pleaded guilty were entirely unforeseen and are wholly inconsistent with the character I have known and trusted during our relationship.

In my professional capacity as a Non-Executive Director on the board of Ethos Asset Management Inc., USA, I have witnessed Carlos display exceptional leadership, unwavering integrity, and a strong commitment to fostering trust and innovation within the company. A significant factor in my decision to accept the role of Non-Executive Director was the alignment of Ethos's principles—Integrity, Respect, Diversity, and Trust—with my own values as an Ordained Reverend. I have always been impressed by Carlos's respect for matters of moral and spiritual importance, which underscores his dedication to fostering an ethical and inclusive workplace.

Carlos has also demonstrated exceptional humility as a mentee, consistently seeking guidance and valuing the perspectives of those around him. I recall a specific instance where an Indian associate I introduced to the company made a significant error in judgment. Carlos expressed considerable frustration and initially planned to cease communication with him. However, after I appealed to Carlos and provided further context, he reconsidered his position, ultimately showing grace and allowing me to maintain communication with the young man. This moment exemplified Carlos's ability to listen, reflect, and act with fairness—qualities that made me proud to serve alongside him as a Non-Executive Director.

Beyond his professional leadership, Carlos has made substantial efforts to give back to global communities through educational initiatives in Africa, Dubai, and the United Kingdom. He has been instrumental in empowering others to develop an entrepreneurial mindset, sponsoring events supporting women-led initiatives and projects focused on renewable energy and aiding the less fortunate. Witnessing Ethos Asset Management give back to minority ethnic communities with such passion has been deeply heartwarming.

**EXHIBIT A-15**

Carlos has also partnered with me in providing voluntary support to the Class of Steele by delivering lectures to young entrepreneurs from Africa and surrounding regions. His commitment to uplifting others through education and mentorship reflects a genuine desire to make a positive impact in the world. Have a look at one of the events he lectured and shared to our leaders ██████ █████████████████████████.

████████████████████████████████████████████████

At the conclusion of the conference participants will start thinking more about their future and legacy. They will place greater focus on the gifts and the ideas they possess, inspiring them to start building or continue building fervently, with the view of creating something tangible to be passed down from their generation to succeeding generations. The legacy they will seek to build will not only benefit their generations but the world. The participants will also focus more on dynamics such as financial education, moral values, relationship building and empowering habits as they are equally important parts of the success equation.

Topics Included: • **ETHICS AND THE SOCIAL PERSONALITY IN BUSINESS AND LIFE** • **THE FUTURE OF WORK** • **CREATING A FINANCIAL LEGACY** • **THE LEGACY BLUEPRINT** • **MEN LEADING THE WAY IN BUILDING GENERATIONAL WEALTH**

************************************************************************

On a personal note, I have spent many years working to close a deal with Ethos and have yet to succeed due to the company's rigorous due diligence and compliance processes. Despite this, Carlos has continually supported my efforts, offering opportunities to deepen my knowledge and develop a greater understanding of the industry. His consistent reminders to prioritize integrity over expediency—"Don't chase money; chase getting it right with the right project, the right client, and the right value to the community and economy"—have been invaluable and demonstrate his principled approach to business and life.

While this situation has been profoundly challenging, I remain hopeful that Carlos's strengths, along with his capacity for self-reflection and growth, will enable him to make amends and continue contributing positively in the future. It is my sincere hope that this letter provides a comprehensive view of Carlos as an individual acknowledging his mistakes without overshadowing the many positive aspects of his character.

Thank you for taking the time to consider this letter of support for Mr Santos. Please do not hesitate to contact me if I can provide further information or clarification. I remain pleased to assist as required or requested.

CONTACT: Email: ████████████████ **Tel:** ███████████████

**Vr/MSteele**

**H. E. Col. Dr. Michael Anthony Steele**

**EXHIBIT A-15**

# EXHIBIT A-16

Honorable Judge Huie,

My name is Michael Rhodes. I am from Utah and was raised on the family farm. I believe in hard work, honesty and doing good. I also believe in a forgiveness and second chances. In this context I am writing to you regarding Carlos Santos.

I met Carlos briefly in Dubai while we were living there. We then re-met on a zoom call to discuss the details of the financing package Ethos offered and how it worked. I remember how young he seemed and knowing so much! (I am 65 and still have a lot to learn) I was impressed by his demeanor and kindness, and maybe a bit of impatience as he explained to program a second time to my friend.

We had interactions with several more companies looking for capital. Most declined the program as it seemed too complicated for their accountants and leadership. Carlos was always willing to jump on a zoom call, and I felt he cared about me and my business personally. He later invited me back to DC and offered me a position in the company (ETHOS) to help bring on new clients. When I met Carlos again, I shook his hand and looked him in the eye. He returned the eye contact and smile. I pulled him in for a 'hug' and felt comfortable with that. Later someone told me he wasn't a hugger. I kind of felt like he was more one of my kids, and I was excited for his success, but also the chance to make some money helping those who needed capital.

We had our lunch as Carlos was completing a filming and then we met with him and a couple of businessmen I had brought to DC. We had a great session, and I felt excited to be a part of the company. I admit I was also attracted to the Philanthropy side of the business as well. My wife and I have been involved with several humanitarian programs through the years and felt this would be a big part of my job going forward.

Within a week or so, I received a call that Carlos had been arrested and was being transported to California. I understood the investigation had been going on for some time. I felt hurt but also wondered how he felt…. I was willing to help in any way and cooperate with those who may need my story. Eventually, I was told by his legal team where he was and that he was very distraught. I thought, well, if you have done something wrong, you need to pay it back and ask forgiveness. Then realizing it was much bigger than that, I said well, this will be hard lesson!

Several days later, as I was thinking about him, I remembered the verse in the New Testament that says, "you visited me in prison" With the encouragement of the attorneys I made a trip to be there at his first Hearing. I remember sitting in the courtroom when they brought out the Prisoners. In my mind I thought these are rough men and women! Why would he be here with them? I then saw Carlos come out and he was looking around. I

stood up so he could see me. I was the only one there, as it was too far for his family to come. As he saw ne his bottom lip quivered, and he teared up as did I. I sat down and as we glanced at each other through the proceedings. I was so glad I went. He was obviously scared and I felt that if he were my son, he just needed to know someone loved him.

Life is hard, and we make poor and terrible choices. I also know people can change and still do good. I am happy to offer my help in his repentance process. I can visit, and I can write, and be supportive.

Most heartfelt,

*Mike*

Michael █████████

███████████

North Ogden, Utah 84414

███████████

█████████████████

# EXHIBIT A-17

*ROBERT B. HICKS*

███████████████████████████

*Scottsdale, AZ 85258*

███████████████████████

February 25, 2025

RE: CARLOS MANUEL DA SILVA SANTOS

Dear Judge Huie:

By way of introduction, I am Robert Hicks, friend, business associate, and mentor of Carlos Manuel da Silva Santos. I have known Carlos for almost 7 years, beginning as a business associate in the international business arena, and over time as a friend and mentor. We spent a lot of time in business speaking many times each week, and often daily discussing our business dealings. Having been in the business world for over 35 years, I have seen and experienced many different types of people, some with great integrity and others not so good. As time went by, I witnessed Carlos working almost non-stop, and in my observation, this brought him to a place of great stress and anxiety. In reflection, perhaps his unhealthy work habits contributed to Carlos making some poor decisions. In any event, it has been my personal experience that Carlos is someone with the utmost integrity, a person I could always count on and thoroughly trust as we worked together each day dealing with banks, trade groups, financial data, conference calls, due diligence, etc.

In addition to being a businessman, I am also an Ordained Minister and own and operate a non-denominational Christian ministry. Over time Carlos became interested in knowing more about God and asked if I would teach him about my faith, which I gladly agreed to. We spent quite a bit of time together as Carlos began to read the Bible, complete some of the bible study lessons I sent to him, and asked many questions related to this topic. He is someone that loves to learn, is a quick study, and always very thankful for the time I gave him. One of Carlo's goals was to help fund my ministry via the business dealings we were involved with. He said he liked what I was doing in the ministry to help others and wanted to be a part of it.

Carlos was always talking about his parents and how blessed he was to have them and what a great childhood he had. He explained how his parents were always there for him, whether it be soccer team, swim team, his college education, or just spending quality time with his family. I once passed on to his parents what a fine job they did raising Carlos, I told them they should be very proud of him and themselves, this brought his mother to tears of joy. If I wanted a business partner, Carlos would fit the bill to a tee. Carlos is someone that goes above and beyond in whatever he does, and always does it with humility and the highest of integrity, someone you can trust with your life. Hopefully Carlos has learned something from his mistakes and can once again be part of our productive society, especially since he is so young and has a long life ahead of him.

Please feel free to reach out to me if you have any questions or want to know more about my opinions and observations of Carlos. I can be reached via my cell phone number as listed above.

Sincerely,

*Robert Hicks*

Robert Hicks

**EXHIBIT A-17**

# EXHIBIT A-18

_Letter of support for Santos Carlos Manuel da Silva_

To whom it may concern

We, the undersigned CIFALA' SALVATORE and BUGLIA ANA GABRIELA, are writing this letter with the intention of highlighting our positive experience, both personal and professional, over the years with Mr. Carlos Manuel da Silva Santos;

We met Carlos seven years ago online with the aim of bringing progress to our clients and we had the opportunity to meet him for the first time in person in Italy in December five years ago;

Since we began this relationship, our contacts have gradually consolidated and intensified over time considering the fact that he has never hidden anything from us;

Carlos Santos, in fact, has always acted transparently, diligently accompanying us in the consultancy service to clients, proving to be a person who is widely available as well as professionally competent.

He has always operated responsibly and has been extremely careful to ensure that nothing wrong could negatively interfere with both the professional activity and the interpersonal relationships established; He was especially concerned that everything was very correct and compliant with standards so that his professional work could culminate in the success of his work and in its full integrity.

Carlos is extremely responsible and has always acted correctly and precisely, trying to provide assistance as a consultant with the aim of benefiting, if possible, small and medium-sized businesses; His consultancy work consisted of providing indications to all parties involved, making them aware of the progress and any difficulties encountered during the process and during the preliminary investigation.

We believe that Carlos, in addition to being an intelligent person, is capable of correctly managing all the work he undertakes; He is polite, responsible, hard-working and altruistic.

He never stopped answering emails with technical explanations and developments of the work carried out.

He kept us constantly updated on how he operated and on all his work carried out around the world.

He made his agenda public so that we could better monitor the progress of his professional activity, so that all this could serve as an incentive for our work;

He never stopped helping us whatever was requested of him;

He provided and exhibited all the necessary documentation for an initial examination and evaluation, both ours and our clients and made his corporate team available to work together in harmony.

He gave us instructions on how to best explain each step of the credit process to clients so that they felt safe and completely clear about every right and duty so that the contract was signed by lucid people capable of clearly understanding what was proposed.

Contrary to what could be highlighted online, no false or artifact documents were sent to us with the aim of persuading potential clients; Nothing was presented in this sense.

**EXHIBIT A-18**

With this letter, we wish to confirm that through the know-how acquired by Prof. Santos and through the collaboration established between us, we could, right from the start, take the best path to achieve great results.

Finally, we would like to express a personal opinion on the matter:

We believe that Professor Santos, regardless of what he has suffered so far, is a young man capable of creating values and progress for those who have the opportunity to interact with him; he had the opportunity to graduate from an excellent university college in Portugal, obtaining, even at a young age, a university teaching position and important positions at other different international institutions; In consideration of these assumptions and regardless of the judicial events in which he has been involved, we believe that on the basis of his know-how and following the maturity acquired, he is a person towards whom further credit can be granted to allow him to continue on a better path to be able to make him achieve the success he deserves to obtain, granting him another opportunity that we are sure he will try to exploit to the fullest and deservedly.

Remaining available for any further clarification and in-depth analysis that may be necessary regarding the statements and opinions set out above.

Sincerely

Prof. Salvatore Cifalà

Dr. Ana Gabriela Buglia

Italy, Messina March 13rd, 2025

*Lettera di supporto per Santos Carlos Manuel da Silva*

**A chi di competenza**

Noi sottoscritti CIFALA' SALVATORE e BUGLIA ANA GABRIELA scriviamo questa lettera con l'intenzione di evidenziare la nostra esperienza positiva, personale e professionale, avuta negli anni con il signor Carlos Manuel da Silva Santos;

Abbiamo conosciuto Carlos sette anni fa telematicamente con l'obiettivo di portare progresso ai nostri clienti ed abbiamo avuto modo di incontrarlo la prima volta personalmente in Italia nel mese di dicembre di cinque anni fa;

Da quando abbiamo iniziato questa relazione, i nostri contatti si sono man mano consolidati ed intensificati nel tempo in considerazione del fatto che mai nulla ci è stato da lui nascosto;

Carlos Santos, infatti, ha sempre agito in modo trasparente, accompagnandoci diligentemente nel servizio di consulenza ai clienti, manifestandosi una persona largamente disponibile oltre che competente professionalmente.

Ha sempre operato in maniera responsabile ed è stato estremamente attento a garantire che nulla di sbagliato potesse interferire negativamente sia con l'attività professionale che con le relazioni interpersonali instaurate; Si preoccupava soprattutto che tutto fosse molto corretto e conforme agli standard affinché il suo operato professionale, potesse culminare nel successo del suo lavoro e nella sua piena integrità.

Carlos è estremamente responsabile e ha sempre agito in modo corretto e preciso, cercando di fornire assistenza come consulente con l'obiettivo di avvantaggiare, se possibile, la piccola e media imprenditoria; Il suo lavoro di consulenza si è sostanziato nel fornire indicazioni a tutte le parti coinvolte rendendole edotte sullo stato di avanzamento e sulle eventuali difficoltà incontrate durante il percorso e durante l'iter istruttorio.

Crediamo che Carlos oltre ad essere una persona intelligente sia capace di gestire correttamente tutto il lavoro che intraprende; È educato, responsabile, laborioso ed altruista.

Non smetteva mai di rispondere alle e mails con spiegazioni tecniche e sviluppi del lavoro espletato.

Ci ha tenuto costantemente aggiornati su come operava e su ogni suo lavoro svolto in giro per il mondo.

Ha reso pubblica la sua agenda in maniera tale che potessimo monitorare meglio i progressi della sua attività professionale, affinchè tutto ciò potesse fungere da incentivo per il nostro lavoro;

Non ha mai smesso di aiutarci qualsiasi cosa gli fosse richiesta;

Ha fornito ed esibito tutta la documentazione necessaria per una disamina ed una valutazione iniziale, sia nostra che dei nostri clienti ed ha messo a disposizione il suo team societario per lavorare insieme in armonia.

Ci ha fornito le istruzioni su come spiegare al meglio ogni passaggio del processo di credito ai clienti affinché si sentissero sicuri e completamente chiari su ogni diritto e dovere affinché il contratto fosse sottoscritto da persone lucide capaci di comprendere chiaramente quanto proposto.

**EXHIBIT A-18**

Contrariamente a quanto potuto evidenziare online, non ci sono stati trasmessi documenti falsi o artefatti allo scopo di persuadere i potenziali clienti; Nulla è stato presentato in questo senso.

Con la presente lettera, desideriamo confermare, che attraverso il *know how* acquisito dal Prof. Santos e tramite la collaborazione tra noi instaurata si potesse, fin da subito, percorrere la strada migliore per ottenere grandi risultati.

Ci permettiamo, infine, di esprimere un parere personale sulla vicenda:

Pensiamo che il Prof. Santos, a prescindere di ciò che ha subito fino adesso, sia un giovane capace comunque di creare valori e progresso per chi ha modo di relazionarsi con lui; ha avuto modo di laurearsi in un ottimo college universitario del Portogallo, ottenendo nello stesso, anche se in giovane età, incarico di docenza universitaria ed incarichi importanti presso altre diverse strutture a livello internazionale; In considerazione di questi presupposti ed indipendentemente dalle vicende giudiziarie in cui è stato coinvolto, riteniamo che sulla base del suo *know how* ed a seguito della maturità acquisita sia una persona verso la quale possa essere concesso un ulteriore credito per permettergli di proseguire in una strada migliore per riuscire a fargli conseguire il successo che merita di ottenere, concedendogli un'altra opportunità che siamo sicuri lui cercherà di sfruttare al meglio e meritatamente.

Rimanendo disponibili per qualsiasi altro chiarimento ed approfondimento fosse necessario in merito alle dichiarazione ed opinioni sopra esposte.

Cordialmente

Prof. Salvatore Cifalà

Dott.ssa Ana Gabriela Buglia

Italia, Messina  li 13 marzo 2025

# EXHIBIT A-19

STATEMENT


[Signature]

Paulo Jorge Ribas de Faria Ramos, a Portuguese citizen, holder of the citizen card nº ▮▮▮▮▮▮▮▮, a lawyer in Lisbon since January 1996, holder of the professional certificate number ▮▮▮▮▮, with a professional address at ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lisbon, Portugal, having been asked to do so and for the due purposes, particularly to submit it to the criminal case being processed in the United States of America, in which the Portuguese citizen Carlos Santos is the defendant, declares the following:

I met Carlos Santos in 2022, within the scope of the activity he was developing as CEO of the company ETHOS, based in the United States of America.

At that time, I was invited by Carlos Santos to collaborate with ETHOS in client acquisition for the company, concerning the financing of business projects.

In the scope of my collaboration, I would earn a previously agreed percentage if, through my efforts, ETHOS secured financing contracts.

Despite several opportunities, I was never able to secure a client who would sign a financing contract with ETHOS. I last spoke in person with Carlos Santos in November 2023 and had no further contact with him after that date.

Carlos Santos has always been a very cordial person with me, with impeccable personal manners.

Regarding the activities of ETHOS, I never noticed anything that could question Carlos Santos' honorability.

In fact, from Carlos Santos' actions and ETHOS' modus operandi – which I learned through several training sessions – I was always convinced that I was working with a serious person and that the business activities were completely legal.

At ETHOS, we held several training sessions over the months for the employees working with the company, so that the way ETHOS operated and its financing proposal could be understood, and we were always asked to maintain the utmost clarity when dealing with potential clients and to provide a complete

**EXHIBIT A-19**

and accurate explanation of the financing proposal ETHOS presented in the market.

In the financing proposal presented by ETHOS, as it was presented to me and how I presented it to potential clients, there was no request for any advance payments from the potential future client, meaning that no payment was required before the client obtained financing from ETHOS.

Regarding the various financing opportunities I brought to ETHOS, I can state the following in support of Carlos Santos' integrity:

1. In 2022, a client, already holding a bank guarantee that would serve as collateral for their financing request, saw their request for five million euros rejected by Carlos Santos – this financing opportunity was therefore frustrated;

2. In 2023, a client presented proof of funds to ETHOS, amounting to 30 million euros, to serve as collateral for a financing operation, which was rejected by Carlos Santos due to doubts regarding the credibility of the funds, which originated from a banking institution; the deal did not take place;

3. Another Portuguese client actually signed a financing contract with ETHOS but was unable to gather the required collateral (500 thousand euros), so the financing was not carried out; this client, to show his good faith and interest in the financing, proposed to Carlos Santos to make partial deposits into ETHOS' bank account until reaching the total of 500 thousand euros, which was categorically rejected by Carlos Santos;

4. In my presence, it was proposed to Carlos Santos, as CEO of ETHOS, the participation of ETHOS in the global football player transfer market, with potential significant financial gains for ETHOS, which was rejected by Carlos Santos, on the grounds that it was not ETHOS' core business, and that type of business, regardless of how profitable it could be, was not of interest to him.

Therefore, I have had multiple proofs over time of Carlos Santos' honesty and credibility, and I was completely astonished to see him involved in a criminal case.

**EXHIBIT A-19**

-63-

This statement is made under an oath of honor and is intended for judicial purposes in the United States of America.

Lisbon, March 18, 2025

[Signature]



(Paulo Jorge Ribas de faria Ramos)

(Paulo Jorge Ribas de Faria Ramos)

DECLARAÇÃO

Paulo Jorge Ribas de Faria Ramos, cidadão português, titular do cartão de cidadão nº ███████████ advogado em Lisboa desde Janeiro de 1996, titular da cédula profissional nº 12614L, com endereço profissional na ███████████ ███████████████████████████ Lisboa, Portugal, por lhe ter sido pedido e para os devidos efeitos, nomeadamente para juntar a processo-crime que corre termos nos Estados Unidos da América, no qual é arguido o cidadão português Carlos Santos, declara o seguinte:


Conheci o Carlos Santos no ano de 2022, no âmbito da actividade que este, enquanto CEO, desenvolvia na sociedade ETHOS, com sede nos Estados Unidos da América.

Nessa altura fui convidado pelo Carlos Santos a colaborar com a ETHOS na angariação de clientes para a empresa, no que concerne ao financiamento de projectos empresarias.

No âmbito da minha colaboração eu ganharia uma percentagem definida previamente em caso de, por meu intermédio, a Ethos celebrar contratos de financiamento.

Apesar de várias oportunidades, nunca consegui que um cliente por mim angariado celebrasse um contrato de financiamento com a Ethos.

Falei presencialmente com o Carlos Santos pela última vez no mês de Novembro de 2023, não tendo qualquer outro tipo de contacto com o mesmo após essa data.

O Carlos Santos sempre foi para comigo uma pessoa absolutamente cordial e com esmerado trato pessoal.

Ao nível da actividade da Ethos, nunca me apercebi de nada que pusesse em causa a honorabilidade do Carlos Santos.

Na verdade, da actuação do Carlos Santos e do *modus operandi* da Ethos – apreendida por mim em várias acções de formação – sempre retirei a convicção de que estar a trabalhar com uma pessoa séria e que a actividade empresarial era completamente legal.

1

Na Ethos, mantivemos ao longo dos meses várias acções de formação dos elementos que colaboraram com a empresa, para que pudesse ser percebido o modo de actuação da Ethos e da sua proposta de financiamento e sempre nos foi pedida a maior clareza no trato com os possíveis clientes e a explanação completa a exacta da proposta de financiamento que a Ethos apresentava no mercado.

Da proposta de financiamento apresentada pela Ethos no mercado, tal como me foi apresentada e como eu apresentava aos potenciais clientes, não constava qualquer pedido de pagamentos adiantados ao potencial futuro cliente, ou seja, antes de obtido o financiamento por parte do cliente da Ethos.

Das várias possibilidades de financiamento que levei para a Ethos posso dizer o seguinte, em abono da probidade do Carlos Santos:

1. Em 2022, um cliente já munido de garantia bancária que serviria de colateral do seu pedido de financiamento, viu o seu pedido recusado pelo Carlos Santos – um pedido de cinco milhões de euros, pelo que vi frustrada essa possibilidade de financiamento;

2. Em 2023, um cliente apresentou uma prova de fundos à Ethos no valor, salvo erro, de 30 milhões de euros, para servir de colateral a uma operação de financiamento, a qual foi rejeitada pelo Carlos Santos, na medida em que a mesma advinha de uma instituição bancária que suscitou dúvidas quanto à credibilidade ao mesmo; o negócio não se realizou;

3. Um outro cliente português celebrou, de facto, um contrato de financiamento com a Ethos, mas não conseguiu reunir o montante correspondente ao colateral (500 mil euros), pelo que o financiamento não foi efectuado; este cliente, para demonstrar a sua boa fé e interesse no financiamento, propôs ao Carlos Santos fazer depósitos parciais na conta bancária da Ethos, até perfazer o total de 500 mil euros, o que foi liminarmente rejeitado pelo Carlos Santos;

4. Na minha presença, foi proposto ao Carlos Santos, enquanto CEO da Ethos, a participação da Ethos no mercado de transferências de jogadores de futebol a nível mundial, com previsíveis ganhos financeiros para a Ethos de grande monta, o que foi rejeitado pelo Carlos Santos, sob a alegação

2

**EXHIBIT A-19**

de não ser o *core business* da Ethos, pelo que não lhe interessava esse tipo de negócio por mais lucrativo que pudesse ser.

Destarte, tive ao longo do tempo várias provas da honestidade e credibilidade do Carlos Santos, pelo que foi com total estupefação que o vi envolvido num processo de natureza criminal.

A presente declaração é feita sob compromisso de honra e destina-se a fins judiciais nos Estados Unidos da América.

Lisboa, 18 de Março de 2025

(Paulo Jorge Ribas de faria Ramos)

3

# EXHIBIT A-20



Kimpton Creative

London W4 3RD

www.kimptoncreative.com

19 March 2025

Dear Judge Huie

**Carlos Santos**

I was introduced to Ethos Asset Management in June 2023 by their Marketing Director Ivo Pimentel, who I worked closely with in his previous role as Director of Marketing at the Bissaya Barreto Foundation in Portugal. My initial meetings with Carlos Santos were over Zoom.

It has always struck me how respectful the Portuguese are, and Carlos was no exception. I wasn't necessarily expecting that, because I have worked with a number of entrepreneurial CEOs who weren't. He listened and gave time to our discussions about branding rather than rushed me. I felt respected as a design consultant.

As we progressed our brand development project, he was very responsive, I could tell that he liked what we did, and he made it clear that he was keen to maintain a long-term relationship. Valuing the quality of work and acknowledging effort is by no means a given in our industry, but I received it from Carlos.

Carlos is young, very driven, hard-working, and respectful. I have only ever witnessed him showing respect to me and his colleagues attending our meetings. On one occasion when I was going in the wrong direction visually, he provided constructive feedback to help me. We had a follow up conversation on a Saturday afternoon – he was very fair in his feedback, I understood what he was saying and that gave us the steer to get back on track. He appreciated my speaking to him in my own time and I appreciated that.

What I really respect about Carlos is his drive to change the world for a better place. Every time I heard from him, even when he wrote to me from prison, he expressed his unwavering belief in providing finance to affect people's lives, whether that was economies, communities or individuals affected by his investment. Therefore the criteria for qualifying for a loan was the enterprise needed to be making the world a better place, not simply lining their own pockets with his investment. The fact that he says it over and again shows it's his mantra.

Personally, I like Carlos. I liked that I would be given as much time and attention as his other activities such as being on international TV channels as an expert pundit, or speaking at financial seminars.

That is the sign of a decent person in my opinion. I can say that having worked with many leaders over many years, and knowing a bully or 'alpha male' with an inflated opinion of themselves when I see one – Carlos isn't one of them.

**David Kimpton**
Founder & Creative director

## EXHIBIT A-20

Kimpton Creative Limited  Company no 6820994  Registered address: A3 Broomsleigh Business Park  Worsley Bridge Road  London SE26 5BN  Director: David Kimpton

# EXHIBIT A-21

Dr Hawa Charfaray

██████████

Ras Al Khaimah
UAE

April 11, 2025

Dear Judge Huie,

**RE: LETTER OF SUPPORT – CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter in support of Carlos Santos, whom I have known since 2020. While we initially connected through professional networks, our relationship developed into one of genuine respect and mutual kindness over the years.

Carlos has always stood out to me as someone who is deeply empathetic and thoughtful. He consistently looks beyond formal roles or titles and sees people as individuals. As someone committed to women empowerment and leadership across South Africa and the UAE, I have worked with many professionals—but very few offer support and encouragement the way Carlos has.

One moment that stays with me happened during a Women's Leadership Summit in South Africa. A speaker cancelled unexpectedly, and without hesitation, Carlos offered to step in. His message was deeply uplifting—centered on self-worth and the power of belief. Several young women later told me that his words were the spark they needed to begin their journeys with more confidence. He had no obligation to help, yet he stepped in with grace and sincerity.

Another moment, more personal, occurred in 2022 when I lost my husband. I was navigating an incredibly difficult time—emotionally and mentally—when I received a call from Carlos. At that point, we were not close friends. We knew each other professionally and had mutual respect, but his call came simply because he cared. He didn't try to offer solutions. He listened. He gently offered support, saying I could reach out if I ever needed anything—even though it wasn't his place or responsibility. That simple gesture of compassion, offered quietly and without expectation, meant more than I can express.

Carlos has often extended himself in similar ways—checking in, volunteering behind the scenes, and encouraging others when they needed it most. I've seen this at events, during community programs, and even in simple conversations. One example that truly stood out was when he had committed to participate in an international leadership summit but was unexpectedly unable to attend. Rather than let it reflect poorly on the event or me as the host, he recorded a powerful video message that was played to the audience. He didn't know the attendees personally, but he still took the time, amid a demanding schedule, to ensure the

message was meaningful and sincere. His ability to recognize when something fell short—
and to respond in a way that honored his commitment without affecting others—is a
reflection of his integrity. It showed me that while Carlos, like all of us, may face limitations
at times, he responds with accountability and care.

While I am aware of the seriousness of the situation before the Court, my letter is not about
that. I write because I have personally experienced Carlos's empathy, reliability, and
decency. I believe he has a strong foundation of values and much more to contribute to the
world around him.


Thank you for your time and consideration.


Yours sincerely


Dr Hawa Charfaray

CEO Training Excellence

**EXHIBIT A-21**

# EXHIBIT A-22

Alice Hungwane



Mbabane, Swaziland H100

04 March 2025

Dear Judge

## RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS

I have known Carlos Manuel da Silva Santos since 2019 in the capacity of employee.

I can confirm that I have found Carlos to be a man of good character and integrity and has always been trustworthy, reliable, empathetic and professional at all times.

It was barely three months of working for Carlos, working from a different continent, my country Eswatini had riots, and shops were all closed and we could not access food and any other bare necessities.  At this point, Carlos arranged for the following, for my welfare and that of my children:

- He arranged a courier from South Africa to deliver groceries for us and this was throughout the riots which lasted for a while.
- He sent funds to pay a security company to stand guard at my home and this was the case for 3 consecutives months.

As an employer:
- Carlos invested in empowering courses/modules  so that we could be well informed and speak from a place of knowledge and comprehension of the product;
- Carlos was protective of each and everyone of us equally.  Ie, if there was a misunderstanding amongst us as employees, he made means to resolve issues amicably which created a conducive working environment;
- He treated us as family and he was open to contructive critisism;
- Protected each and everyone of us from external people when they tried to circumvent or talk ill of anyone in the team;
- He had an open door policy, one could speak to him anytime without fear;
- He paid attention, appreciated and rewarded work well done.

 Carlos has empathy, humanity and, although he doesn't appreciate ignorance and laziness, he ensures that he imparts adequetly and selflessly.

I hereby provide this testimony about Carlos without reservation.


Yours faithfully,

**Alice Hungwane**

**EXHIBIT A-22**

# EXHIBIT A-23

Honorable Judge,

My name is Hasan Ömeroğlu, and I have had the privilege of working as Carlos Santos' chief of security for over two years. I am writing this letter to share my observations regarding his character, integrity, and the values he upholds.

Carlos Santos is not only a disciplined and responsible professional but also a person with strong moral values and a deep sense of conscience. Despite his young age, he has always displayed maturity beyond his years in both his thoughts and actions. He treats everyone with respect and understanding, firmly believing that all individuals deserve to be treated with dignity, regardless of their social status.

One of the most remarkable examples of his compassion and generosity was his response to the devastating earthquake in Türkiye. Without hesitation, he provided financial assistance to help those affected, ensuring that essential supplies such as cleaning materials, blankets, food, and cold-weather necessities were delivered to the region. His willingness to take immediate action in times of crisis reflects his strong sense of responsibility and empathy for those in need.

Carlos has always prioritized fairness and respect in his daily life. Even though tipping is not as strictly regulated in our country as it is in the United States, he was always careful to leave a tip for workers in the service industry. Since I typically handled his payments, he would always confirm with me to ensure that the employees received their fair share.

His honesty and integrity have always been evident. I recall an incident at a restaurant when we received the bill, and I noticed that some items we had consumed were missing. When I informed Carlos, he did not hesitate for a moment and said, "Call the waiter and have them add the missing items. I do not want to take anything that is not rightfully mine." This was not an isolated event; on several occasions, he demonstrated the same sense of fairness and responsibility, always ensuring that people were compensated properly for their work.

Carlos' ability to connect with people is another remarkable quality. Whenever we revisited places we had been before, employees would welcome him warmly, showing how much they appreciated his kindness. His sincerity and warmth left a lasting impression on everyone he encountered. I particularly remember a café we frequently visited on weekends, where he would engage in football discussions with one of the waiters. When the waiter learned that Carlos was Portuguese, he excitedly shared that he was a huge Benfica fan. Their conversations continued every time we visited, strengthening their connection. Later, during a trip to Portugal, Carlos purchased an official Benfica jersey and gifted it to the waiter. The waiter was deeply moved by this gesture and expressed how valued and appreciated he felt.

Even when invited as a guest, Carlos always insisted on paying the bill or at least contributing his share. He was a person who not only made financial contributions wherever he went but also brought emotional and moral support to those around him. He was thoughtful, attentive to detail, and always considered the well-being of others.

Honorable Judge, I wholeheartedly believe that Carlos Santos is a compassionate, honest, and kind-hearted individual. I have no doubt that he will continue to contribute positively to those around him and to society. I respectfully ask you to take these qualities into account as you make your decision regarding his case.

Thank you for your time and consideration.

Sincerely,
Hasan Ömeroğlu

**EXHIBIT A-23**

Scanned with
CamScanner

Sayın Hakim,

Ben Hasan Ömeroğlu, Carlos Santos'un özel güvenlik şefi olarak iki yılı aşkın bir süredir kendisiyle çalışma fırsatı buldum. Bu mektubu, onun karakteri, dürüstlüğü ve insani değerlerine dair gözlemlerimi paylaşmak amacıyla yazıyorum.

Carlos Santos, yalnızca işinde disiplinli ve sorumluluk sahibi biri olmakla kalmayıp, aynı zamanda yüksek ahlaki değerlere ve güçlü bir vicdana sahip bir bireydir. Genç yaşına rağmen, düşünceleri ve davranışlarıyla yaşından çok daha olgun bir karakter sergilemiştir. İnsanlara karşı her zaman saygılı ve anlayışlı olmuş, sosyal statü farkı gözetmeksizin herkesin eşit şekilde saygıyı hak ettiğine inanarak hareket etmiştir.

Özellikle Türkiye'de yaşanan büyük deprem felaketi sonrasında, depremzedelere yardım etmek amacıyla maddi destek sağlamış ve bu bağış sayesinde bölgeye temizlik malzemeleri, battaniyeler, gıda ve soğuktan korunmaya yönelik temel ihtiyaçlar ulaştırılmıştır. Zor zamanlarda hiç düşünmeden elini taşın altına koyarak insanlara destek olması, onun duyarlılığını ve yardımseverliğini açıkça ortaya koymaktadır.

Günlük yaşamında da insanlara duyduğu saygı ve adalet anlayışı her zaman ön planda olmuştur. Ülkemizde, Amerika'daki gibi belirli yüzdelere dayalı bir bahşiş uygulaması bulunmamasına rağmen, hizmet aldığı her yerde çalışanların emeğini gözeterek mutlaka bahşiş bırakmayı özen göstermiştir. Ödemeleri genellikle ben takip ettiğim için her defasında bana sorarak teyitleşmek isterdi.

Ayrıca, dürüstlük konusundaki hassasiyeti her zaman dikkat çekiciydi. Bir gün bir restoranda hesap istendiğinde, hesap fişini kontrol ederken tükettiğimiz bazı ürünlerin hesaba dahil edilmediğini fark ettim ve durumu kendisine ilettim. Hiç tereddüt etmeden, "Garsonu çağır ve eksikleri eklet, kimsenin hakkını yemek istemem." dedi. Benzer durumlarla birkaç kez daha karşılaştık ve her seferinde aynı duyarlılığı göstererek eksik olan ödemeyi yapmaktan çekinmedi.

Carlos'un insanlarla kurduğu ilişkiler her zaman içten ve samimi olmuştur. Daha önce ziyaret ettiğimiz yerlere tekrar gittiğimizde, çalışanlar tarafından büyük bir sevgi ve ilgiyle karşılanırdı. Onun sıcak ve içten yaklaşımı insanları etkileyen en önemli özelliklerinden biriydi. Özellikle hafta sonları ara sıra gittiğimiz bir kahvaltı mekânındaki bir garsonla futbol sohbetleri yapardı. Garson, Carlos'un Portekizli olduğunu öğrendiğinde, büyük bir Benfica taraftarı olduğunu dile getirdi. Daha sonraki ziyaretlerimizde bu sohbetler devam etti. Bir süre sonra, Carlos Portekiz'e yaptığı bir seyahatten dönerken Benfica'nın resmi kulüp formasını alarak bu garsona hediye etti. Garson bu jest karşısında çok duygulandı ve kendisini çok değerli hissettiğini dile getirdi.

Davetli olduğu ortamlarda dahi, hesabı kendisi ödemek ya da en azından paylaşmak isteyen, yalnızca maddi değil, manevi anlamda da bulunduğu her ortama katkı sağlayan, ince detaylara önem veren ve çevresindekileri her zaman düşünen bir insandı.

Sayın Hakim, Carlos Santos'un vicdanlı, dürüst ve iyi niyetli bir birey olduğuna yürekten inanıyorum. Çevresindeki insanlara ve topluma olumlu katkılar sunmaya devam edeceğine hiç şüphem yoktur. Kararınızı verirken onun sahip olduğu bu değerli nitelikleri göz önünde bulundurmanızı içtenlikle rica ediyorum.

Vaktinizi ayırarak bu mektubu değerlendirdiğiniz için teşekkür ederim.

Saygılarımla,
Hasan Omeroğlu

**EXHIBIT A-23**

Scanned with
CamScanner


# EXHIBIT A-24

02.20.2025

To the Honorable Judge,

My name is Süleyman Sönmez, and I have been working as a private driver for 12 years. Over the years, my job has introduced me to many different people, often individuals of high status. I have worked with all kinds of personalities, but among them all, Carlos Santos has always stood out as someone truly special.

Carlos was never just an employer to me. From the very beginning, he treated me with kindness, respect, and warmth—as if I were his younger brother, not just someone who worked for him. His decency, his generosity, and his unwavering sense of fairness left a deep impression on me.

Even in the smallest moments, his thoughtfulness was evident. If he went out to dinner with his wife, he never forgot to invite me. When he traveled to Portugal, he always returned with local delicacies, thinking of ways to share joy with those around him. He didn't see people in terms of status or position—he simply saw people, and he treated them all with dignity.

When I learned of the painful ordeal he is now going through, I was shocked and deeply saddened. It is incomprehensible to me that a man of such character—a true gentleman, a man of respect, kindness, and integrity— could find himself in such a situation. Carlos is not just a good man; he is the kind of person who makes the world a better place.

His compassion was not limited to people. I have seen him countless times stop to feed stray animals, caring for them as if they were his own. This is who he is—a man whose heart is full of kindness, who always considers others, who never once put me in a difficult position or treated me unfairly. He never delayed my payments, never raised his voice, never made me feel anything less than valued and respected.

I feel incredibly fortunate to have met him. I have prayed many times for his return, and I continue to pray that this terrible situation will be resolved with justice and mercy. It is difficult to imagine that someone like Carlos—who has only brought goodness into the lives of others—should suffer like this.

I hope with all my heart that he will soon be reunited with those who love him. The world needs more people like Carlos, not fewer. And those of us who have had the privilege of knowing him are waiting to welcome him back with open arms.

With deepest respect,

Süleyman Sönmez

02.20.2025

**EXHIBIT A-24**

# EXHIBIT A-25

Honorable Judge,

I am writing this letter to share my thoughts about Carlos Santos and to present some aspects of his character and life for your consideration.

I met Carlos Santos after my husband started working as his security chief. During our acquaintance, which lasted for approximately 2.5 years, we had the opportunity to spend time together on multiple occasions. Mr. Carlos loved introducing his country's culture and was always very interested in learning about Turkish culture.

On special occasions such as New Year's and birthdays, we would sometimes get together for dinner. On one occasion, he invited us to a concert by a Portuguese singer, where my family and I had the opportunity to experience the enchanting melodies of Fado music. In return, we invited him to a performance featuring traditional Turkish folk dances. He always treated us with great respect and displayed impeccable hospitality.

Despite his young age, Carlos Santos possessed a level of maturity beyond his years. He valued family and family life tremendously.

On February 6, 2023, our country experienced a devastating earthquake, which claimed the lives of more than 50,000 people. Like all of us, Mr. Santos was deeply saddened by this tragedy. He asked my husband, "I am also living in this country now—what can I do for the people in the earthquake zone?" When my husband explained that there was a shortage of food, hygiene supplies, and protective materials due to the harsh winter conditions, Mr. Santos wanted to contribute financially. With his donation, essential supplies were purchased to help those in need.

At the time, I was working as a volunteer at a nonprofit organization. With Mr. Santos' donation, we purchased various food items, heaters suitable for use in tents, clothing for women and children, blankets, and other essential supplies. As a volunteer organization, we sent an entire truckload of aid to the affected region. Later, I shared photos of the purchased supplies, receipts, and images of the loaded truck with Mr. Santos to express my gratitude on behalf of our country and people. He simply responded, "At least we were able to make a small contribution," and thanked us in return.

When I heard what had happened to him from my husband, I was in disbelief and deeply saddened. Based on my personal observations and everything I have heard from my husband over the past two years, I can confidently say that Mr. Carlos is a person who would never knowingly or willingly act unfairly toward anyone. If he has made a mistake, I am certain that he will do everything in his power to make amends.

**EXHIBIT A-25**

Scanned with
CamScanner

As a retired bank employee, I have always perceived Carlos Santos as an honest and trustworthy businessman. I do not believe that he would intentionally cause financial harm to anyone or seek unjust gains.

I sincerely hope that everything is resolved soon and that Carlos Santos regains his freedom and returns to his normal life very soon.

Respectfully,

Emel Ömeroğlu

Scanned with
CamScanner

Sayın Hakim,

Bu mektubu, Carlos Santos hakkında düşüncelerimi paylaşmak ve onun karakteri ile yaşamına dair bazı noktaları takdirinize sunmak amacıyla yazıyorum.

Carlos Santos ile eşimin onun güvenlik şefi olarak çalışmaya başlamasından sonra tanıştık. Yaklaşık 2,5 yıl süren tanışıklığımız boyunca birçok defa aynı ortamlarda bulunduk. Carlos Bey, kendi ülkesinin kültürünü tanıtmayı çok sever ve bizlerin Türk kültürünü öğrenmeye büyük ilgi duyardı.

Yeni yıl ve doğum günleri gibi özel günlerde zaman zaman akşam yemeğinde bir araya gelirdik. Bir defasında bizi, Portekiz'den gelen bir sanatçının konserine davet etmişti ve ailece Fado müziğinin büyüleyici ezgilerine şahit olmuştuk. Biz de onu, Türk yerel dans gösterilerinin olduğu bir gösteriye davet ettik. Buluşmalarımızda bizlere her zaman saygılı davranır ve kusursuz bir ev sahipliği gösterirdi.

Carlos Santos, yaşça genç olmasına rağmen yaşından çok daha olgun bir karaktere sahipti. Aileye ve aile yaşantısına son derece önem verirdi.

Ülkemizde 6 Şubat 2023'te, 50 binden fazla insanımızın hayatını kaybettiği çok büyük bir deprem felaketi yaşadık. Hepimiz gibi Carlos Bey de bu durum karşısında büyük bir üzüntü duydu. Eşime, "Ben de şu an bu ülkede yaşıyorum, deprem bölgesindeki insanlar için ne yapabilirim?" diye sormuş. Eşim de bölgede gıda maddesi, hijyen malzemesi ve mevsimin kış olması nedeniyle koruyucu malzeme eksikliği olduğunu söyleyince, maddi destek vermek istemişti ve yaptığı bağışla eksiklerin temin edilmesine katkıda bulunmuştu.

Ben o sıralarda bir sivil toplum kuruluşunda gönüllü olarak çalışıyordum. Carlos Bey'in yaptığı bağış ile çeşitli gıda maddeleri, çadırda kullanılabilen sobalar, kadın ve çocuklar için kıyafetler, battaniye gibi malzemeler alarak toplanan bir kamyon dolusu yardımı bölgeye gönderdik. Sonrasında alınan malzemelerin resimlerini, faturalarını ve toplanan yardımların yüklendiği kamyonun fotoğraflarını Carlos Bey'e ileterek ülkemiz ve milletimiz adına teşekkürlerimi sundum. O da, "En azından küçük bir katkımız oldu" diyerek bizlere teşekkür etti.

Başına gelenleri eşimden duyduğumda önce inanamadım ve çok üzüldüm. Kendi şahit olduklarım ve iki yıl boyunca eşimden duyduklarım doğrultusunda Carlos Bey'i değerlendirdiğimde, bilerek ve isteyerek kimseye haksızlık yapmayacak bir karaktere sahip olduğunu söyleyebilirim. Eğer bir hatası varsa, bunu telafi etmek için elinden geleni yapacağından eminim.

**EXHIBIT A-25**

Scanned with CamScanner

Emekli bir banka çalışanı olarak, Carlos Bey'in dürüst ve güvenilir bir iş insanı olduğu izlenimini edindim. Onun kasıtlı olarak kimseye maddi zarar vermek ya da haksız kazanç sağlamak isteyeceğini düşünmüyorum.

Umarım her şey bir an önce yoluna girer ve Carlos Santos çok kısa zamanda özgürlüğüne kavuşarak normal yaşamına geri döner.

Saygılarımla,

Emel Ömeroğlu

**EXHIBIT A-25**

Scanned with
CS CamScanner

# EXHIBIT A-26

03.04.2025

My name is Ebru Yldırım, and I am a preschool teacher. I met Carlos two years ago through his wife, Eylem. I have known him as an exceptionally kind, respectful, and compassionate person.

Carlos and Eylem had a project they were passionate about, inspired by their deep love for nature: creating a natural habitat for animals. Their enthusiasm for this project resonated with me as well, as I, too, am deeply sensitive to such causes. Unfortunately, due to the circumstances that arose, this meaningful project could not be realized, which deeply saddened me.

It was heartbreaking to see my friend Eylem's life turned upside down just two months after entering a happy marriage. What happened profoundly affected both her and Carlos, and witnessing their sorrow has been very difficult for me as well.

With all my heart, I hope that Carlos will regain his freedom as soon as possible, reunite with his wife, and continue their happy marriage while pursuing their dreams of making the world a better place.

Sincerely,



Scanned with CamScanner

03.04.2025

Sayın Hakim,

Ben Ebru Yıldırım, okul öncesi öğretmeniyim. Carlos ile iki yıl önce, eşi Eylem aracılığıyla tanıştım. Kendisi son derece kibar, saygılı ve yardımsever biri olarak tanıdığım bir insandır.

Carlos ve Eylem'in doğaya olan sevgileri sayesinde hayata geçirmek istedikleri bir projeleri vardı: Hayvanlar için doğal yaşam alanları oluşturmak. Bu projeye duydukları heyecan bana da yansımıştı, çünkü ben de bu konuda çok hassasım. Ne yazık ki, yaşanan süreç nedeniyle bu değerli proje hayata geçirilemedi ve bu durum beni derinden üzdü.

Arkadaşım Eylem'in mutlu bir evlilik kurmasının üzerinden yalnızca iki ay geçmişken böyle bir olayın yaşanması, hem onun hem de Carlos'un hayatını altüst etti. Bu süreçte onların yaşadığı üzüntüye tanık olmak benim için de çok zor oldu.

Tüm kalbimle umuyorum ki Carlos en kısa zamanda özgürlüğüne kavuşur, eşiyle birlikte mutlu evliliklerine kaldıkları yerden devam eder ve hayallerini gerçekleştirme şansına yeniden sahip olur.

Saygılarımla,



**EXHIBIT A-26**

Scanned with
CamScanner

# EXHIBIT A-27

To the Honorable Judge,

My name is Sude Sönmez. I am writing this letter to provide information about Carlos and to express how valuable and kind-hearted a person he is. I have seen that he is not only a role model in the business world but also in terms of humanity and philanthropy. I have witnessed the significant positive impact he has had on the lives of many people around him and how he has guided them.

I had the opportunity to closely observe the support and help he has provided without expecting anything in return. Meeting someone like Carlos has been one of the most important experiences of my life. I express my gratitude for the support and assistance he has shown to me and my family. Thanks to him, we found hope during our difficult times and took steps toward a better future together. His presence beside those facing challenges reflects the goodness in his heart.

It is a great injustice for someone like him to be in this situation, both for those close to him and for everyone who knows him. We firmly believe that he will overcome this unfair situation. I sincerely wish for justice and what is right to prevail.

He is truly a special person in terms of goodness, justice, and valuing others. I believe that such individuals should be more numerous, and I hope that this letter will contribute to a better understanding of Carlos' character. I communicate Carlos' goodwill and high character to the court.

With deepest respect,

Sude Sönmez

**EXHIBIT A-27**
**-89-**

# EXHIBIT A-28

[Logo appears]





**STATEMENT**

MARIA CRISTINA JUNQUEIRO DE MATOS VEIGA MEIRELES, of Portuguese nationality, President of the Board of Directors of CERCILEI - Cooperative for the Education and Rehabilitation of Disabled Citizens of Leiria, CRL, since 1990, exercising this activity at ███████████████████████████, with postal code 2401-976, LEIRIA / Portugal, with the following academic qualifications: Bachelor's degree in Physical Education in the teaching branch and a Specialized Higher Studies Course in School Organization and Administration, declares that:

1. She is aware that CARLOS MANUEL DA SILVA SANTOS was born on ███████ in the city of Leiria, Portugal, and is the son of CARLOS JOSE MARQUES DOS SANTOS and MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, who live at ███████████████████████ Leiria.

2. The relationship with this family dates back a long time, to 1977, when she was the physical education teacher of his parents.

3. Upon being appointed President of the Board of Directors of CERCILEI, she needed to hire a Certified Accountant to manage the institution's accounts and chose Carlos's mother, Maria Manuela, who has held this position since 1995.

4. The professional relationship with Maria Manuela led to renewed interactions with Carlos's parents, cementing a strong friendship that continues to this day.

5. She followed the birth of the couple's two children and has known Carlos since he was born.

6. Often, Carlos would accompany his mother on visits to the institution and play with the service users (citizens with intellectual disabilities and other associated conditions) without any discrimination.

7. As a student at Joao de Deus School, he participated in several Physical Activity Evenings organized annually by CERCILEI, aimed at inclusion and social solidarity for people with disabilities.

7. He quickly realized that the children at CERCILEI were different, and interacted with them with affection, respect, and understanding, trying to stimulate them.

8. Since always, he has demonstrated to be a well-raised, very polite child, with evident moral and human values.

Cooperative for the Education and Rehabilitation of Disabled Citizens of Leiria, C.R.L.
Estrada das Moitas Altas, 279 PINHEIROS, PO Box 571 2401-976 LEIRIA Tel. 244 850 970 Fax: 244 850 971
www.cercilei.pt     Email: geral@cercilei.pt
PUBLIC UTILITY INSTITUTION FOUNDED IN 1976

Social Solidarity Cooperative * Share Capital €2,500 * Taxpayer No. 500594147 * M. C. R. C. L. No. 14/860729

**EXHIBIT A-28**




9. From the visits to Carlos's home and the evenings that extended late into the night, she had the privilege of experiencing the good harmony of the family, where conversations flowed easily, and the children's attention, curiosity, and eagerness to learn were constant.

10. She observed that, even after the eldest daughter went to study abroad, Carlos would, at a certain time, say goodnight and go to bed without the need for his parents to impose it.

11. He showed awareness that he needed to get up early the next day to go to school, and would go to bed, showing responsibility and compliance.

12. From the conversations held with his parents and himself, she always knew that Carlos was an excellent student at all academic stages, practiced competitive sports, swimming, and football, and even learned to play the guitar.

13. The days of that family seemed to last 30 hours, as the parents would accompany and transport the children to all activities after a full workday, all in favor of their children's education and upbringing.

14. Upon entering University, he moved to Lisbon, about 150 km from home, and saw him less often, but knew from his parents that he had become an excellent student, winning all merit awards available, studying day and night to reach his goals, and developing a special interest in "ECONOMICS," which led him to work even harder, to the point of abandoning sports and music in order to achieve high grades.

15. According to his parents, due to his excellence as a student, he was offered the position of Assistant Professor while pursuing his Master's degree.

16. Based on her knowledge, she considers Carlos to be a very hardworking person who has acquired scientific, professional, and human qualities, allowing him to fully integrate into the surrounding society, both socially and professionally, due to the environment he is in.

She further declares that, despite not having had direct contact with Carlos in recent years due to her profession, the contact she maintains with his parents leads her to the conviction that he can only act with high moral standards.

This declaration, made under an oath of honor, is intended for judicial purposes in the United States of America.

Leiria / Portugal, February 27, 2025

[Seal: CERCILEI - Cooperative for the Education and Rehabilitation of Disabled Citizens of Leiria - CRL.] [Signature]

**CERCILEI**
Cooperativa da Ensino e Reabilitação de
Cidadaos inadaptados de Leiria - CRL.

Cooperative for the Education and Rehabilitation of Disabled Citizens of Leiria, C.R.L.
LEIRIA Tel.    0 Fax:
www.cercilei.pt Email:
PUBLIC UTILITY INSTITUTION FOUNDED IN 1976

Social Solidarity Cooperative * Share Capital €2,500 * Taxpayer No. 500594147 * M. C. R. C. L. No. 14/860729

**EXHIBIT A-28**

**CERCILEI**

**DECLARAÇÃO**

MARIA CRISTINA JUNQUEIRO DE MATOS VEIGA MEIRELES, de nacionalidade portuguesa, Presidente do Conselho de Administração da CERCILEI - Cooperativa de Ensino e Reabilitação de Cidadãos Inadaptados de Leiria, CRL, desde o ano 1990 exercendo essa atividade na Rua das Moitas Altas, nº. 279, Pinheiros, com o código postal 2401-976, LEIRIA /Portugal, com as seguintes habilitações literária - Licenciatura em Educação Física na vertente do ensino e Curso de Estudos Superiores Especializados em Organização e Administração Escolar, declara que:

1. Tem conhecimento que CARLOS MANUEL DA SILVA SANTOS nasceu a 04/07/1994, na cidade de Leiria, Portugal e é filho de CARLOS JOSÉ MARQUES DOS SANTOS e de MARIA MANUELA DA SILVA RINO ANTÓNIO DOS SANTOS, que habitam na Rua do Barrolo, nº. 250 Zambujo, 2410-858 Cortes – Leiria.

2. A relação com esta família data de longa data, 1977, altura em que foi professora de educação física de seus pais.

3. Com a atribuição do mandado de Presidente do Conselho de Administração da Cercilei, teve necessidade de recorrer a um Contabilista Certificado para acompanhar as contas da instituição e escolheu a mãe de Carlos, Maria Manuela, que assumiu esse cargo desde 1995.

4. A relação profissional com Maria Manuela levou a que os caminhos com os pais do Carlos se voltassem a cruzar, cimentando uma forte amizade que permanece até hoje.

5. Acompanhou o nascimento dos dois filhos do casal e conhece o Carlos desde sempre.

6. Muitas vezes o Carlos acompanhava a mãe às idas à instituição e brincava com os utentes (cidadãos com deficiência intelectual e outras patologias associadas) sem qualquer discriminação.

7. Enquanto aluno do Jardim Escola João de Deus, participou em vários Saraus de Atividades Corporais que a Cercilei organiza anualmente, com fins de inclusão e solidariedade social para com a pessoa com deficiência.

7. Cedo percebeu que as crianças da Cercilei eram diferentes, e interagia com elas com carinho, respeito e compreensão, tentando estimulá-las.

8. Desde sempre demonstrou ser uma criança bem formada, muito educada e com valores morais e humanos evidentes.

Cooperativa de Ensino e Reabilitação de Cidadãos Inadaptados de Leiria, C.R.L.
LEIRIA • Tel. ▇▇▇ • Fax: ▇▇▇
www.cercilei.pt    E-mail: ▇▇▇
INSTITUIÇÃO DE UTILIDADE PÚBLICA FUNDADA EM 1976

**EXHIBIT A-28**



**CERCILEI**

9. Das visitas que fez a casa do Carlos e dos serões que se prolongavam tardiamente, teve o privilégio de vivenciar a boa harmonia da família onde as conversas fluíam com facilidade, e a atenção, a curiosidade e a vontade de aprender por parte dos filhos, era constante.

10. Verificou que, mesmo depois da filha mais velha ter ido estudar para fora, o Carlos, chegando a determinada hora, despedia-se e ia-se deitar sem ser necessário os pais imporem.

11. Demonstrava ter consciência de que no dia seguinte precisava de se levantar cedo para ir para a escola e retirava-se, revelando ser responsável e cumpridor.

12. Das conversas havidas com os pais e com o próprio, sempre soube que o Carlos foi um bom aluno em todas as etapas académicas, praticou desporto federado, natação e futebol, e ainda andou a aprender a tocar guitarra.

13. Os dias daquela família pareciam ter 30 horas, pois eram os pais que acompanhavam e transportavam os filhos para todas as atividades depois de um dia de trabalho, tudo em prol da educação e formação dos filhos.

14. Com a entrada para a Universidade, foi estudar para Lisboa que ficava a cerca de 150 Km de casa, passou a vê-lo menos vezes, mas sabia pelos pais que se tinha tornado num excelente aluno, que ganhava todos os prémios de mérito que havia para ganhar, que estudava noite e dia para alcançar os seus objetivos e que tinha um gosto muito especial por "ECONOMIA", que o levou a trabalhar cada vez mais, a ponto de deixar o desporto e a música, para atingir altas classificações.

15. Ainda segundo soube pelos pais, por ser um aluno de excelência recebeu a proposta de ser também, enquanto aluno de Mestrado, professor auxiliar.

16. Face ao conhecimento que tem, considera o Carlos uma pessoa muito trabalhadora, que adquiriu qualidades científicas, profissionais e humanas que lhe permitem uma plena integração na sociedade que o rodeia, tanto a nível social como profissional, devido ao meio em que se insere.

Mais declara que, apesar de nestes últimos anos não ter convivido diretamente com o Carlos porque a profissão assim o não permitia, o contacto que mantém com os pais leva-a à convicção de que só pode agir com elevados padrões morais.

A declaração feita sob compromisso de honra destina-se a fins judiciais nos Estados

Unidos da América.

Leiria / Portugal, 27 de Fevereiro, de 2025

CERCILEI
Cooperativa de Ensino e Reabilitação de
Cidadãos Inadaptados de Leiria - CRL.

Cooperativa de Ensino e Reabilitação de Cidadãos Inadaptados de Leiria, C.R.L.
Estrada das Moitas Altas, 279 • PINHEIROS • Apartado 571 • 2401-976 LEIRIA • Tel. 244 850 970 • Fax: 244 850 971
www.cercilei.pt     E-mail: geral@cercilei.pt
INSTITUIÇÃO DE UTILIDADE PÚBLICA FUNDADA EM 1976

**EXHIBIT A-28**
**-94-**







[Logo: CERCILEI]

[Signature]

**CERCILEI**

Statement

RICARDO FILIPE HEITOR ALEXANDRE, of Portuguese nationality, Chief Financial Officer of CERCILEI – Cooperative for the Education and Rehabilitation of Disabled Citizens, CRL, since the year 2001, carrying out this role at ████████████████████ with postal code 2401-976, Leiria, Portugal, holding the following academic qualifications: Bachelor's Degree in Translation, with a focus on Secretarial Studies, and a Bachelor's Degree in Accounting and Finance, hereby declares that:

a) He is aware that CARLOS MANUEL DA SILVA SANTOS was born on ██████████ in the city of Leiria, Portugal, and is the son of CARLOS JOSE MARQUES DOS SANTOS and MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, who reside at ██████ ████████████████████ – Leiria;

b) He met Maria Manuela Santos when he began working at CERCILEI, where Manuela Santos, the mother of Carlos Santos, was already working as a certified accountant;

c) Manuela Santos is an excellent professional in the performance of her duties, always conducting herself with rigor, responsibility, honesty, and professional ethics. I can affirm that she is a person of great trust and exceptional resilience;

d) Manuela Santos, besides being an excellent co-worker, is also a wonderful daughter, wife, and mother;

e) Over the course of working together, Manuela Santos would share anecdotes about her youngest son, Carlos Santos, who was 7 years old at the time she joined CERCILEI;

f) His schooling at Joao de Deus School was normal—he learned, played, and was a happy child. He socialized well with his classmates, teachers, and school staff, already demonstrating exemplary manners;

g) As a student of Joao de Deus School, he participated in several events organized by CERCILEI, already showing his ability to interact with everyone in various contexts, thanks to the moral and social values he was raised with;

h) In addition to school, Carlos Santos participated in extracurricular activities such as football and music. His mother used to say that football helped Carlos release all his youthful energy. Beyond the physical aspect, it helped foster team spirit and mutual support among the group. He was always well-liked by everyone. He already showed a sense of responsibility, cohesion, and leadership, eventually playing in federated football;

Cooperative for the Education and Rehabilitation of Disabled Citizens of Leiria, C.R.L.

LEIRIA Tel. ████████ Fax: ████████
████████████████████
www.cercilei.pt     E-mail:
INSTITUTION OF PUBLIC INTEREST FOUNDED IN 1976

Cooperative of Social Solidarity * Share Capital €2,500 * Taxpayer No. 500594147 * M. C. R. C. L. No. 14/860729

**EXHIBIT A-28**





i) Music stimulated his creativity and concentration. Carlos showed himself to be a sensitive, humane, and respectful young man;

j) Carlos grew up in a healthy and happy family environment. He honed and internalized core family values, which he applies in his daily life and everything he does;

k) He continued his academic journey, consistently achieving good results. When he entered the University of Lisbon at ISEG – Lisbon School of Economics and Management, he stood out for his excellent grades and performance, even receiving several awards. These achievements are due to his high level of focus, intelligence, resilience, learning ability, and dedication. His degree of integrity, maturity, and trustworthiness was consistently praised by both his professors and peers;

l) I have shared social moments with Carlos, where his charisma, friendliness, and courtesy stood out. His achievements and successes drew attention to him. Admired by many and envied by others, Carlos Santos's success aroused the jealousy of many, even leading to his name being involved in some defamatory remarks;

m) Carlos is a man with the human, professional, and scientific abilities that enable him to be fully integrated—both professionally and socially—into the society in which he lives.

It is also declared that, due to the education Carlos received, he adheres to high moral and social standards.

This statement, made under oath, is intended for judicial purposes in the United States of America.

Leiria, Portugal, February 28, 2025

[Stamp: CERCILEI – Cooperative for the Education and Rehabilitation of Disabled Citizens of Leiria – CRL] [Signature]

CERCILEI
Cooperativa de Ensino e Reabilitação de
Cidadãos Inadaptados de Leiria - CRL

Cooperative for the Education and Rehabilitation of Disabled Citizens of Leiria, C.R.L.
LEIRIA Tel. ███ * Fax: ███
www.cercilei.pt     E-mail: ███
INSTITUTION OF PUBLIC INTEREST FOUNDED IN 1976

Cooperative of Social Solidarity * Share Capital €2,500 * Taxpayer No. 500594147 * M. C. R. C. L No. 14/860729

**EXHIBIT A-28**



CERCILEI

## Declaração

RICARDO FILIPE HEITOR ALEXANDRE, de nacionalidade portuguesa, Diretor Financeiro da CERCILEI – Cooperativa de Ensino e Reabilitação de Cidadãos Inadaptados de Leiria, CRL, desde o ano de 2001, exercendo essa atividade na Rua das Moitas Altas, nº 279, Pinheiros, com o código postal 2401-976, Leiria, Portugal, com as seguintes habilitações literárias: Licenciatura em Tradução, vertente Secretariado e Licenciatura em Contabilidade e Finanças, declara que:

a) Tem conhecimento que CARLOS MANUEL DA SILVA SANTOS nasceu a 04/07/1994, na cidade de Leiria, Portugal e é filho de CARLOS JOSÉ MARQUES DOS SANTOS e de MARIA MANUELA DA SILVA RINO ANTÓNIO DOS SANTOS, que habitam na Rua do Barrolo, nº. 250 Zambujo, 2410-858 Cortes – Leiria;

b) Conheceu Maria Manuela Santos quando começou a trabalhar na CERCILEI onde, Manuela Santos, mãe de Carlos Santos, já desempenhava a função de contabilista certificada;

c) Manuela Santos é uma excelente profissional no desempenho da sua profissão, sempre pautou a sua conduta pelo rigor, responsabilidade, honestidade e ética profissional. Posso afirmar que é uma pessoa de extrema confiança e de uma grande resiliência;

d) Manuela Santos além de ser uma excelente colega de trabalho, também é uma excelente filha, esposa e mãe;

e) Ao longo da convivência no local de trabalho Manuela Santos ia comentando as peripécias do seu filho mais novo, Carlos Santos, que no momento da entrada para a CERCILEI, Carlos tinha 7 anos;

f) O seu percurso na Escola João de Deus foi normal, aprendia, brincava e era uma criança feliz. Convivia com os seus colegas, professores e pessoal auxiliar, onde demonstrava já uma educação exemplar;

g) Enquanto aluno da Escola João de Deus participou em vários Saraus organizados pela CERCILEI, demonstrando já a sua capacidade de estar com todos e em vários contextos, devido aos princípios morais e sociais que lhe foram passados;

h) Para além da escola o Carlos Santos tinha atividades extra curriculares como o futebol e a música. A sua mãe comentava que o futebol servia para o Carlos libertar toda a sua energia enquanto jovem. Para além do fator físico, ajudava a criar o espírito de equipa e de entreajuda

Cooperativa de Ensino e Reabilitação de Cidadãos Inadaptados de Leiria, C.R.L.
• Tel. ▮ • Fax: ▮
www.cercilei.pt     E-mail: ▮
INSTITUIÇÃO DE UTILIDADE PÚBLICA FUNDADA EM 1976

**EXHIBIT A-28**

-97-

Scanned with CamScanner

entre o grupo. Sempre foi muito acarinhado por todos. Já demonstrava sentido de responsabilidade, coesão e liderança, tendo chegado ao futebol federado;

i) A música estimulava a parte da criatividade e da concentração. O Carlos evidenciava ser um jovem sensível, humano e respeitador;

j) O Carlos foi crescendo em ambiente familiar saudável e feliz. Aprimorou e sedimentou os valores basilares no seio familiar, colocando em pratica no seu dia a dia e em tudo o que faz;

k) Prosseguiu o seu percurso académico tendo sempre apresentado bons resultados. Quando entrou na universidade de Lisboa no ISEG – Instituto Superior de Economia e Gestão destacou-se pelas excelentes notas e resultados apresentados, tendo até ganho alguns prémios. Estas conquistas devem-se ao elevado sentido de foco, inteligência, resiliência, capacidade de aprendizagem e trabalho. O seu grau de integridade, maturidade e de confiança sempre foi ressalvado pelos seus professores e colegas;

l) Partilhou momentos sociais com o Carlos, onde se evidenciou o seu carisma, simpatia e educação. As suas conquistas e sucessos despertaram o interesse pelo Carlos. Admirado por muitos e invejado por outros. O sucesso conquistado pelo Carlos Santos despertou a cobiça em muitas pessoas, vendo até o seu nome envolvido em algumas difamações;

m) O Carlos é um homem com capacidades humanas, profissionais e científicas que lhe permitem uma plena integração, profissional e social, na sociedade onde se insere.

Mais declara que com a educação que o Carlos recebeu, rege-se por elevados padrões morais e sociais.

A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Leiria, Portugal, 28 de Fevereiro de 2025

CERCILEI
Cooperativa de Ensino e Reabilitação de
Cidadãos Inadaptados de Leiria, CRL.

Cooperativa de Ensino e Reabilitação de Cidadãos Inadaptados de Leiria, C.R.L.
LEIRIA • Tel        Fax:
www.cercilei.pt    E-mail:
INSTITUIÇÃO DE UTILIDADE PÚBLICA FUNDADA EM 1976

EXHIBIT A-28
-98-

# EXHIBIT A-29

03.06.2025

**Honorable Judge,**

My name is Ayten Dıvarcı, and I worked as a housekeeping staff member for Carlos Santos for approximately one and a half years while he resided at Süzer Plaza in Istanbul. During this time, I had the opportunity to know him as a disciplined businessman who upholds ethical values and deeply respects the efforts of his employees.

Carlos Santos has always treated his employees with fairness and respect, ensuring their rights were protected while maintaining a considerate and understanding approach toward us. On one occasion, when I was unwell, he personally took care of the situation and arranged for his driver to take me home, demonstrating his thoughtfulness and compassion.

Moreover, following the devastating earthquake in our country, he made a significant contribution to support those in need, providing substantial aid to those affected by the disaster. Throughout the time I worked with him, I never witnessed any inappropriate behavior or misconduct. On the contrary, I always regarded him as a person of integrity, strong work ethic, and genuine respect for others.

Honorable Judge, I sincerely request that these qualities of Carlos Santos be taken into consideration.

**Respectfully,**

**Ayten Dıvarcı**

İMZA

**EXHIBIT A-29**
**-100-**


Scanned with CamScanner

Sayın Hakim,

Ben Ayten  Dıvarcı, Carlos Santos'un İstanbul Süzer Plaza'da ikamet ettiği süre boyunca, yaklaşık bir buçuk yıl boyunca kendisinin yanında temizlik personeli olarak çalıştım. Bu süre zarfında kendisini disiplinli, etik değerlere bağlı ve çalışanlarının emeğine büyük saygı gösteren bir iş insanı olarak tanıma fırsatı buldum.

Carlos Santos, çalışanlarına her zaman adil ve saygılı davranmış, onların haklarını gözetmiş ve bizlere karşı son derece anlayışlı bir yaklaşım sergilemiştir. Özellikle sağlık sorunları yaşadığım bir dönemde şahsen ilgilenmiş ve beni şoförüyle evime kadar gönderecek kadar düşünceli ve hassas davranmıştır.

Ayrıca, ülkemizde yaşanan büyük deprem felaketinde de hatırı sayılır ölçüde yardımda bulunarak mağdur insanlara destek olmuştur. Onunla çalıştığım süre boyunca herhangi bir olumsuz davranışına veya yanlış bir tutumuna şahit olmadım. Aksine, her zaman dürüstlüğü, iş ahlakı ve insana verdiği değerle örnek alınacak bir kişi olduğunu düşündüm.

Sayın Hakim, Carlos Santos'un sahip olduğu bu niteliklerin göz önünde bulundurulmasını içtenlikle rica ediyorum.

Saygılarımla,

Ayten Dıvarcı

İMZA

Scanned with
CS CamScanner

# EXHIBIT A-30

Zaheer
Dubai, UAE


Date 07/04/25

To Whom It May Concern,

I'm writing to express my heartfelt appreciation and support for Carlos, a remarkable individual who has made a significant impact on my life. I've had the pleasure of knowing Carlos for over six years, and our relationship has evolved into a strong and meaningful bond.

As a limousine driver in Dubai, I first met Carlos when he arrived in the city for business purposes. He booked my vehicle, and we struck up a conversation. From that moment on, our relationship grew, and I was impressed by his exceptional character and kindness. Despite being my boss, Carlos never treated me as just a driver. He always considered me as part of his team and showed genuine interest in my well-being.

One of the most remarkable aspects of Carlos's personality is his willingness to help those in need. Whenever I required assistance, he was always there to lend a helping hand. He would often pay me more than the agreed-upon fare for my services, demonstrating his generosity and compassion.

During a particularly challenging period in my life, Carlos went above and beyond to support me. When he learned about my situation, he personally reached out to me, offering financial, moral, and professional support. His kindness and guidance helped me navigate a difficult time, and I'll be eternally grateful for his help.

I consider Carlos a true friend and mentor, rather than just a boss. He's always been there to offer valuable advice and support, and I appreciate the trust he's placed in me. I'm grateful for the opportunity to work with him and appreciate his exceptional leadership.

In conclusion, I want to express my heartfelt gratitude to Carlos for being an outstanding individual who has made a significant impact on my life. I'll always remember his kindness, generosity, and support, and I wish him all the best.

Sincerely,

Zaheer Ulhaq

Dubai, UAE

**EXHIBIT A-30**

# EXHIBIT A-31

Statement

Joao Mourata Pinheiro, of Portuguese nationality, resides at ████████████████ ████████████ Lisbon (Portugal). I declare that I have known Carlos Manuel da Silva Santos since 2016.

In 2016, I had to take the final ninth-grade exam in Mathematics and Portuguese. Through my mother, who had a friend who introduced her to Carlos, I got to know him.

He is a young man who, from the beginning, always had a smile on his face and always wanted to teach. He was my neighbor, so the lessons were always at his house. There were times when I went to his house without the will to learn, but he never let me give up because he believed in me.

Week after week, he tutored me until the final exam. I was nervous, but after everything he taught me, even when I was tired, I couldn't let him down. Thanks to his effort and dedication, I ended up passing the exam. He was very happy when he found out that I had passed.

I still thank him to this day for never giving up on me and for being such a kind person.

Even though we haven't seen each other in a long time, we became friends.

Lisbon, 19th of February, 2025

Joao Pinheiro



**EXHIBIT A-31**
**-105-**

Afirmação


João Mourata Pinheiro nacionalidade portuguesa reside na ███████████████████ █████████Lisboa (Portugal). Declaro que conheço Carlos Manuel da Silva Santos desde 2016.

Em 2016 tive de fazer o exame final do nono ano de Matemática e Português. Através da minha mãe, que tinha uma amiga que a apresentou ao Carlos.

É um jovem que desde o início sempre teve um sorriso na cara e sempre quis ensinar. Era meu vizinho e então as aulas eram sempre em casa dele. Houve alturas em que fui a casa dele sem querer aprender, mas ele nunca me deixou desistir porque acreditava em mim.

Semana após semana deu-me explicações até ao exame final. Eu estava nervoso, mas depois de tudo o que ele me ensinou, mesmo quando estava cansado, não conseguia desiludi-lo. Graças ao seu esforço e dedicação, acabei por passar no exame. Ele ficou muito contente quando descobriu que eu passei.

Agradeço-lhe até hoje por nunca ter desistido de mim e por ser uma pessoa muito bondosa.

Mesmo não nos vendo há muito tempo, tornámo-nos amigos.


Lisbon, 19th of February, 2025

João Pinheiro

# EXHIBIT A-32

23rd Feb 2025

Dear Judge Huie,

**RE: LETTER OF SUPPORT - CARLOS MANUEL DA SILVA SANTOS**

I am writing this letter to give information to support Carlos Manuel da Silva Santos.

I am engaged to Carlos's sister- Carla Sofia da Silva Santos whose letter of support you might have also read. Although we are from different countries and live in different parts of the world, I have known Carlos for over 5 years when first being introduced while I was staying at Carla's family home.

Over the years I've known Carlos to be affable and warm person who loves to tell jokes and entertain people, especially around the dinner table with his large Portuguese family. He made me feel welcome into Carla's family which wasn't easy considering that their parents do not speak much English (*never mind English with a strong Scottish accent that I have*) and he made it easier to converse with the family and made me feel welcome even though he was always busy and hardworking. (He was dedicated to his phone at times).

Carlos often allowed us to stay at his residence in Lisbon when Carla and I were holidaying in Portugal. He was very hospitable without being overbearing. Allowing me to use his toiletries when our luggage went missing and letting us stay in his room which was more comfortable than the furniture he slept on.

We share a love of soccer and often our discussions were around the sport whether it was reminiscing about our youth days playing or supporting our respective teams just now. While holidaying in Portugal, myself, Carla, her father and Carlos all went to see Benfica FC play at their stadium in Lisbon with Carlos and his father taking us there. I hope one day to repay the favour and take them to Rangers FC stadium in Glasgow one day.

Though our time spent together has been relatively short, he was often busy working and living in another country. I currently reside with his sister in the UK, Carla and I plan to get married in the near future. He was one of the first to congratulate us on our engagement and we attended his wedding, it would be very nice to have him present. I hope this situation will be resolved in the near future and everybody can move forward with our lives

Sincerely,

Dr. Robert Roy

DocuSigned by:

**Robert Roy**
90FC13E4C576472...
3/10/2025

# EXHIBIT A-33

Honorable Robert S. Huie
United States District Court for the Southern District of California

02.17.2025

Dear Judge Huie,

My name is Sabahat Bas and I am the mother of Eylem Santos. I write this letter to express my deepest support for my son-in-law Carlos Santos.

I have come to regard Carlos as a son because he has always been caring for both me and my daughter and he has consistently shown a genuine concern for our well being. No matter how busy he was, he always remembered to check on me and to ensure that I was safe and sound. When I suffered a serious injury and I was not able to walk alone for a long time, Carlos made it his priority to make sure that I was comfortable. He visited me regularly and never let me be alone as he took me out to eat with my daughter and himself, and sometimes to the seaside so that the three of us could enjoy fresh air, conversation, and tea together.

Carlos is a very well educated, thoughtful man with a keen intellect and he loves history, which gives me great pleasure because I always enjoyed talking with him and sharing my knowledge while listening to his insights. I miss those peaceful and joyful moments when we were all together and I treasure the memories we have created.

I always describe Carlos as a respectful, kind, merciful and caring man with a heart full of love, because I have never met anyone in today's world who cares for every single person and is always ready to help anyone in need.

I cannot wait to hear the good news of his release and I pray that he will be able to return home very soon. Both his parents, his sister and my family look forward to the day when we can welcome him back with open arms. I hope that my words help convey the genuine character he has always shown and I trust that the Court will recognize his good heart and his potential to contribute positively to society in any setting.

Thank you for taking the time to read my letter and for your consideration.

Respectfully,

Sabahat Bas

EXHIBIT A-33

-110-



# EXHIBIT A-34

Honorable Judge,

*6 March 2025*

My name is Onur Bas, and I am Eylem Santos' brother. I am a software engineer living abroad, which is why I have not had the opportunity to spend much time with Carlos Santos. However, even from a distance, I have seen his kindness and integrity.

One thing that stood out to me was how respectfully and attentively he treated my mother. He was always eager to help, making sure she was comfortable, and showing genuine care.

We also shared a common interest in football, often exchanging thoughts and comments through Eylem. Even in those conversations, his passion and kindness came through.

I believe Carlos is someone with strong values, and I have no doubt that he will move forward in a positive direction. Thank you for your time and consideration.

Sincerely,

Onur Bas

# EXHIBIT A-35

Evrim Bas

New York, NY 10002

March 7, 2025

RE: Character Reference Letter for Carlos M. Da Silva Santos

To The Honorable Judge or to Whom It May Concern,

My name is Evrim Bas, and I am the sister of Zeynep Eylem Bas Da Silva Santos, the wife of Carlos M. Da Silva Santos.

Although I live in the United States and not in Turkey as my sister and her husband, I have frequently heard from my sister and our mother about the kindness, generosity, and strong sense of responsibility he has shown toward our family. I also had the opportunity to meet him in person at the wedding.

From everything I have come to know about Carlos, he has always been a devoted husband, a respectful and dependable son-in-law, and someone who values family and integrity. My sister and mother have spoken highly of his unwavering support, describing him as someone who is considerate, hardworking, and always willing to help those around him.

It is unfortunate that he now finds himself in this difficult situation. However, based on my interactions with him and what my family has shared with me, I firmly believe that Carlos is a person of good character who takes his responsibilities seriously. I am confident that he is committed to addressing this matter in the best possible way.

I sincerely hope that this letter provides insight into the kind, responsible, and trustworthy person that Carlos truly is and that it will be taken into consideration during this hearing. Thank you for your time and for allowing me to share my perspective.

Respectfully,

Evrim Bas

**EXHIBIT A-35**
**-114-**

# EXHIBIT A-36


António Ricardo Marques Almeida
██████████ Lisboa
Portugal

Lisbon, 25th February 2025

Dear Judge Huie,

I have known Carlos, or Carlitos as everyone used to call him, for as long as I can remember, as he is the youngest of a group of eight cousins on my mother's side of the family. I would say he was the cousin I was closest to, due to our similar age and shared interests.

Some of my fondest childhood memories involve Carlos. We were quite close during our younger days. At the time, our family had the habit of gathering at our grandparents' house every weekend after lunch, where we would all meet up. It was great fun to play soccer or ride bikes with everyone.

Most of these cherished memories were created during the summer months when it was just the two of us. During summer, when we had our long vacations from school, we would spend afternoons playing together. I remember clearly waiting by the phone every day after lunch for him or his mother to call my house while my father was still home on his lunch break from work, so he could give me a ride to Carlos' place.

We would spend the afternoons playing video games, building with Lego and Playmobil, drawing with chalk on the garage floor, riding our bikes around town, and one of my favorites: we went fishing. Behind his house, our grandfather had a bit of land with vineyards, and at the end, there was the river that ran through our town.

After untangling the fishing line with the help of his father from our previous outing, we would put on our swimming trunks, grab the fishing rods, a bucket for our catch of the day, and some old bread to make small bait balls. We rarely caught much. Mostly, we just played around in the river. But when we did catch something, we would place it in the bucket with water and run up to the vineyard to show everyone, only to release it back into the river at the end of the day. The funniest part for me was that our best catch was a small crayfish, which we didn't even need rods for. We just grabbed it. Carlos was the one who taught me how to fish, having learned from his own father.

As we grew older, we kind of drifted apart, mainly because we moved to different towns for university and later for work. We saw each other primarily at sporadic family gatherings, and I was always delighted to hear about his hard work and dedication to his

studies and professional career. Due to the geographic distance, years passed without seeing each other, until more recently.

One such occasion was at our grandfather's funeral, where the whole family came together. Despite the sadness of the event, I was glad to see everyone. One thing that stuck with me was Carlos's attentiveness. He seemed a bit stressed at times, probably due to the emotional weight of the day, but even after the funeral, everyone gathered at his parents' house for dinner, and it felt like he was one of the main motivators for the get-together, always ensuring everyone was okay. It was nice to see he was still the same kind and hardworking person as before.

Another time we reunited was at Carlos's wedding, where he went the extra mile to gather as many family members as possible, preparing everything and ensuring everyone was comfortable and happy throughout the weekend. It was an important day for him, and I could see just how much effort he put into making it special for all of us.

Sincerely,
António Almeida

**EXHIBIT A-36**

# EXHIBIT A-37



Leiria (Portugal), February 23, 2025

Most Honorable Judge Huie,

I, Ariana Heleno Marques dos Santos, 43 years old, of Portuguese nationality and residing at ██████████████████████████████████ Leiria (Portugal), hereby declare that I have known CARLOS MANUEL DA SILVA SANTOS since he was born, as I am his eldest cousin.

Over the years, I have spent time with Carlos at various family gatherings. We participated in festive lunches and numerous family get-togethers, particularly on weekends, at our paternal grandmother's house.

I have always known him to be an affectionate and sociable person. Despite a 13-year age difference between me and Carlos, I always got along easily with him, as he is a mature person, very communicative, pleasant, and engaged in various conversations and games.

When the family meals were held at my uncle and aunt's house—Carlos's parents—I would always see my cousin helping with the preparation and organization of these moments. He enjoyed making everyone around him happy, showing himself to be dedicated and committed to providing comfort and well-being to all.

He was an above-average student—responsible, disciplined, and very diligent.

I am available to assist him in any way within my reach.


Sincerely,

Ariana Heleno Marques dos Santos
[Signature: Ariana Heleno Marques dos Santos]
*Ariana Heleno Marques dos Santos*


**EXHIBIT A-37**
**-119-**

Leiria (Portugal), 23 de Fevereiro de 2025

Excelentíssimo Senhor Doutor Juiz Huie,

Eu, Ariana Heleno Marques dos Santos, de 43 anos de idade, de nacionalidade portuguesa e residente na ███████████████████████████████████ Leiria (Portugal), declaro que conheço o CARLOS MANUEL DA SILVA SANTOS desde que ele nasceu, pois sou a prima mais velha dele.

Ao longo dos anos estive com o Carlos em vários convívios familiares. Participávamos nos almoços em datas festivas e nos inúmeros encontros de família, designadamente aos fins-de-semana, em casa da nossa avó paterna.

Sempre o conheci como sendo uma pessoa afetuosa e sociável. Tendo uma diferença de idade de 13 anos do primo Carlos sempre convivi facilmente com ele, por ser uma pessoa madura, muito comunicativa, bastante agradável e participativa nas diversas conversas e brincadeiras.

Quando as refeições familiares eram em casa dos meus tios, pais do Carlos, via o meu primo sempre a ajudar na preparação e na organização destes momentos. Gostava de fazer felizes todas as pessoas que o rodeavam, mostrava-se dedicado e empenhado em proporcionar conforto e bem-estar a todos.

Foi um estudante acima da média, responsável, disciplinado e muito aplicado.

Encontro-me disponível para o ajudar em tudo o que estiver ao meu alcance.

Atenciosamente,

Ariana Heleno Marques dos Santos

*Ariana Heleno Marques dos Santos*

**EXHIBIT A-37**

**-120-**

# EXHIBIT A-38



Miguel dos Reis Santos
Coimbra - Portugal

February 21, 2025

Honorable Judge Huie,

LETTER OF SUPPORT - **CARLOS MANUEL DA SILVA SANTOS**

Honorable Judge,

I am writing this letter with the purpose of introducing Carlos to you within the context of the relationship I have had with him throughout my life.

I have known Carlos since his birth, as his cousin, with approximately a ten-year age difference between us. If someone were to ask me what my first memory of a baby is, my answer would be: Carlos. I vividly remember visiting him at the maternity hospital and extending my finger for him to hold with his small hand—a simple gesture, yet one that has stayed in my memory until today.

Over the years, I closely followed his growth and have countless memories of that journey. Together, we shared family moments, such as beach vacations and weekends, always surrounded by our parents, sisters, and the rest of the family. I could describe many of these experiences, typical of a united family, but that would make this letter excessively long.

I can state that I was with Carlos practically every week of our lives until I entered university. I graduated in Mechanical Engineering in Coimbra, a city located about an hour away from Leiria, our hometown. From that point onward, despite the physical distance making our regular interactions a bit more difficult, we continued to spend time together, at least on weekends and on important occasions such as Christmas, when we would always gather at our paternal grandparents' house.

Therefore, I can confidently say that I have accompanied Carlos's growth from childhood to adulthood, sharing with him many of the family values we were taught. I closely followed his personal, academic, and professional development, and I highlight his constant dedication, strong work ethic, and success in each stage of his life.

For all of these reasons, I am submitting this letter as my testimony about Carlos, without any reservations.

[Signature]

Miguel dos Reis Santos

**EXHIBIT A-38**
**-122-**

Miguel dos Reis Santos
Coimbra - Portugal

21 fevereiro 2025

Mmo. Juiz Huie,

CARTA DE APOIO - **CARLOS MANUEL DA SILVA SANTOS**

Meritíssimo Juiz,

Escrevo esta carta com o propósito de lhe apresentar o Carlos no contexto em que convivi com ele ao longo da vida.

Conheço o Carlos desde o seu nascimento, na qualidade de primo, sendo que há entre nós uma diferença de idade de aproximadamente dez anos. Se alguém me perguntasse qual é a minha primeira lembrança de um bebé, a minha resposta seria: o Carlos. Recordo-me vividamente de visitá-lo na maternidade e de lhe estender o dedo para que o segurasse com a sua pequena mão — um gesto simples, mas que permaneceu gravado na minha memória até hoje.

Ao longo dos anos, acompanhei de perto o seu crescimento e guardo inúmeras memórias desse percurso. Juntos, partilhamos momentos em família, como férias na praia e fins de semana, sempre rodeados pelos nossos pais, irmãs e restante família. Poderia descrever muitas dessas vivências, típicas de uma família unida, mas tornaria esta carta demasiadamente extensa.

Posso afirmar que estive com o Carlos praticamente todas as semanas da nossa vida até ao momento em que ingressei na universidade. Licenciei-me em Engenharia Mecânica, em Coimbra, cidade situada a cerca de uma hora de Leiria, a nossa terra natal. A partir desse momento, apesar da distância física ter dificultado um pouco a nossa convivência tão regular, passámos a conviver pelo menos durante os fins de semana e em datas importantes, como por exemplo no Natal, ocasião em que nos reuníamos sempre na casa dos nossos avós paternos.

Dessa forma, posso assegurar que acompanhei o crescimento do Carlos desde a infância até à idade adulta, partilhando com ele muitos dos valores familiares que nos foram transmitidos. Segui de perto o seu desenvolvimento pessoal, académico e profissional, e destaco a sua constante dedicação, boa ética e o êxito que alcançou em cada etapa da sua vida.

Por tudo isto, venho, por este meio, prestar o meu testemunho sobre o Carlos, sem quaisquer reservas.

Miguel dos Reis Santos

# EXHIBIT A-39



**Leiria (Portugal), February 23, 2025**

Subject: LETTER OF SUPPORT FOR CARLOS MANUEL DA SILVA SANTOS

Most Honorable Judge Huie,

My name is Sandra Margarida Heleno Marques dos Santos, I am 39 years old, and I am a clinical psychologist. I am the cousin of CARLOS MANUEL DA SILVA SANTOS, and I have known him since he was born, as I am one of his older cousins. We have always been close, since our family has always valued and nurtured our relationships through frequent family gatherings, which took place since our childhood, especially on weekends and during school holidays.

I have always seen my cousin Carlos as a cheerful person, very curious and interested in everything around him, constantly asking questions, seeking to learn and help solve any problem that might arise. As children and teenagers, we used to help our parents and grandparents with agricultural tasks on the weekends, particularly during grape harvest season. Carlos always participated with dedication and determination, fostering an atmosphere of cooperation and mutual support. Always attentive and empathetic, I recall that he would take the initiative to carry the buckets full of grapes to empty them, aiming to help and ease the burden on our grandfather and father, who were usually assigned that task. Carlos has always been a dedicated and kind person.

Because of everything I know about my cousin's personal and professional journey, I believe in his ability to overcome challenges. I am fully available to help my cousin Carlos with his social and professional reintegration within our community, and within the family, he will never lack love.

I am available to provide any further information you may require.

Sincerely,

Sandra Margarida Heleno Marques dos Santos
[Signature: Sandra Margarida H. Marques Santos]

*Sandra Margarida H. Marques Santos*

**EXHIBIT A-39**

Leiria (Portugal), 23 de fevereiro de 2025

Assunto: CARTA DE APOIO A CARLOS MANUEL DA SILVA SANTOS

Excelentíssimo Senhor Doutor Juiz Huie,

Chamo-me Sandra Margarida Heleno Marques dos Santos, tenho 39 anos de idade e sou psicóloga clínica. Sou prima do CARLOS MANUEL DA SILVA SANTOS, conhecendo-o desde que nasceu, visto ser uma das suas primas mais velhas. Sempre fomos próximos, uma vez que a nossa família sempre valorizou e cultivou as nossas relações através de convívios familiares muito frequentes e que aconteciam desde a nossa infância, designadamente aos fins-de-semana e férias escolares.

Sempre vi o meu primo Carlos como uma pessoa alegre, muito curioso e interessado em relação a tudo o que o rodeava, fazendo muitas perguntas, procurando aprender e ajudar na resolução de qualquer problema que surgisse. Enquanto crianças e jovens, costumávamos ajudar os nossos pais e avós nas tarefas agrícolas durante os fins-de-semana, nomeadamente na apanha das uvas, na época das vindimas. O Carlos participava sempre com empenho e determinação, mantendo um ambiente de colaboração e entreajuda. Sempre atento e empático, recordo que tomava a iniciativa de carregar com os baldes cheios de uvas para despejar, procurando assim ajudar e aliviar o avô e o pai, a quem ficava incumbida essa tarefa. O Carlos sempre foi uma pessoa dedicada e bondosa.

Por todo o percurso pessoal e profissional que conheço do meu primo acredito na sua capacidade de superação. Encontro-me totalmente disponível para ajudar o meu primo Carlos na sua integração social e profissional junto da nossa comunidade, sendo que no seio familiar amor não faltará.

Encontro-me disponível para prestar quaisquer esclarecimentos que considerem necessários.

Atenciosamente,

Sandra Margarida Heleno Marques dos Santos

*Sandra Margarida H. Marques Santos*

**EXHIBIT A-39**

# EXHIBIT A-40

Ana Rita Reis Santos
Portugal

20th February 2025

To Whom It May Concern,

I am one of Carlos Manuel da Silva Santos's cousins, and we are very close in age.

Throughout our childhood, we were not only neighbors but also inseparable companions. We spent countless hours playing together every day, creating our own games to entertain ourselves for entire afternoons. We played on the computer and often hid from our parents in playful mischief.

Every day, we would go on bicycle rides through our village and spend time on the family farm near our homes, where we also kept our grandparents' company. These shared experiences helped build a strong and lasting bond between us.

As we grew older, I had numerous opportunities to observe Carlos's character and qualities. He has always been a man of integrity and strong moral values. From childhood to adulthood, he has demonstrated kindness, reliability, and a strong sense of responsibility. He leads his life with professionalism, respect, and honorable principles.

Throughout our relationship, I have witnessed Carlos's dedication and commitment to both personal and professional growth. He consistently strives for excellence in all his endeavors and approaches every challenge with determination and perseverance. Furthermore, he is known for his dependability and strong sense of responsibility, which have earned him the respect of those around him.

Unfortunately, the last time we were together was during the funerals of our grandparents. Carlos made a special trip to Portugal to be present for this difficult moment and to offer support to our family, which speaks to his deep sense of duty and care for his loved ones.

I offer this testimony about Carlos without hesitation or reservation.

Ana Rita Reis Santos



**EXHIBIT A-40**
**-128-**

# EXHIBIT A-41



Quintino de Barros Matos Almeida and
Maria Celeste Marques dos Santos

████████████

████ Leiria – Portugal

February 24, 2025

Subject: Letter of Support for Carlos Manuel da Silva Santos

Dear Judge,

We are the uncle and aunt of Carlos Manuel da Silva Santos, and we have known him since his birth.

We have witnessed his growth and his relationships with family and friends. He has always shown himself to be a simple, affectionate, talkative, and playful boy.

From an early age (adolescence), it was easy to have a structured conversation with him. At family lunches, which were more or less frequent, Carlos Manuel was always present and actively participated in the conversations.

During many summers, we spent several holidays together, sharing many moments at the beach, lunches, dinners, as well as themed outings. His dedication to the family environment was evident. He liked to see the whole family gathered and took the initiative to start games and play among everyone.

Carlos Manuel has always been creative. He liked to invent games with his cousins. On the beach, he was excellent at building sand structures and challenging his cousins to do the same.

He was always affectionate with elderly people, something we witnessed particularly with his grandparents. He is a kind-hearted human being, concerned about others.

During school holidays, he enjoyed helping his parents with various tasks. Since he was little, he always wanted to take on chores that were too heavy for his age.

He always had a knack for agriculture and helped his parents and grandparents with farm work.

In our eyes, he had a brilliant academic path, largely due to his parents' education and persistence. With these foundations, it was no surprise to us that Carlos Manuel achieved success in his professional life.

In recent times, we have been more distant, for personal and professional reasons, but in the moments we have spent together—some of them due to sad circumstances (loss of family members)—Carlos Manuel has maintained his ability to engage in dialogue and help others, always with a positive mindset. His embrace remains the same as ever.

Being someone who easily adapts to situations, it will not be difficult for him to integrate and meet any expectations placed upon him.

With kind regards,                              [Signature]

[Signature: Maria Celeste Marques dos Santos]

**EXHIBIT A-41**

-130-



Quintino de Barros Matos Almeida e

Maria Celeste Marques dos Santos

Leiria – Portugal

24 de Fevereiro de 2025

Assunto: Carta de apoio a Carlos Manuel da Silva Santos

Caro Juiz,

Somos tios do Carlos Manuel da Silva Santos e conhecemo-lo desde o seu nascimento.

Acompanhámos o seu crescimento e relacionamento com a família e amigos. Sempre se mostrou um menino simples, afetuoso, conversador e brincalhão.

Desde cedo (adolescência), era fácil ter uma conversa estruturada com ele. Nos almoços em família, que eram mais ou menos frequentes, o Carlos Manuel estava sempre presente e participava ativamente nas conversas.

Em muitos verões, foram várias as temporadas que passámos juntos, partilhando muitos momentos na praia, almoços, jantares assim como passeios temáticos. A sua dedicação ao ambiente familiar era evidente. Gostava de ver a família toda reunida, tinha iniciativa para começar jogos e brincadeiras entre todos.

O Carlos Manuel sempre foi criativo. Gostava de construir brincadeiras com os primos. No areal da praia era exímio a fazer construções na areia e a desafiar os primos para o mesmo.

Sempre foi afetuoso com as pessoas idosas, algo que constatámos muito com os avós. É um ser humano meigo, preocupado com os outros.

Nas férias escolares gostava de ajudar os pais em diversas tarefas. Desde pequeno sempre quis fazer coisas demasiado pesadas para a sua idade.

Sempre teve jeito para a agricultura e ajudava os pais e os avós nos trabalhos agrícolas.

Aos nossos olhos teve um percurso escolar brilhante, muito devido à educação e persistência dos pais. Com estas bases não foi surpresa para nós que o Carlos Manuel atingisse sucesso na sua vida profissional.

Nos últimos tempos temos estado mais afastados, por motivos pessoais e profissionais, mas nos momentos que temos estado juntos, alguns por motivos mais tristes (perdas de familiares), o Carlos Manuel manteve a sua capacidade de dialogar e ajudar o próximo, sempre com pensamento positivo. O abraço dele continua a ser o mesmo de sempre.

Sendo uma pessoa que facilmente se adapta às situações não será difícil integrar-se e corresponder ao que lhe for solicitado.

Com os melhores cumprimentos,

Maria Celeste Marques dos Santos

**EXHIBIT A-41**
**-131-**

# EXHIBIT A-42



Joaquim Santos
Maria de Lurdes Reis
Leiria

**INFORMATION**

As uncles of CARLOS MANUEL DA SILVA SANTOS, we were pleased to have the opportunity to accompany him since his birth.

We have followed CARLOS's growth from childhood. We witnessed his first words and first steps, his first meals, and several lessons during his childhood. We fondly remember the many summer holidays spent together as a family at the beach, where we cherished CARLOS's good humor and companionship since he was a child.

We lived nearby, and with children close to his age, they always shared a lot of time during their childhood and adolescence.

We witnessed his youth and adolescence, with a distinguished academic path, becoming a young adult with good character and high moral values, both in his personal life and in his academic and family life.

He has always maintained a strong connection with family, being affectionate, and humble, and guiding his life with good behavior and positive attitudes.

Leiria, February 22, 2025

Joaquim Santos and Lurdes Reis

[Signatures]

...im Santos e Lurdes Reis

**EXHIBIT A-42**

**-133-**

Joaquim Santos
Maria de Lurdes Reis
Leiria

**INFORMAÇÃO**

Na qualidade de tios de CARLOS MANUEL DA SILVA SANTOS, foi com gosto que tivemos oportunidade de o acompanhar desde o seu nascimento.

Acompanhámos o crescimento do CARLOS desde criança. Assistimos às suas primeiras palavras e aos seus primeiros passos, às suas primeiras refeições e a várias aprendizagens na infância. Lembramos com carinho as várias férias de Verão na praia que passávamos todos juntos em família, de onde guardamos a boa disposição e companheirismo do CARLOS desde criança.

Residíamos próximo e com idade próxima dos nossos filhos, pelo que sempre partilharam muito tempo na infância e adolescência deles.

Assistimos à sua juventude e adolescência, com um percurso académico de relevo, tornando-se num jovem adulto com bom caracter e de elevados valores morais tanto na sua vida pessoal, como estudantil e familiar.

Manteve sempre presente a sua ligação á família, carinhoso, humilde, pautando a sua vida por um bom comportamento, e por boas atitudes.

Leiria, 22 de Fevereiro de 2025

Joaquim Santos e Lurdes Reis

**EXHIBIT A-42**

# EXHIBIT A-43



**STATEMENT**

Fernanda Maria Marques dos Santos, of Portuguese nationality, residing at ███ ████████████████████████████████ Leiria (Portugal), hereby declare, in my capacity as aunt and friend, that I have known Carlos Manuel da Silva Santos since he was born.

I have followed his upbringing since childhood and can confirm that I consider Carlos to be a man of good character and high moral values, both in his personal and professional life.

Carlos is very close to his family and affectionate. As an example, I recall the support he gave in 2022 when his paternal grandparents passed away (both in the same year—the grandfather in January and the grandmother in September), whom Carlos loved very much and held in high regard and esteem. Aware of the sadness everyone felt, he was helpful, caring, and attentive. Recognizing the importance of family to all, he contributed significantly to organizing several gatherings so we could be together during that difficult time.

One of his greatest concerns is always to respect the teachings of his parents and family and never do anything to disappoint them.

As a student, he always overcame his difficulties with effort and dedication, which allowed him to consistently be one of the best students at the various schools he attended.

I consider Carlos to be a hardworking, responsible, and compassionate person, a true friend to his family and friends, well-integrated into his family and social environment, and respected by everyone in the social circles he is part of in Portugal.

I believe Carlos has the ability to integrate into the job market in Portugal, not only because of his professional skills and competencies but also due to the unequivocal support he will receive from his family and friends.

**EXHIBIT A-43**

As a human being, he is endowed with great character and much generosity, always willing to help others.

Leiria, February 20, 2025
The Declarant



**DECLARAÇÃO**

Fernanda Maria Marques dos Santos, de nacionalidade portuguesa, residente em ███
████████████████████████████ Leiria (Portugal), declaro, na qualidade de Tia e amiga, que conheço o Carlos Manuel da Silva Santos desde que nasceu.

Acompanhei sua educação desde criança e posso confirmar que considero Carlos um homem de bom caráter e de elevados valores morais tanto na vida pessoal como profissional.

O Carlos é muito ligado à família e carinhoso. Como exemplo disso recordo o apoio que deu quando em 2022 faleceram os avós paternos (ambos no mesmo ano, o avô em janeiro e a avó em setembro), de quem o Carlos gostava muito e por quem tinha grande estima e consideração. Sabendo a tristeza que todos sentiam, ele foi prestável, carinhoso e atento. Reconhecendo a importância que a família tem para todos, colaborou muito na organização de vários momentos para que conseguíssemos estar todos juntos nesse momento difícil.

Uma das suas maiores preocupações é respeitar sempre os ensinamentos dos pais e da família e nada fazer para os desiludir.

Enquanto estudante sempre ultrapassou as suas dificuldades com empenho e dedicação, o que lhe permitiu ser sempre um dos melhores alunos nas diferentes escolas que frequentou.

Considero o Carlos uma pessoa trabalhadora, responsável, solidária, amigo dos seus familiares e amigos, bem integrado o meio familiar e social, sendo respeitado por todos no meio social onde se insere em Portugal.

Acredito que o Carlos tem condições de se integrar no mercado de trabalho em Portugal, não apenas pelas suas capacidades e competências profissionais, mas também pelo apoio inequívoco que terá da sua família e amigos.

Como ser humano é dotado de um grande caráter e muita generosidade, estando sempre disponível para ajudar o próximo.

Leiria, 20 de fevereiro 2025
A Declarante

# EXHIBIT A-44



**STATEMENT**

I, Jose Alarico Marques dos Santos, born and residing in Portugal, 71 years old, retired, holder of Portuguese citizen card number ▇▇▇▇, hereby respectfully DECLARE the following:

I have known CARLOS MANUEL DA SILVA SANTOS since his birth on ▇▇▇▇. I am his uncle and the brother of his father, Carlos Jose Marques dos Santos.

I have closely followed his entire life journey. He has always been very well-mannered, hardworking, extremely dedicated, and disciplined in everything he did.

He is a responsible person, full of faith, and always willing to help others.

He played official football in his youth while also studying, and I would attend his matches whenever I could.

Since he began working abroad, we have exchanged messages in which he shared that he had a heavy workload, day and night, spending a week in each country with different cultures, and that in the end, he felt as though he were already 50 years old.

I feel deep sadness that Carlos is facing problems in the United States of America.

We are a very close-knit family and all willing to help Carlos Manuel reintegrate. To us, he is our Carlitos, as we affectionately call him.

I also declare that I am available for any further clarifications deemed necessary.


Leiria (Portugal), February 22, 2025


Jose Alarico Marques dos Santos
[Signature: Jose Alarico Marques dos Santos]

*José Alarico Marques dos Santos*


**EXHIBIT A-44**

**-141-**

# DECLARAÇÃO

Eu, José Alarico Marques dos Santos, nascido e residente em Portugal, de 71 anos de idade, Reformado, com cartão de cidadão Português número ▇▇▇▇▇ venho respeitosamente DECLARAR o seguinte:

Conheço o CARLOS MANUEL DA SILVA SANTOS desde o seu nascimento em ▇▇▇▇ ▇▇▇▇ Sou seu tio e irmão de seu pai Carlos José Marques dos Santos.

Acompanhei de perto todo o seu percurso. Foi sempre muito bem-educado, trabalhador, muito dedicado e disciplinado em tudo o que fazia.

É uma pessoa cumpridora, com muita fé e amigo de ajudar o próximo.

Jogou futebol federado na juventude, ao mesmo tempo que estudava, e eu assistia aos seus jogos sempre que podia.

Desde que a sua profissão passou a ser exercida no estrangeiro trocávamos mensagens, nas quais partilhou que tinha muito trabalho dia e noite, que passava uma semana em cada país, com diferentes culturas, e que no final parecia que já tinha 50 anos.

Sinto muita tristeza por o Carlos estar com problemas nos Estados Unidos da América.

Somos uma família muito unida e todos dispostos a ajudar a integrar o Carlos Manuel. Para nós, o nosso Carlitos, como carinhosamente o tratamos.

Também declaro que me encontro disponível para quaisquer esclarecimentos que entendam necessários.

Leiria (Portugal), 22 de Fevereiro de 2025

José Alarico Marques dos Santos

*José Alarico Marques dos Santos*

**EXHIBIT A-44**

-142-

# EXHIBIT A-45





[Signature]

**STATEMENT**

Dear Judge Huie,

I am Ana Gertrudes de Brito Dionisio Garcia, born in Lisbon, Portugal, and residing at ███ ████████████████████████████████████ Lisbon, Portugal. I am a domestic worker by profession. I declare that CARLOS **MANUEL DA SILVA SANTOS**, born on ██████████ in the city of Leiria, Portugal, is the son of Maria Manuela da Silva Rino Antonio dos Santos and Carlos Jose Marques dos Santos, who live in the city of Leiria. I have known Carlos since the year 2014, when he was looking for someone to do domestic work for him.

1. I have known Carlos for 11 years, and from the beginning, a friendship developed between us, as he himself often says that he has two mothers—one in Lisbon and another in Leiria—and that he is lucky because of it.

2. I have accompanied Carlos since that time until today, and I treat him as my own son. I know he was an outstanding student, achieving very high grades, because I saw him working hard every day. He was very responsible, compassionate, and even helped me, which shows his generosity. He has a strong habit of giving and being helpful.

3. Even though he lived on the first floor in Lisbon, he would always come down to carry the groceries for me so I wouldn't have to climb the stairs. In the same building lived an elderly lady (now deceased), and besides helping her carry groceries, he also kept her company, because she often felt lonely. I witnessed this myself, and once again, Carlos showed his moral values.

4. In addition to his great academic abilities—each year he received two or three awards which he brought home and shared that happiness with me—I know that he was respected at school, and here on the street where he lives in Lisbon, everyone respects him. From a young age, people started calling him "Doctor."

5. I often asked him for help in tutoring children of my friends in mathematics, and he never said no. He was always willing to help, even though he had a lot of work, and he did everything he could to make the student enjoy what they were learning, which brought him a lot of satisfaction.

6. I continue to support him fully because I know his character well and his ability to overcome challenges, and I am absolutely convinced that he would never commit any crime.

**EXHIBIT A-45**



[Signature]

7. He always welcomed me with a smile whenever I was going through health problems or difficult times in my life—he always brought me light. I've worked in many homes as a domestic worker, and I've never felt a bond like the one I have with him. I knew that every time I entered the house and he was studying, he would come give me a kiss, and then go straight to his room to study. He is a very focused and hardworking young man.

8. This declaration is true and signed by me under honor and is intended for judicial purposes in the United States of America.

Lisbon, Portugal, on the 27th day of February, 2025

Ana Gertrudes de Brito Dionisio Garcia

[Signature: Ana Garcia]

**EXHIBIT A-45**
**-145-**

Ama Garcia

1/2

## DECLARAÇÃO

Caro Juiz Huie,

Sou Ana Gertrudes de Brito Dionísio Garcia natural de Lisboa/Portugal, moradora em ███████████████████ Lisboa/ Portugal, sou empregada doméstica de profissão declaro que CARLOS **MANUEL DA SILVA SANTOS**, nascido a ████████, na cidade de Leiria / Portugal e sei que é filho de Maria Manuela da Silva Rino António dos Santos e de Carlos José Marques dos Santos moradores na cidade de Leiria. Conheço o Carlos , desde o ano de 2014, quando .procurava uma pessoa para lhe fazer os trabalhos domésticos.

1º Fiquei a conhecer o Carlos há 11 anos e desde logo resultou uma relação de amizade, pois ele próprio diz claramente que tem duas Mães, uma em Lisboa e outra em Leiria e que é um sortudo por isso.

2º. Acompanhei o Carlos desde essa data até hoje o qual trato como filho meu, sei que foi um aluno brilhante, onde atingiu altíssimas classificações, porque o via todos os dias a trabalhar arduamente, muito responsável, solidário a ponto de me ajudar o que demonstra a sua generosidade. Muito amigo de oferecer.

3º. Apesar de em Lisboa viver num primeiro andar vinha sempre buscar-me as compras para não subir as escadas, bem como no prédio vivia uma senhora idosa ( já falecida) que além de ajudar no transporte das compras, também lhe fazia companhia, pois a senhora sentia-se muito só, isto visto por mim, logo o Carlos mais uma vez mostrava os seus valores morais

4º. Além das suas enormes qualidades científicas, pois cada ano recebia dois ou três prémios que trazia para casa e partilhava comigo essa felicidade, sei que na escola era respeitado e aqui na rua onde mora em Lisboa todos o respeitam. E de muito cedo o começaram a tratar por Doutor.

5º. Pedi-lhe muitas vezes apoio em auxílio de explicações a nível de matemática para filhos das minhas amigas e nunca dizia que não, estava sempre pronto a ajudar apesar de ter muito trabalho, e fazia tudo para tornar o aluno com gosto pelo que fazia e isso dava-lhe muita satisfação

6ºContinuo a apoiá-lo plenamente porque conheço bem o seu carácter e o seu poder de superação e tenho plena convicção que já mais cometerá algum crime.



7º. Ele sempre me recebeu com um sorriso na cara sempre que eu estava com vários problemas de saúde e na minha vida ele sempre me iluminou. Já trabalhei em várias casas como empregada doméstica e nunca senti nenhuma ligação como senti com ele. Já sabia que sempre que entrava em casa e ele estivesse a estudar ele vinha me dar um beijo, mas logo se trancava no quarto para estudar. É um menino/homem muito focada e trabalhador.

8º. A presente declaração é verdadeira e é por mim assinada sob compromisso de honra e destina-se a fins judiciais nos Estados Unidos da América

Lisboa/Portugal, aos 27 dias de fevereiro de 2025

Ana Gertrudes de Brito Dionísio Garcia

# EXHIBIT A-46

**STATEMENT**

Honorable Judge Huie,

I, Nuno Antonio Brito de Freitas Garcia, born in Lisbon, Portugal, with a degree in Industrial Electronics and working as a Telecommunications Technician, know Carlos through my mother and as a customer of my business (restaurant), which is near where he lived in Lisbon, about 8 years ago.

Carlos has always been trustworthy, cheerful, kind, responsible, and a very good friend of my mother. Through her, I learned that he is originally from Leiria, Portugal, and I have concrete evidence that he helped my mother both financially and emotionally during a difficult time in our lives. Both my mother and I went through some financial and emotional hardships, both before and after COVID-19, and he was always a support. Even without needing my mother's services (my mother is a domestic worker), he never stopped supporting her.

As a customer at the restaurant, he was always very polite and respectful to all the employees and always paid promptly. I know he has great human qualities from my experience with my mother, as well as professional qualities of hard work. He was an excellent student, as was often mentioned, since he consistently received merit and monetary awards for his high academic value.

If he were not honest, he would not have helped others as he did. Here in our Lisbon neighborhood, everyone respects Carlos.

Carlos has a strong personality and a strong character, and I am fully convinced that he will always respect the law.

This declaration, made under oath, is intended for judicial purposes in the United States of America.

Lisbon, Portugal, February 27, 2025

Nuno Antonio Brito de Freitas Garcia
[Signature]

**EXHIBIT A-46**

## DECLARAÇÃO

Exmº.Senhor Doutor Juiz Huie

Eu Nuno António Brito de Freitas Garcia nascido em Lisboa /Portugal , com o curso de Eletrónica industrial , com a profissão de Técnico de Telecomunicações , conheço o Carlos através da minha mãe e como cliente da minha casa comercial ( restaurante), que tenho  perto de onde viveu em Lisboa, há cerca de 8 anos

O Carlos sempre de boas contas, sorridente, simpático responsável , muito amigo da minha mãe e através dela soube que é natural de Leiria/Portugal e que tenho factos concretos que ajudou a minha mãe tanto monetariamente como emocionalmente numa altura difícil da nossa vida , tanto eu como à minha mãe passamos algumas dificuldades financeiras e emocionais tanto antes do COVID 19 e depois do COVID 19 ele sempre foi um apoio .
Mesmo sem precisar dos serviços da minha mãe ( a minha mãe é empregada doméstica ) ele nunca deixou de apoiar a minha mãe .
E como cliente aqui no restaurante sempre foi muito amável e educado com todos os empregados e sempre um bom pagador .
Sei que tem enormes qualidades humanas pela experiencia com a minha mãe e qualidades profissionais de muito trabalho, foi um excelente aluno era o que se comentava, pois recebia sempre prémios de mérito e monetários pelo seu tão alto valor académico.
Se não fosse honesto, não ajudava o próximo como fazia. Aqui no nosso bairro de Lisboa todos respeitam o Carlos.
O Carlos apresenta uma forte personalidade e um forte caráter e tenho plena convicção que sempre irá respeitar a lei.
A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da Amarica

Lisboa/ Portugal, 27 de fevereiro de 2025

Nuno António Brito de Freitas Garcia

*[assinatura]*



# EXHIBIT A-47



# STATEMENT

_____I, Antonio da Silva Cabeco, of Portuguese nationality, holding a degree in medicine from the University of Coimbra, holder of professional license number ████, Head of the Psychiatry Department, residing at ████████████████ Marinha Grande, HEREBY DECLARE with regard to CARLOS MANUEL DA SILVA SANTOS, born on ████████, in the city of Leiria, Portugal, son of Carlos José Marques dos Santos and Maria Manuela da Silva Rino Antonio Santos, residing at ██████████ ████████████ Leiria, the following:

I have known Carlos Manuel da Silva Santos very well since he was born, as I already had a friendship with his parents.

I consider him to be a hardworking, responsible, supportive, kind individual, a friend to his family and friends, well integrated into both family and social environments, and respected in the community where he lives in Portugal. Carlos was an outstanding student, both in high school and at the university level, with particular distinction in the Management program at the Instituto Superior de Economia e Gestao of the University of Lisbon, Portugal, where he achieved extremely high grades, being one of the best students of all time.

I acknowledge his outstanding scientific, professional, and human qualities, recalling specific situations in which Carlos demonstrated strong moral values.

I am clearly convinced that Carlos has the unquestionable capability to enter the labor market in Portugal, not only due to his skills, but more importantly, due to the support he will receive from his family, friends, and businesspeople who are willing to help him integrate professionally.

Over the years, through sporting events in which I have participated and organized—particularly "RALLIES," a form of automotive competition under the International Automobile Federation (FIA)—I have interacted with Carlos both directly and indirectly, as he regularly accompanied his father, who, as previously mentioned, is a friend of mine. These interactions have only reinforced the positive opinion I hold of him, which I now express here.

This declaration, made under honor pledge, is intended for judicial purposes in the United States of America.

S. Pedro de Moel, March 13, 2025

Sincerely, _____ [Signature]

**EXHIBIT A-47**

# DECLARAÇÃO

_____António da Silva Cabeço, de nacionalidade Portuguesa, licenciado em medicina pela Universidade de Coimbra, portador da cédula Profissional número ▉▉▉▉. chefe do serviço de Psiquiatria, com domicilio na ▉▉ ▉▉▉▉ ▉▉ ▉ ▉▉▉▉▉▉▉ ▉▉ ▉ Marinha Grande, DECLARA em relação a CARLOS MANUEL DA SILVA SANTOS, nascido em ▉▉▉▉▉▉ na cidade de Leiria, Portugal, filho de Carlos José Marques dos Santos e de Maria Manuela da Silva Rino António Santos, com domicilio em ▉▉▉▉▉▉ ▉▉ ▉ Leiria, o seguinte:

Conhece perfeitamente o Carlos Manuel da Silva Santos desde que nasceu porque mantinha já uma relação de amizade com os seus pais.

Considera-o uma pessoa trabalhadora, responsável, solidária, fraterno, amigo dos seus familiares e amigos, bem integrado no ambiente familiar e social, sendo respeitado no meio onde se insere em Portugal. O Carlos foi um aluno brilhante, quer a nível do ensino secundário quer a nível do ensino universitário, com especial referência no curso de Gestão no Instituto Superior de Economia e Gestão, da Universidade de Lisboa, Portugal, onde atingiu altíssimas classificações, sendo um dos melhores alunos de todos os tempos;

Reconheço as suas enormes qualidades científicas, profissionais e humanas, recordando situações concretas em que o Carlos demonstrou elevados valores morais.

Tenho a convicção clara que o Carlos tem condições inequívocas para se inserir no mercado de trabalho em Portugal, não só pelas suas competências, mas, o que releva, pelo apoio de que irá beneficiar da família, amigos e empresários que estão dispostos a promover o seu enquadramento a nível profissional.

Ao longo dos anos, nas provas desportivas, de que sou participante e organizador foram muitas, "RALIS" - formas desportivas de competição automobilísticas pertencentes à Federação Internacional do Automóvel (FIA) fui convivendo com o Carlos de modo direto e indireto, pois acompanhava sempre o pai de quem sou amigo como já transcrevi anteriormente, neste tipo de eventos, o que reforçou a opinião que dele tenho e aqui transcrevo.

A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

S. Pedro de Moel, 13 de março de 2025

Atenciosamente

*[signature]*

# EXHIBIT A-48

**Dear Judge Huie,**

I, JOAO MANUEL ALVES MEIRELES, of Portuguese nationality, retired from the profession of Physical Education Teacher and also a former National Roller Hockey Coach during the 1990s, residing at ███ ████████████████████████████ Leiria, hereby declare that:

I have known CARLOS MANUEL DA SILVA SANTOS since he was a baby; his parents were my sports students and later I became a customer of the company Lizauto, now Lizitalia, where Carlos's father is one of the administrators.

The reunion with Carlos's parents developed into a friendship that lasts to this day, and through frequent interaction with the family, I have always seen Carlos as a friend as well, a result of the friendship that began with his parents.

As a visitor to their home, I closely followed the developmental path he had both in sports and academically—the good student, the good peer, and the good athlete he always was. I remember the enthusiasm with which he spoke and debated various topics, and regarding sports, the "debates" between soccer, the sport he played, and hockey, my sport of choice—always respectfully, yet firmly defending his point of view.

Later, already at university, I kept hearing from his parents about the continued academic success Carlos was having. Carlos was always an excellent student, and in university he excelled even more, proving to be a brilliant student. It was common for his parents to proudly talk about the awards he received.

When he visited Leiria, he would always "tease" me about soccer, which—much to my disappointment—he had to give up due to the demands of his academic program. I "didn't find that amusing at all," since as a physical education teacher, I follow the maxim "a healthy mind in a healthy body." Of course, our "debates" were in a light-hearted tone, as he had chosen soccer over Roller Hockey.

Carlos has always been a pleasant and sensitive person, highly respectful of his parents and the moral values instilled in him through his upbringing. He is very hardworking, having as a role model his own parents, who have always made sacrifices to provide the best for their children. His mother, an accountant at Cercilei, fostered acceptance of difference from an early age by taking him to the institution during school breaks and encouraging him to play with other children who, although different, also enjoy playing and have feelings.

Given the education Carlos received and the environment in which his parents are involved, I have no doubt that he will have a successful professional and social life, without the need for special support or integration, as everyone knows Carlos for the qualities he possesses.

This statement, made under oath and honor, is intended for legal purposes in the United States of America.

Leiria / Portugal, February 27, 2025

[Signature]

**EXHIBIT A-48**

**Caro Juiz Huie**

Eu, JOÃO MANUEL ALVES MEIRELES, de nacionalidade Portuguesa, reformado da profissão de Professor de Educação Física e ainda Selecionador Nacional de Hóquei em Patins durante a década de 90, com domicílio em ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Leiria, declaro que:

Conheço o CARLOS MANUEL DA SILVA SANTOS, desde bebé, os seus pais foram meus alunos de desporto e mais tarde passei a ser cliente da empresa Lizauto, atualmente Lizitália, onde o pai de Carlos é um dos administradores.

O reencontro com os pais do Carlos uniu-nos numa amizade que dura até hoje e pelo convívio frequente com a família, sempre vi o Carlos também como um amigo da mesma forma, resultado da amizade iniciada com os seus pais.

Como frequentador da sua casa, acompanhei de perto o percurso evolutivo que teve tanto a nível desportivo como académico, o bom aluno, o bom colega, o bom desportista que sempre foi, o entusiasmo com que conversava e debatia as questões, e em relação ao desporto, os "confrontos" entre o futebol, modalidade que praticava, e o hóquei, o meu desporto de eleição, sem nunca me faltar ao respeito mas defendendo sempre o seu ponto de vista.

Mais tarde, já na Universidade, ia tendo conhecimento, através dos pais, do sucesso que o Carlos continuava a ter a nível dos estudos. O Carlos sempre foi um excelente aluno e na Universidade superou-se, revelando ser um aluno brilhante. Era frequente os pais falarem dos prémios recebidos, cheios de orgulho.

Quando vinha a Leiria, não deixava de me "picar" com o futebol que, com pena minha deixou de praticar pelas exigências do curso, o que "não achei graça nenhuma" uma vez que, como professor de educação física, sigo a máxima "alma sã em corpo são". Claro que os nossos "confrontos" eram em tom de picardia por ele ter optado pelo futebol e não pelo Hóquei em Patins.

O Carlos sempre foi uma pessoa agradável, sensível, muito respeitador dos pais e dos valores morais transmitidos pela educação que teve, muito trabalhador tendo como referência os próprios pais que sempre se sacrificaram para proporcionar o melhor para os filhos. A mãe, que é contabilista na Cercilei, desde pequeno fomentou a aceitação da diferença ao levá-lo à Instituição no período de férias, incentivando-o a brincar com os outros meninos que, apesar de serem diferentes também gostam de brincar e têm sentimentos.

Com a educação que o Carlos recebeu e o meio em que os pais se inserem, não tenho dúvidas que terá uma boa vida profissional e social, sem haver necessidade de promover o seu enquadramento, pois todos conhecem o Carlos pelas qualidades que tem.

A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Leiria / Portugal, 27 de fevereiro, de 2025,

**EXHIBIT A-48**

-156-



# EXHIBIT A-49

**DECLARATION**

To the Honorable Judge Huie,

I, **Joao Nuno Ruivo Bastos,** a civil engineer by profession, of Portuguese nationality, registered with the Portuguese Order of Engineers under professional license no. ████ residing at █████████████████████████████district of Leiria / Portugal, hereby declare the following regarding **CARLOS MANUEL DA SILVA SANTOS,** born on ███████, in the city of Leiria, Portugal, known to be the son of Maria Manuela da Silva Rino Antonio dos Santos and Carlos Jose Marques dos Santos, residing at ██████████████████████ LEIRIA:

1- I have known Carlos Manuel for as long as I can remember, as our parents have always been very close friends. Even when we were born, they spent a lot of time together, and I have grown up knowing Carlos, continuing the friendship initiated by our parents.

2- I have always followed Carlos closely and, through conversations, we all knew that he was always a brilliant student. He practiced swimming, was a federated football player, and also studied music at a renowned school in Leiria (guitar). For this reason, we all recognized Carlos as hardworking, responsible, and also caring. During playtime, especially at the beach, when we played together, he would give in to my demands just to avoid any conflict.

3- He was respected by all of us because we recognized in him great academic qualities as well as strong human values. He was a good friend, always had a kind word for the elderly, and this revealed his high moral standards, which I personally witnessed.

4- Carlos' character will make his social and professional integration easy, especially within the community in which he belongs.

5- We all eagerly await Carlos' return so we can spend time with him and enjoy the pleasure of his company.

6- This statement is made truthfully and is intended for legal purposes in the United States of America.

Batalha / Portugal, March 5, 2025

*Joao Nuno Ruivo Bastos*



**EXHIBIT A-49**

## DECLARAÇÃO

Exmº. Senhor Doutor Juíz Huie,

Eu, **João Nuno Ruivo Bastos**, engenheiro civil de profissão, de nacionalidade portuguesa, inscrito na ordem dos Engenheiros Portugueses com a cédula profissional nº. ▮▮▮ com domicílio na ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ distrito de Leiria / Portugal, declaro que em relação ao **CARLOS MANUEL DA SILVA SANTOS**, nascido em ▮▮▮▮▮▮, na cidade de Leiria, Portugal sabe que é filho de Maria Manuela da Silva Rino António dos Santos e de Carlos José Marques dos Santos, com domicílio na ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ LEIRIA, o seguinte:

1- Conheço o Carlos Manuel desde sempre, pois sendo os nossos pais muito amigos, já quando nascemos, conviviam constantemente e eu sempre cresci a conhecer o Carlos, como a mesma amizade iniciada pelos nossos pais.

2- Sempre acompanhei o Carlos e nas conversas, todos sabíamos que o Carlos foi sempre um aluno brilhante, praticava natação, Futebol Federado e ainda apendia musica numa escola conceituada em Leiria (guitarra), por isso todos reconhecíamos o Carlos como muito trabalhador, responsável e também solidário. Nas brincadeiras principalmente na praia, quando brincávamos juntos ele sedia às minhas imposições só para não criar atrito

3- Era respeitado por todos porque lhe reconhecíamos enormes qualidade a nível dos estudos, mas também humanas, porque era amigo, tinha sempre uma palavra amiga para com as pessoas de mais idade e isso demonstrava elevados valores morais, isto por mim presenciado.

4- O carácter do Carlos fará com que seja fácil a sua integração social bem como no meio empresarial, pelo núcleo da sociedade em que se insere.

5- Todos esperamos ansiosos pelo Carlos para conviver com ele, e desfrutarmos do prazer da sua companhia.

6- A presente declaração é feita com verdade e destina-se a fins judiciais nos Estados Unidos da América.

Batalha / Portugal, 5 de março de 2025

*João Nuno Ruivo Bastos*

**EXHIBIT A-49**

# EXHIBIT A-50

**DECLARATION**

This declaration, made under honor commitment, is intended for judicial purposes in the United States of America.

**DEAR JUDGE HUIE,**

I, **ESTEVAO CARRAPICO CAEIRO**, born in Serpa, district of Beja, of Portuguese nationality, as a PARTNER of the company **DUPLOMETAL – Aluminio e Ferro, Lda.** since September 28, 1997, with tax domicile in LEIRIA, hereby declare the following in relation to **CARLOS MANUEL DA SILSA SANTOS**, born on ████████, in the city of Leiria, Portugal; he is the son of CARLOS JOSE MARQUES DOS SANTOS, who has been my friend since the foundation of my company, and of MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, who is not only a friend but also the **Certified Accountant of the company** since the same date (31 years ago), which demonstrates the quality and rigor with which the family conducts itself, as we have never had any issues with the Portuguese Tax Authority.

Through regular social interactions with Carlos's father, as well as professional work with his mother, I have always followed CARLOS's growth closely, both in conversations and in assisting his mother at work, since during school holidays he would help her at the office, which I personally witnessed regularly.

I have also been aware of his academic journey, which is a great source of pride for his parents, as well as of his social behavior.

Since Carlos went to study in Lisbon, I have seen him less often, but I have continued to inquire about how his life has been progressing.

I know he has tremendous professional and human qualities, for, like his parents, he is guided by high moral values. I am fully convinced that he will integrate into social and professional life with the utmost ease due to his character and the environment in which he was raised.

Throughout so many years of interaction with the family, as well as through the professional relationship with his mother, I am certain that rigor and competence are unmistakable in their work and in their social integration within the community in which the parents are involved. I am fully convinced that he will always comply with all mandatory laws.

Leiria / Portugal, February 21, 2025

The Partner

[Signature] [Cut-off seal]

*Estevão Carrapiço Caeiro*

**EXHIBIT A-50**
**-161-**

# DECLARAÇÃO

A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

**CARO JUIZ HUIE,**

**ESTEVÃO CARRAPIÇO CAEIRO**, natural de Serpa, distrito de Beja, com nacionalidade Portuguesa, como SÓCIO da empresa **DUPLOMETAL- Alumínio e Ferro, Lda.** desde 28 de setembro de 1997, com domicilio fiscal em LEIRIA, declaro que em relação ao **CARLOS MANUEL DA SILSA SANTOS**, nascido a ▮▮▮▮▮, na cidade de Leiria, Portugal; é filho de CARLOS JOSÉ MARQUES DOS SANTOS do qual sou amigo desde a data da constituição da minha empresa e de MARIA MANUELA DA SILVA RINO ANTÓNIO DOS SANTOS, a qual além de amiga é **Contabilista Certificada da empresa** desde a mesma data.(há 31 anos ), o qual demonstra a qualidade e o rigor com que a família se rege, pois nunca tivemos qualquer problemas nas contas junto da Autoridade Tributária Portuguesa.

Com os convívios regulares com o pai do Carlos bem como em trabalho com a mãe fui sempre acompanhando o crescimento do CARLOS, tanto em conversas como acompanhando a mãe na ajuda laboral, pois nas férias escolares ajudava a mãe no escritório o qual presenciei regularmente

Também fui tendo conhecimento do seu percurso escolar, que muito honra os pais. Bem como do seu comportamento social.

A partir do momento em que o Carlos foi estudar para Lisboa, passei a vê-lo menos vezes, mas não deixando de ir perguntando como lhe ia correndo a vida.

Sei que tem enormes qualidades profissionais e humanas, pois tal como os pais regem-se por elevados valores morais., tendo a plena convicção que se irá integrar na vida social e profissional com a maior das facilidades pelo seu carater e meio em que o envolvem.

Ao longo de tantos anos de convívio com a família, bem como através do trato profissional de sua mãe estou certo que o rigor e as competências são inequívocas no trabalho e na própria inserção social, no meio em que os pais se integram. É com convicção plena de que irá cumprir sempre as leis obrigatórias.

Leiria / Portugal, 21 de fevereiro de 2025

O Sócio

*Estêvão Carrapiço Caeiro*

**EXHIBIT A-50**

-162-

Scanned with CamScanner

# EXHIBIT A-51





# STATEMENT

_____Joao Amaro da Luz, lawyer, of Portuguese nationality, registered with the Portuguese Bar Association under license number ▓▓▓▓, with professional domicile at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Coimbra/Portugal, HEREBY DECLARES, with respect to CARLOS MANUEL DA SILVA SANTOS, born on ▓▓▓▓ in the city of Leiria, Portugal, son of Carlos José Marques dos Santos and Maria Manuela da Silva Rino Antonio Santos, residing at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ Leiria, the following:

1st – He has known Carlos Manuel da Silva Santos very well for over 20 years;

2nd – This acquaintance arose from a friendship established with his parents mentioned above;

3rd – Carlos was an outstanding student, both at the secondary school level and at the university level, with special distinction in the Management course at the Instituto Superior de Economia e Gestao, University of Lisbon, Portugal, where he achieved very high grades;

4th – He considers him a hardworking, responsible, supportive, fraternal person, a friend to his relatives and friends, well integrated into both family and social environments, and respected in the community in which he lives in Portugal;

5th – He acknowledges his great scientific, professional, and human qualities, recalling specific situations in which Carlos demonstrated high moral values;

6th – He is clearly convinced that Carlos possesses undeniable conditions to enter the labor market in Portugal, not only due to his skills but, significantly, due to the support he will receive from his family, friends, and,

7th – entrepreneurs who are willing to support his professional integration;

8th – Over the years, he has interacted with Carlos both directly and indirectly, which has strengthened the opinion he holds and expresses here.

This declaration, made under oath of honor, is intended for judicial purposes in the United States of America.

Coimbra (Portugal), February 12, 2025

The Lawyer,

Joao Amaro da Luz

Coimbra – Portugal
Tel: ▓▓▓▓▓▓ | Fax: ▓▓▓▓
Email: ▓▓▓▓▓▓▓▓▓ | Website: www.amarodaluz-advogados.pt

**EXHIBIT A-51**

-164-



# DECLARAÇÃO

_____João Amaro da Luz, advogado, de nacionalidade portuguesa, inscrito na Ordem dos Advogados Portugueses sob a cédula 1911c, com domicílio profissional na ██████ ██████ Coimbra/Portugal, DECLARA em relação a CARLOS MANUEL DA SILVA SANTOS, nascido em ██████ na cidade de Leiria, Portugal, filho de Carlos José Marques dos Santos e de Maria Manuela da Silva Rino António Santos, com domicilio em ████████████████████████ Leiria, o seguinte:

1º - Conhece perfeitamente o Carlos Manuel da Silva Santos há mais de 20 anos;

2º - O aludido conhecimento resultou de uma relação de amizade iniciada com os seus pais acima identificados;

3º - O Carlos foi um aluno brilhante, quer a nível do ensino secundário quer a nível do ensino universitário, com especial referência no curso de Gestão no Instituto Superior de Economia e Gestão, da Universidade de Lisboa, Portugal, onde atingiu altíssimas classificações;

4º -Considera-o uma pessoa trabalhadora, responsável, solidária, fraterno, amigo dos seus familiares e amigos, bem integrado no ambiente familiar e social, sendo respeitado no meio onde se insere em Portugal;

5º -Reconhece as suas enormes qualidades científicas, profissionais e humanas, recordando situações concretas em que o Carlos demonstrou elevados valores morais.

6º - Tem a convicção clara que o Carlos tem condições inequívocas para se inserir no mercado de trabalho em Portugal, não só pelas suas competências, mas, o que releva, pelo apoio de que irá beneficiar da família, amigos e,

7º - empresários que estão dispostos a promover o seu enquadramento a nível profissional.

8º - Ao longo dos anos foi convivendo com o Carlos de modo direto e indirecto, o que reforçou a opinião que dele tem e aqui transcreve.

A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Coimbra (Portugal), aos 12 de Fevereiro de 2025

O Advogado,

João Amaro da Luz

1

# EXHIBIT A-52

STATEMENT

Jose Julio Lourenco Lopes, a Portuguese citizen, businessman, residing in Badajoz, Spain, holder of NIE ▇▇▇▇▇▇▇, DECLARES the following in relation to Carlos Manuel da Silva Santos, born on ▇▇▇▇▇▇, in the city of Leiria, Portugal, son of Carlos Jose Marques dos Santos and Maria Manuela da Silva Rino Antonio Santos, residing at ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ Leiria, Portugal:

He knows Carlos Manuel da Silva Santos;

This acquaintance stems from a period beginning in 2019, during which they have maintained personal and business relations, with his behavior always characterized by integrity in the way he conducted those relationships.

There has never been any type of relationship that generated income for either party.

The undersigned had never, until November 2023, been aware of any disreputable situation involving him.

Carlos is very close to his family, respectful of the moral principles of truth and honesty that were instilled in him through his upbringing.

One of his greatest concerns is to always respect the teachings of his parents and family, always striving to avoid doing anything that might disappoint them.

This declaration, made under honor and good faith, is intended for legal purposes in the United States of America.

Badajoz, Spain, March 17, 2025

[Signature]

Digitally signed by LOURENCO LOPES
JOSE JULIO - Y3939154G
DN: c=ES, serialNumber=IDCES-
Y3939154G, givenName=JOSE JULIO,
sn=LOURENCO LOPES, cn=LOURENCO
LOPES JOSE JULIO - Y3939154G
Reason: Signature Authentication
Date: 2025.03.17 13:49:07 Z

CERTIFIED
The Spanish Group
TRANSLATION

**EXHIBIT A-52**
**-167-**

DECLARAÇÃO

José Júlio Lourenço Lopes, Cidadão Português, Empresário, residente em Badajoz, Espanha, portador do NIE ███████, DECLARA em relação a Carlos Manuel da Silva Santos, nascido a ██████ na cidade de Leiria, Portugal, filho de Carlos José Marques dos Santos e de Maria Manuela da Silva Rino António Santos, com domicilio na █████████████████ ███████████████Leiria,Portugal, o seguinte:

Conhece Carlos Manuel da Silva Santos;

O aludido conhecimento resulta de um período desde 2019,em que mantem relações pessoais e empresariais, pautando-se sempre o seu comportamento com rigor, na forma como que guiava as suas relações.

Nunca existiu qualquer tipo de relação que tivesse gerado rendimento a qualquer uma das partes,

Nunca o signatário teve conhecimento até Novembro de 2023 de qualquer situação não abonatória do mesmo.

O Carlos é muito ligado à família, respeitador dos princípios morais de verdade e honestidade que lhe foram transmitidos através da sua educação.

Uma das suas maiores preocupações é respeitar sempre os ensinamentos dos pais e da família, procurando sempre nada fazendo que os pudesse desiludir.

A presente declaração feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Badajoz, España aos 17 de Março de 2025

Digitally signed by LOURENCO LOPES
JOSE JULIO - Y3939154G
DN: c=ES, serialNumber=IDCES-
Y3939154G, givenName=JOSE JULIO,
sn=LOURENCO LOPES, cn=LOURENCO
LOPES JOSE JULIO - Y3939154G
Reason: Signature Authentication
Date: 2025.03.17 13:49:07 Z

**EXHIBIT A-52**

# EXHIBIT A-53



[Logo: BASOL – C L I M A T I Z A T I O N – WATER NETWORKS – GAS – www.basol.pt – ███ – ███ ██ BATALHA – 30 YEARS]

# STATEMENT

Joao Manuel Guerra Bastos, of Portuguese nationality, Tax Identification Number (NIF) ████████, CEO of the company BASOL – EQ. DOMESTIC AND INDUSTRIAL LDA, NIF 502296151, headquartered at ████████████████ BATALHA, HEREBY DECLARES regarding CARLOS MANUEL DA SILVA SANTOS, born on █████████ in the city of Leiria, Portugal, son of Carlos Jose Marques dos Santos and Maria Manuela da Silva Rino Antonio Santos, residing at █████████, ████, the following:

He and his wife have been friends with Carlos's parents since childhood and have known Carlos since he was born. He witnessed Carlos's birth and has a daughter of the same age, which resulted in a friendship that was perpetuated between the children, who are approximately the same age.

Carlos was a brilliant student, both at the secondary school level and at the university level, with particular distinction in the Management course at the Higher Institute of Economics and Management of the University of Lisbon, Portugal, where he achieved extremely high grades.

He considers him a hardworking, responsible, supportive, and fraternal person, a friend to his family and friends, well-integrated into the family and social environment, and respected in the community in which he lives in Portugal.

He acknowledges Carlos's enormous scientific, professional, and human qualities, recalling specific situations in which Carlos demonstrated high moral values. "I always admired the way he behaved at the table during meals; he looked like a miniature adult, and from a very young age he would eat with the fork in his left hand and the knife in his right," this and many other responsible manners he had at a very tender age, while still being a child.

He is firmly convinced that Carlos has unequivocal conditions to integrate into the job market in Portugal, not only due to his competencies, but — more importantly — due to the support he will receive from family, friends, and businesspeople who are willing to promote his professional integration. It would be a great honor for me if he chose to work at my company.

Over the years, I have interacted with Carlos both directly and indirectly, which has reinforced the opinion I hold of him and have shared here.

This statement, made under oath of honor, is intended for judicial purposes in the United States of America.

Batalha, March 5, 2025

Sincerely,
**BASOL LDA.**
**Management**

[Signature]

BASOL LDA.
Gerência

*[signature]*

**EXHIBIT A-53**



**BASOL**
CLIMATIZAÇÃO
REDES DE AGUA
GÁS

ANOS

www.basol.pt

# DECLARAÇÃO

João Manuel Guerra Bastos, de nacionalidade Portuguesa, NIF ▮▮▮▮▮, CEO da firma BASOL-EQ. DOMESTICOS E INDUSTRIAIS LDA, NIF 502296151, com sede na ▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ BATALHA, DECLARA em relação a CARLOS MANUEL DA SILVA SANTOS, nascido em ▮▮▮▮▮ na cidade de Leiria, Portugal, filho de Carlos José Marques dos Santos e de Maria Manuela da Silva Rino António Santos, com domicílio em ▮▮▮ ▮▮▮ ▮ ▮ ▮▮▮ ▮▮▮▮▮▮ ▮▮ Leiria, o seguinte:

Ele e a esposa é amigo dos pais do Carlos desde miúdos e conhece o Carlos desde que nasceu. Viu nascer o Carlos e tem uma filha com a mesma idade donde resultou uma relação de amizade que se perpetuou com os filhos sensivelmente da mesma idade;

O Carlos foi um aluno brilhante, quer a nível do ensino secundário quer a nível do ensino universitário, com especial referência no curso de Gestão no Instituto Superior de Economia e Gestão, da Universidade de Lisboa, Portugal, onde atingiu altíssimas classificações;

Considera-o uma pessoa trabalhadora, responsável, solidária, fraterno, amigo dos seus familiares e amigos, bem integrado no ambiente familiar e social, sendo respeitado no meio onde se insere em Portugal;

Reconhece as suas enormes qualidades cientificas, profissionais e humanas, recordando situações concretas em que o Carlos demonstrou elevados valores morais, "sempre admirei a postura que tinha à mesa nas refeições; parecia um adulto em miniatura, de muito cedo comia com garfo na mão esquerda e faca na mão direita", isto e muitos outros modos responsáveis que tinha em muito tenra idade, não deixando de ser criança.

Tem a convicção clara que o Carlos tem condições inequívocas para se inserir no mercado de trabalho em Portugal, não só pelas suas competências, mas, o que releva, pelo apoio de que irá beneficiar da família, amigos e,

Empresários que estão dispostos a promover o seu enquadramento a nível profissional. Muito me honraria se ele quisesse vir trabalhar para a minha empresa.

Ao longo dos anos fui convivendo com o Carlos de modo direto e indireto, o que reforçou a opinião que dele tem e aqui transcreve.

A presente declaração, feita sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Batalha, 5 de março de 2025

Atenciosamente

**BASOL LDA.**
A Gerência

**EXHIBIT A-53**

# EXHIBIT A-54



STATEMENT

This statement is true and made under honor commitment, intended for judicial purposes in the United States of America.

**Dear Honorable Judge Huie,**

I, **Catia Alexandra Figueiredo Santos**, born in Leiria, district of Leiria, of Portuguese nationality, working as a Primary and Secondary Education Teacher and also as a PARTNER - MANAGER of the company **LAVANDARIA SANTOS DE LEIRIA LDA.**, with tax identification number ███████, residing in LEIRIA, hereby declare that I know **CARLOS MANUEL DA SILSA SANTOS**, born on ███████, in the city of Leiria, Portugal, son of CARLOS JOSE MARQUES DOS SANTOS and MARIA MANUELA DA SILVA RINO ANTONIO DOS SANTOS, in his capacity as manager of my company, as his parents have been my clients for over 26 years.

Carlos has always helped his parents with household tasks and has frequently visited my laundry business, either to drop off or pick up clothing. He has always shown a very polite attitude; I consider Carlos to be friendly and very respectful. Both Carlos and his family are of very honest character and have always paid for the services they acquired. They are reliable and upstanding people.

As a teacher, I have always taken an interest in his academic path and occasionally asked about his progress. Carlos has always been an excellent student, especially at university. Carlos has always been on the Honor Roll.

I firmly believe that Carlos will integrate into social and professional environments in a very respectful and law-abiding manner. Carlos has a strong personality and strong character, and I have no doubt about his social capability. I am fully confident that he will always respect the law.

Leiria / Portugal, February 21, 2025

The Partner – Manager
[Signature]

**EXHIBIT A-54**
**-173-**

## DECLARAÇÃO

Este testemunho é verdadeiro e sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

**Caro Exmº. Juíz Huie**

Eu, **Cátia Alexandra Figueiredo Santos**, natural de Leiria, distrito de Leiria, com nacionalidade Portuguesa, com a profissão de Professora do Ensino Básico e Secundário e ainda como SÓCIA – GERENTE da empresa **LAVANDARIA SANTOS DE LEIRIA LDA.**, com o contribuinte fiscal nº. ███████, com domicílio em LEIRIA, declaro que conheço o **CARLOS MANUEL DA SILSA SANTOS**, nascido a █████, na cidade de Leiria, Portugal e filho de CARLOS JOSÉ MARQUES DOS SANTOS e de MARIA MANUELA DA SILVA RINO ANTÓNIO DOS SANTOS, na qualidade de gerente da minha empresa, pois, os pais são meus clientes há mais de 26 anos.

O Carlos sempre ajudou os pais nas lides domésticas e frequentou com bastante regularidade a minha lavandaria, quer para levar, quer para levantar roupa. Sempre apresentou uma atitude muito educada, tenho o Carlos como simpático e muito respeitador. Quer o Carlos quer a sua família são de índole muito honesta, sempre realizaram os pagamentos dos serviços adquiridos. São cumpridores e pessoas íntegras.

Como professora tive sempre interesse no seu percurso académico e ocasionalmente questionava sobre o ponto de situação. O Carlos foi sempre um excelente aluno, principalmente na Universidade. O Carlos foi sempre aluno de quadro de Honra.

Tenho a convicção firme que o Carlos se irá integrar no meio social e profissional de forma muito respeitosa e cumpridora. O Carlos apresenta uma forte personalidade, um forte carácter, pelo que não duvido da sua capacidade social. Tenho plena convicção que sempre irá respeitar a lei.

Leiria / Portugal, 21 de fevereiro de 2025

A Sócia - Gerente

*CátiaSauts*

**EXHIBIT A-54**

# EXHIBIT A-55



**STATEMENT**

**Dear Honorable Judge Huie,**

I, **Frederico Miguel Figueiredo dos Santos**, born in Leiria and residing in Leiria, Portugal, am a football coach with a UEFA B Diploma awarded by the Portuguese Football Federation and hold a Bachelor's Degree in High-Performance Sports Training. I hereby declare that I know **CARLOS MANUEL DA SILVA SANTOS**, born on ▮▮▮▮▮▮, in the city of Leiria, Portugal, and I know that he is the son of Maria Manuela da Silva Rino Antonio dos Santos and Carlos Jose Marques dos Santos, residents of the city of Leiria, with a family life characterized by integrity and propriety.

1. This acquaintance resulted from the fact that Carlos was a football player, and I was his coach.

2. Carlos played as a center-back, was well-behaved, and was always attentive to instructions. He was never an outstanding player, but he was always called up.

3. He was very friendly with his teammates and never caused trouble. However, when it came to joking around, he would join in with his teammates, always fitting in. He was a young man and behaved as such, while always remaining polite and respectful. Whenever someone got hurt, Carlos, like all his teammates, was very concerned about the injured player and did everything to help him recover.

4. When he moved up to higher levels, I was no longer his coach, but since we were part of the same club, I always followed his career.

5. Later, he went to study in Lisbon, and I lost contact with him, but I would always ask about him because I often saw his mother. He was always a cheerful and good-natured young man.

6. Knowing Carlos, his family, and the environment he comes from, I believe he will easily integrate both socially and professionally.

7. I declare in good faith that he is endowed with a strong character and great generosity, and I am convinced that he will never fail to comply with the law.

8. This declaration is truthful and made under oath, intended for judicial purposes in the United States of America.

Leiria, Portugal, February 25, 2025

Signature matching the one on the citizen card

[Signature: Frederico Santos]

*Frederico Santos*

**EXHIBIT A-55**

**-176-**

## DECLARAÇÃO

**Caro Exmº Juiz Huie**

Eu, **Frederico Miguel Figueiredo dos Santos**, natural de Leiria, morador em Leiria/ Portugal, sou Treinador de futebol, com Diploma de UEFA B atribuido pela Federação Portuguesa de Futebol e com o Curso de Licenciatura em Treino Desportivo de Alto Rendimento declaro que conheço o **CARLOS MANUEL DA SILVA SANTOS** , nascido a [REDACTED] na cidade de Leiria / Portugal e sei que é filho de Maria Manuela da Silva Rino António dos Santos e de Carlos José Marques dos Santos moradores na cidade de Leiria com uma vida familiar de retidão e decoro que lhe são característicos .

1º. O aludido conhecimento resultou do facto de o Carlos ser jogador de futebol e eu ser seu treinador;

2º. O Carlos era "defesa central ", bem-comportado e sempre atento aos ensinamentos, nunca foi um excelente jogador, mas era sempre convocado;

3º. Era muito amigo dos seus camaradas de equipa e nunca criava confusões, mas quando era para a brincadeira também alinhava com os colegas não deixando de se integrar, era um jovem e comportava -se como tal, nunca deixando de ser educado e respeitador. Quando havia alguém que se magoava o Carlos bem como todos os seus companheiros eram muito preocupados com o colega magoado, fazendo tudo para o restabelecer;

4º. Quando passou para os escalões superiores, claro, deixei de ser seu treinador, mas pertencendo ao mesmo clube, sempre acompanhei a sua carreira;

5º. Depois foi estudar para Lisboa, deixei de ter contato com ele, mas sempre perguntava porque via a mãe muitas vezes, pois era um rapaz sempre sorridente e bem-disposto;

6º. Conhecendo o Carlos bem como a família e meio onde se insere, terá muita facilidade de integração tanto no meio social como empresarial;

7º. E tenho de boa fé, que é dotado de um grande caráter e grande generosidade e a convicção que nunca deixará de cumprir as leis;

8º. A presente declaração é verdadeira e sob compromisso de honra, destina-se a fins judiciais nos Estados Unidos da América.

Leiria / Portugal, 25 de Fevereiro de 2025

Assinatura igual ao do cartão de cidadão

*Frederico Santos*

**EXHIBIT A-55**

# EXHIBIT A-56

**Pachuca de Soto, Hidalgo, February 27, 2025**

**TO WHOM IT MAY CONCERN:**

Through this letter, I extend my personal recommendation for Mr. Carlos Da Silva Santos. I met this great human being approximately 11 months ago. Carlos is the support that everyone needs when they find themselves in such a situation. Whenever I felt sad, he always told me that I would be free, even though he was also detained. He always tried to help people, and he helped all of us. In prison, he created a small school where he taught Economics and English. He was an excellent teacher, always explaining things well. I learned many things in English, and at that time, we were about 15 inmates. We would forget where we were. I was one of them. On Saturdays and Sundays, Carlos and I would clean the prison walls to keep it as clean as possible. Sometimes, I felt weak and had no will to move forward, missing my children, but at that moment, Carlos would arrive, and he would give me the strength to keep going, that courage. It was that support we all needed. He always told me, "No, Noe, you're going to get out. Don't be sad. Don't cry. Come, let's clean. Let's talk about something. Don't cry." I remember that one of the moments we looked forward to every night was a Mexican soap opera, El Conde. We never missed it, except for the times when they turned off the TV. Carlos was always there to help anyone. He took the time to help us all, just to help. I truly consider Carlos my brother. I love him very much, and I miss him. Anyone who approached him would find him there to listen. He always tried to help people, so they wouldn't feel bad. I thank God and life for having found that person, that great human being. I tell my children about him, and I hope to introduce him to them one day. Personally, I am here with my children and family because of that great human being, that angel that God sent me so I wouldn't feel alone. I know that soon Carlos will be free. He doesn't deserve everything that is happening to him. Not a single day have I stopped praying for him.



**EXHIBIT A-56**

I can only assure you that he is a person with a huge heart, and I know that my brother Carlos will soon be free. The day he gets out will be one of the best days of my life. I miss you so much, brother. God bless you today and always.

I have no more to add at the moment.

Sincerely,

[Signature]



**Noe San Juan Santos**
**Tel: 7297552437**



**Pachuca de soto Hidalgo a 27 de febrero de 2025**

**A QUIEN CORRESPONDA:**

Por medio de la presente, extiendo mi recomendación personal al Sr. Carlos Da Silva Santos, desde hace aproximadamente 11 meses conocí a este gran ser humano. Carlos es ese apoyo que todos necesitamos cuando nos encontramos en una situación así.. El siempre en todo momento que me sentía triste el me decía que yo iba a salir libre a pesar de el igual estar detenido. El siempre trataba de ayudar alas personas el siempre a todos nos ayudó.. en la prisión hizo una escuelita nos daba Clases de economía clases de ingles un exelente maestro para explicar yo aprendí muchas cosas en ingles lo cuales éramos como unos 15 internos en esos momentos se nos olvidaba el lugar donde estábamos yo era uno de ellos. Los días sábados y domingos Carlos y yo nos poníamos a limpiar las paredes de la prisión para mantener lo más que se pudiera limpio …yo a veces me encontraba sin fuerzas ni ganas de seguir adelante extrañaba a mis hijos…pero en ese momento Carlos llegaba y el me daba esa fuerza para seguir adelante ese coraje. Eso que todos necesitábamos el siempre me dijo no Noe tu vas a salir no estés triste no llores ven me decia levántate vamos a limpiar vamos a platicar de algo no llores.. Recuerdo mucho que uno de los momentos que esperabamos a diario cada noche era una novela mexicana EL CONDE nunca no lo perdimos bueno en ocasiones que nos apagaban la tele…Carlos siempre en todo momento estuvo allí para ayudar a cualquier persona se tomaba el tiempo para siempre ayudarnos a todos así no más por ayudar.. Carlos lo considero realmente mi hermano lo quiero muchísimo lo extraño.. a cualquier persona que se acercara con el el ay estaba para escucharte el siempre trataba de ayudar alas personas para que no estuvieran mal le doy gracias a Dios y a vida por a verme encontrado a esa persona a ese gran ser humano a mis hijos les platico de él que un día se los voy a presentar en lo personal yo estoy aquí con mis hijos y familia por ese gran ser humano ese Angel que Dios me mandó para no sentirme solo yo sé que pronto Carlos estará libre el no se merece todo lo que está pasando . ni un solo día dejo de rezar por el

**EXHIBIT A-56**

**-181-**



Solo les  puedo asegurar que es una persona con un grandísimo corazón y yo se que mi
hermano Carlos pronto estará libre y el día que salga sería uno de mis mejores días de mi
vida te extraño mucho muchísimo hermano Dios te bendiga hoy y siempre

Sin más por el momento,

**Atentamente**

**Noe San Juan Santos**
**Tel:7297552437**

Scanned with
CamScanner

# EXHIBIT A-57

Honorable Judge,

My name is Jesus Estrella Ramirez.

I am a friend of Carlos, whom I hold in high regard. During the time I have known him, I have felt fortunate to have his friendship because he is a good and sincere person, someone with whom you can share your problems, and he is always there to listen and help in any way he can.

Carlos is passionate about teaching. Even in those difficult circumstances, he taught Economics and English to the inmates to help them improve and become better people, so they would have the opportunity to succeed once released.

It deeply pains me to see what is happening to such a good person.

I pray to God that he may soon be reunited with his family, who love him very much, and with his friends, who miss him.

I respectfully plead that you grant him the opportunity to be released so he can return to his family, who have suffered greatly, and he is in a very depressed state. His loved ones are waiting for him.

I wish you a good day, honorable Judge.



[Signature]

Jesus Estrella

**EXHIBIT A-57**

Honorable Juez

Mi nombre es Jesús Estrella Ramírez

Amigo de Carlos a quien estimo mucho, el tiempo que lo he conocido me he sentido afortunado de tener su amistad pues es una persona buena y sincera a la cual uno le puede platicar sus problemas y siempre está ahí para escucharme y ayudarme en lo que pueda

Carlos tiene pasión por enseñar incluso en esas difíciles circunstancias daba clases de economía e inglés a los reclusos para ayudarles a mejorar y al salir fueran mejores personas y tuvieran la oportunidad de salir adelante

Y me duele mucho lo que le está pasando a una persona tan buena

Le pido mucho a dios que pronto esté con su familia que lo quieren mucho y con sus amigos que lo extrañamos

Le suplico con todo respeto le dé la oportunidad de salir para que regrese con su familia ya han sufrido mucho y él está muy deprimido, sus seres queridos lo esperamos

Que tenga buen día honorable Juez

Jesus Estrella

# EXHIBIT A-58



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **10th** day of **April, 2025**

I, Alexander Largaespada ( <signature> ), hereby certify that I translated the attached documents from Portuguese into English or English into Portuguese and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Portuguese and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Portuguese-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**



Internationally
Certified

The Spanish Group meets the
ISO 9001 & 17100 standards

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.

**EXHIBIT A-58**



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **10th** day of **April, 2025**

    I, Alexander Largaespada ( *Alex Largaespada* ), hereby certify that I translated the attached documents from Spanish into English or English into Spanish and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Spanish and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

    I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Spanish-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

**Salvador G. Ordorica**

**The Spanish Group LLC**

**(ATA #267262)**



Internationally Certified

The Spanish Group meets the
ISO 9001 & 17100 standards

*The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.*

**EXHIBIT A-58**



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **19th** day of **April, 2024**

I, Alexander Largaespada (           ), hereby certify that I translated the attached document from Portuguese into English or English into Portuguese and that this translation is an accurate and faithful translation of the original document. Furthermore, I certify that I am proficient in translating both Portuguese and English and that I hold the capacity to render and certify the validity of such a translation. This document has not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Portuguese-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that this document has been proofread and that the attached document is a faithful and authentic translation of its original.

Respectfully,

**Salvador G. Ordorica**

**The Spanish Group LLC**

**(ATA #267262)**



Internationally Certified

The Spanish Group meets the
ISO 9001 & 17100 standards

*The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.*

**EXHIBIT A-58**



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **1st** day of **May, 2025**

    I, Alexander Largaespada ( *Alex Largaespada* ), hereby certify that I translated the attached documents from Portuguese into English or English into Portuguese and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Portuguese and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

    I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Portuguese-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

**Salvador G. Ordorica**

**The Spanish Group LLC**

**(ATA #267262)**



Internationally
Certified

The Spanish Group meets the
ISO 9001 & 17100 standards

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.

**EXHIBIT A-58**

# EXHIBIT A-59



Janene Marasciullo
590 Madison Avenue
New York, NY 10022
347-589-5410
Janene.Marasciullo@offitkurman.com

May 7, 2025

Via Email
Marcus Baroussa, Esq.
McKenzie Scott
1350 Columbia Street, Suite 600
San Diego, CA 92101

    Re:    *United States v. Carlos Santos et al*, (S.D. Cal. No. 23-cr-2307)

Dear Mr. Baroussa:

    I am writing on behalf of Sector Resources Ltd. and Sector Capital Corporation (collectively "the Sector Companies"), who are victims of the wire fraud conspiracy to which Carlos Manuel da Silva Santos, has pled guilty. Mr. Santos has admitted that he and his company, Ethos Asset Management, Inc. ("Ethos") obtained over $8 million from the Sector Companies through wire fraud. Dkt. 121 at pp. 18-19. In fact, the Sector Companies, which are family-owned businesses, suffered losses of over $8.7 million, which include the loss of over $8.3 million in collateral and over $408,000 in fees to obtain the collateral. They also incurred significant attorney's fees attempting to recover their collateral before Mr. Santos was arrested.

    After Mr. Santos admitted his guilt and agreed to provide restitution to the Sector Companies, the Sector Companies asked Mr. Santos, through counsel, to assist them in efforts to recover their money. Mr. Santos quickly agreed to assist the Sector Companies. He produced his communications with East West Bank and his with his former lawyers, Robin Nunn, Linklaters, LLP and Morgan Lewis & Bockius. Mr. Santos also waived attorney-client privilege and provided written instructions directing his former counsel to produce their files.

    The Sector Companies acknowledge and appreciate Mr. Santos' assistance in their efforts to recover their collateral. However, the Sector Companies have not recovered any portion of their losses. Thus, the Sector Companies request that Mr. Santos make full restitution to the Sector Companies as required by his plea agreement. Thank you again for your assistance.

        Very truly yours,

        Janene M. Marasciullo

Cc:   Christoper Beeler, AUSA
       Carl Brooker, AUSA

**EXHIBIT A-59**
**-192-**



4927-7991-2512, v. 1

# EXHIBIT A-60

Troutman Pepper Locke LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103

troutman.com

**troutman**
**pepper locke**

---

**Richard J. Zack**
D 215.981.4726
richard.zack@troutman.com

May 7, 2025

Marcus S. Bourassa, Esq.
McKenzie Scott PC
1350 Columbia St, Suite 600
San Diego, CA 92101

Re:    **Defendant Carlos Manuel Da Silva Santos Sentencing**
       **United States v. Ethos Asset Management, Inc., et al., No. 3:23-cr-02507**

Dear Marcus:

I am writing on behalf of ST Property Investments Limited ("ST Property") in connection with the upcoming sentencing of Carlos Manuel Da Silva Santos.

By way of background, beginning in 2022, ST Property needed financing for a real estate development project in Malta and was introduced to Mr. Santos and his company Ethos Asset Management Inc. ("Ethos") as a potential funding source. Consistent with the operative indictment in this matter, ST Property was falsely induced by Mr. Santos and Ethos to enter into project finance loan agreements, which required ST Property to provide upfront collateral funds to Ethos, all of which were ultimately lost. As a result of their conduct, ST Property suffered total damages of approximately $8,075,710.

Mr. Santos has admitted his misconduct; stated his willing to pay restitution, to the extent possible; and, when approached through his counsel, agreed to cooperate and provide assistance in ST Property's efforts to seek recovery for its full loss. Mr. Santos has been very helpful in ST Property's civil suit against Ethos in San Diego County Superior Court, case captioned *ST Property Investments Limited v. Ethos Asset Management, Inc.* (No. 37-2024-00017213-CU-FR-CTL), including (i) supporting the relief ST Property sought in its suit against Ethos, (ii) signing a release directing his former law firm, who has extensive knowledge of Ethos's operations and finances, to provide all of its documents to ST Property as the company searches for assets that may be used to satisfy the judgment against Ethos, and (iii) participating in a judgment debtor's examination on behalf of Ethos currently scheduled for June 20, 2025 in San Diego County Superior Court.

Sincerely,

Richard J. Zack

**EXHIBIT A-60**