# EXHIBIT A-2

# EXHIBIT R

## Alberto Chávez

| | |
|---|---|
| **De:** | Carlos Santos <carlos@ethosasset.com> |
| **Enviado el:** | jueves, 24 de agosto de 2023 4:56 p. m. |
| **Para:** | Hans Kastensmith; Alberto Chávez; 'Roberto Suarez Espinoza' |
| **CC:** | mfranco@tarmexico.com; rbaston@tarmexico.com |
| **Asunto:** | RE: Bank Account Confirmation |
| **Datos adjuntos:** | Funds transfer request - TAR - AGREEMENT № EAM-TAR-A-0421-2023 v.Fina - 8.24.2023.pdf |

Dear Alberto,

I hope that you are well!

As expected see attached receipt of the wire and

OUTGOING WIRE
REF# 20230823B6B7261F000868

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Hans Kastensmith
**Sent:** Wednesday, August 16, 2023 11:31 PM
**To:** Alberto Chávez; 'Roberto Suarez Espinoza'
**Cc:** mfranco@tarmexico.com; rbaston@tarmexico.com
**Subject:** RE: Bank Account Confirmation

1

Dear Alberto,

I hope this finds you well.

The wire is processing. We did a number of them today, each needs to be verified and then processed. Carlos will send me the receipt as soon as it is received and I will forward it on to you.

All the best,
Hans

Hans C. Kastensmith
Executive Director North & Central America
hans@ethosasset.com
www.ethosasset.com
+1(703)622-6896



4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only

###############

Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

---

**From:** Alberto Chávez <achavez@tarmexico.com>
**Sent:** Wednesday, August 16, 2023 12:22 PM
**To:** Hans Kastensmith <hans@ethosasset.com>; 'Roberto Suarez Espinoza' <rse@bucephalus.mx>
**Cc:** mfranco@tarmexico.com; rbaston@tarmexico.com
**Subject:** RE: Bank Account Confirmation

Dear Hans and Roberto,

I trust this email finds you in good health.

To streamline the transaction tracking process, it would be very helpful if you could provide us the wire transfer confirmation along with the name of the bank responsible for transferring the funds. Our objective is to preempt any potential banking validation procedures that might impede the smooth processing of the transfer.

Thank you once again, warm regards

Alberto

2

**De:** Alberto Chávez [mailto:achavez@tarmexico.com]
**Enviado el:** lunes, 14 de agosto de 2023 1:22 p. m.
**Para:** 'Hans Kastensmith' <hans@ethosasset.com>; 'Roberto Suarez Espinoza' <rse@bucephalus.mx>
**Asunto:** Bank Account Confirmation

Dear Hans and Roberto,

I hope you have a great beginning of the week.

For internal purposes and in order to make a more precise tracking of the upcoming transaction, our Bank in Mexico (HSBC) is requesting us the following information of the Bank Account that will wire the funds this Wednesday:

Bank Name:
Bank Address:
Account Name:
Account holder address:
Account number:
Standardized Bank Code (if applicable)
**Swift Code or ABA routing number:**

Could you please fill in the blanks,

Thank you very much, best regards.



**Alberto Chávez**
Dirección de Administración y
Finanzas/Chief Financial
Officer (CFO)
T +52 (442) 291 9150 ext. 1142

*tarmexico.com*

 Libre de virus.www.avast.com

3

**Alberto Chávez**

| | |
|---|---|
| **De:** | Carlos Santos <carlos@ethosasset.com> |
| **Enviado el:** | miércoles, 30 de agosto de 2023 2:03 p. m. |
| **Para:** | Ricardo Baston; mfranco@tarmexico.com; Alberto Chávez |
| **CC:** | Elias Achilleos; Leandro Fernandes; rse@bucephalus.mx; Hans Kastensmith |
| **Asunto:** | RE: Bank Account Confirmation |

Ricardo,

The FED Wire was sent by myself on my first email if you see in the bellow emails.

OUTGOING WIRE
REF# 20230823B6B7261F000868

The bank send me again and joint the confirmation number to that:

Confirmation Number:
    80407368
Reference Number:
    20230823B6B7261F000868


Please sent to them the Fedwire reference number. With that and the amount and sender banker they can track the wire. If you remember your wire to us take more then one week but two days before our bank was able to track it because of the name of the sender bank and amount.

With the confirmation number and Fedwire number they need to be able to do soo.

Please forward them this asap.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



ETHOS ASSET
M A N A G E M E N T
4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only

################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory

requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Ricardo Baston
**Sent:** Monday, August 28, 2023 9:40 PM
**To:** Carlos Santos
**Subject:** Bank Account Confirmation

Dear Carlos,

I hope you are doing well.

A friendly reminder to provide us with the following info:

1. The FED Wire Number reference; and
2. UETR (with 36 alpha numeric positions); this info, will allow HSBC to identify the bank that may be holding the transfer

This in order to track the transfer that ETHOS already sent via Signature Bank.

We are definitely not worried, but it would be a pity, to have the banks benefiting from the delay in the transfer, instead of any of us!!

Thanks,

Ricardo

**From:** Carlos Santos <carlos@ethosasset.com>
**Date:** Friday, August 25, 2023 at 14:29
**To:** Alberto Chavez <achavez@tarmexico.com>, Hans Kastensmith <hans@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>
**Cc:** Miguel Franco <mfranco@tarmexico.com>, Ricardo Baston <rbaston@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Of course Alberto! I will ask to the bank!

Nevertheless with the release yesterday I believe that it is normal not reflect yet! Don't be worried! For small amounts some weeks ago we faced the same to Mexico!

But I will come back to you as soon as I hear from our bank.

Kind regards,
Carlos Santos
Member and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Alberto Chávez <achavez@tarmexico.com>
**Sent:** Friday, August 25, 2023 8:21:12 PM
**To:** Carlos Santos <carlos@ethosasset.com>; Hans Kastensmith <hans@ethosasset.com>; 'Roberto Suarez Espinoza' <rse@bucephalus.mx>
**Cc:** mfranco@tarmexico.com <mfranco@tarmexico.com>; rbaston@tarmexico.com <rbaston@tarmexico.com>
**Subject:** RE: Bank Account Confirmation

Dear Carlos,

I hope this email finds you well.

Thank you very much for sharing the information, yesterday. Per our bank's request (HSBC), would it be possible for you to provide us with the Wire Transfer Confirmation; same which includes the FED Wire Number reference, please? So far, they have been unable to allocate the reference you previously provided us.
I look forward to hearing from you,

Kind regards



Alberto Chávez
Dirección de Administración y
Finanzas/Chief Financial
Officer (CFO)
T +52 (442) 291 9150 ext 1142

tarmexico.com

**De:** Carlos Santos [mailto:carlos@ethosasset.com]
**Enviado el:** jueves, 24 de agosto de 2023 4:56 p. m.
**Para:** Hans Kastensmith <hans@ethosasset.com>; Alberto Chávez <achavez@tarmexico.com>; 'Roberto Suarez Espinoza' <rse@bucephalus.mx>
**CC:** mfranco@tarmexico.com; rbaston@tarmexico.com
**Asunto:** RE: Bank Account Confirmation

Dear Alberto,

I hope that you are well!

3

As expected see attached receipt of the wire and

OUTGOING WIRE
REF# 20230823B6B7261F000868

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
###############
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Hans Kastensmith
**Sent:** Wednesday, August 16, 2023 11:31 PM
**To:** Alberto Chávez; 'Roberto Suarez Espinoza'
**Cc:** mfranco@tarmexico.com; rbaston@tarmexico.com
**Subject:** RE: Bank Account Confirmation

Dear Alberto,

I hope this finds you well.

The wire is processing. We did a number of them today, each needs to be verified and then processed. Carlos will send me the receipt as soon as it is received and I will forward it on to you.

All the best,
Hans

Hans C. Kastensmith
Executive Director North & Central America
hans@ethosasset.com
www.ethosasset.com
+1(703)622-6896

4



# ETHOS ASSET
MANAGEMENT

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only

###############

Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Alberto Chávez <achavez@tarmexico.com>
**Sent:** Wednesday, August 16, 2023 12:22 PM
**To:** Hans Kastensmith <hans@ethosasset.com>; 'Roberto Suarez Espinoza' <rse@bucephalus.mx>
**Cc:** mfranco@tarmexico.com; rbaston@tarmexico.com
**Subject:** RE: Bank Account Confirmation

Dear Hans and Roberto,

I trust this email finds you in good health.

To streamline the transaction tracking process, it would be very helpful if you could provide us the wire transfer confirmation along with the name of the bank responsible for transferring the funds. Our objective is to preempt any potential banking validation procedures that might impede the smooth processing of the transfer.

Thank you once again, warm regards

Alberto

**De:** Alberto Chávez [mailto:achavez@tarmexico.com]
**Enviado el:** lunes, 14 de agosto de 2023 1:22 p. m.
**Para:** 'Hans Kastensmith' <hans@ethosasset.com>; 'Roberto Suarez Espinoza' <rse@bucephalus.mx>
**Asunto:** Bank Account Confirmation

Dear Hans and Roberto,

I hope you have a great beginning of the week.

For internal purposes and in order to make a more precise tracking of the upcoming transaction, our Bank in Mexico (HSBC) is requesting us the following information of the Bank Account that will wire the funds this Wednesday:

Bank Name:
Bank Address:
Account Name:

5

Account holder address:
Account number:
Standardized Bank Code (if applicable)
**Swift Code or ABA routing number:**

Could you please fill in the blanks,

Thank you very much, best regards.



Alberto Chávez
Dirección de Administración y
Finanzas/Chief Financial
Officer (CFO)

T +52 (442) 291 9150 ext. 1142

tarmexico.com

 Libre de virus.www.avast.com

**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Hans Kastensmith <hans@ethosasset.com>; Leandro Fernandes <leandro@ethosasset.com>; Elias Achilleos
<elias@ethosasset.com>; rse@bucephalus.mx <rse@bucephalus.mx>; Miguel Franco <mfranco@tarmexico.com>;
Alberto Chavez <achavez@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Good morning Carlos.

I understand it's the weekend – but as you suggested on Thursday – having the UETR will allow us to start the
tracking of the funds, first thing Monday morning.  Anything on it?

Best regards,

Ricardo


**From:** Ricardo Baston <rbaston@tarmexico.com>
**Date:** Friday, September 8, 2023 at 21:31
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Hans Kastensmith <hans@ethosasset.com>, Leandro Fernandes <leandro@ethosasset.com>, Elias
Achilleos <elias@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, Miguel Franco
<mfranco@tarmexico.com>, Alberto Chavez <achavez@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Good morning Carlos.

I hope you had a good flight into Doha.  I understand you have been in transit and – hopefully – you have heard from
Signature Bank, already (regarding the UETR).

I look forward to hearing from you.

Best,

Ricardo


**From:** Ricardo Baston <rbaston@tarmexico.com>
**Date:** Friday, September 8, 2023 at 11:01
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Hans Kastensmith <hans@ethosasset.com>, Leandro Fernandes <leandro@ethosasset.com>, Elias
Achilleos <elias@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, Miguel Franco
<mfranco@tarmexico.com>, Alberto Chavez <achavez@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Hi Carlos

I do hope your travels are going as planned.

You had anticipated to us of your late arrival to Doha, so it is likely the you see this email upon your arrival (on late
Friday).

In any case, will you have any word back yet from Signature regarding the UETR?

2

We would really like to start pushing HSBC immediately.

Best regards,

Ricardo

---

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Date:** Thursday, September 7, 2023 at 13:56
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Hans Kastensmith <hans@ethosasset.com>, Leandro Fernandes <leandro@ethosasset.com>, Elias Achilleos <elias@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, Miguel Franco <mfranco@tarmexico.com>, Alberto Chavez <achavez@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Thank you for the explanation, appreciated.

Looking forward to getting the UETR.

Safe travels,

Ricardo

---

**From:** Carlos Santos <carlos@ethosasset.com>
**Date:** Thursday, September 7, 2023 at 09:26
**To:** Ricardo Baston <rbaston@tarmexico.com>
**Cc:** Hans Kastensmith <hans@ethosasset.com>, Leandro Fernandes <leandro@ethosasset.com>, Elias Achilleos <elias@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>
**Subject:** Re: Bank Account Confirmation

Sorry Ricardo my agenda is being chaotic and I could not return back before.
I will have the UETR later today or tomorrow
I will be flight internally here this night and tomorrow night to Qatar long flight.

It is possible that I'm only able to send you then the UETR but I will try to send you before Qatar flight or even during that I

I would say that tomorrow or worse case scenario Monday you can send it to your bank.

Please with that you need to push them hard because they need to be able to track with this.

Next week I will be in USA and I will check with some banks too If we can have a normal checking account to TAR in USA where we will find your directly to be a fed wire and funds going to Mexico will be between your own account what make it for sure easier too. This I tell for next tranches naturally would be good.

Kind regards,
Carlos Santos
Member and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564

3

USA +1 (202) 374-5023

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
###############
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Sent:** Thursday, September 7, 2023 10:55:43 PM
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>; Leandro Fernandes <leandro@ethosasset.com>; rse@bucephalus.mx <rse@bucephalus.mx>; Hans Kastensmith <hans@ethosasset.com>; Alberto Chavez <achavez@tarmexico.com>; Miguel Franco <mfranco@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Hi Carlos

Any news on the info to track the transfer?

Rgds

Ricardo

---

**From:** Carlos Santos <carlos@ethosasset.com>
**Sent:** Tuesday, September 5, 2023 11:43
**To:** Ricardo Baston <rbaston@tarmexico.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>; Leandro Fernandes <leandro@ethosasset.com>; "rse@bucephalus.mx" <rse@bucephalus.mx>; Hans Kastensmith <hans@ethosasset.com>; Alberto Chavez <achavez@tarmexico.com>; Miguel Franco <mfranco@tarmexico.com>
**Subject:** RE: Bank Account Confirmation

Hi Ricardo,

It was requested to the bank. Yesterday was holiday in USA and they could not deliver it.

As soon as I received it I will be forwarding it to you.

Be aware that I'm in Thailand in a complex sequence of meetings. The timezone is trully distant and I may have difficult to return to you and the bank in a fast way.

4

As soon as I have the SWIFT copy and/ or UETR I will forward immedialty. One of them will be simple. The UETR they will for sure provide me. Our bank was on holiday until yesterday too and all last two weeks. But I believed that we will have it any moment.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



### ETHOS ASSET

M A N A G E M E N T

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only

################

Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Ricardo Baston
**Sent:** Tuesday, September 5, 2023 8:39 PM
**To:** Carlos Santos
**Cc:** Elias Achilleos; Leandro Fernandes; rse@bucephalus.mx; Hans Kastensmith; Alberto Chavez; Miguel Franco
**Subject:** Re: Bank Account Confirmation

Hello Carlos,

The funds are not in our account yet.

Our bank, insists in having the MT103 or the EUTR to be able to track it, any news?

Best regards,

Ricardo

**From:** Carlos Santos <carlos@ethosasset.com>
**Date:** Friday, September 1, 2023 at 18:13
**To:** Ricardo Baston <rbaston@tarmexico.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>, Leandro Fernandes <leandro@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, Hans Kastensmith <hans@ethosasset.com>, Alberto Chavez <achavez@tarmexico.com>, Miguel Franco <mfranco@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

5

Hi Ricardo,

What do you want to tell with "to say at least"?

The full copy of swift was requested as I told in my last email.

I will forward to you as soon as I have it.

Be aware that our bankers are not responsable for wire department. They are costumer relationship manager.

Kind regards,
Carlos Santos
Member and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Sent:** Saturday, September 2, 2023 12:32:55 AM
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>; Leandro Fernandes <leandro@ethosasset.com>; rse@bucephalus.mx <rse@bucephalus.mx>; Hans Kastensmith <hans@ethosasset.com>; Alberto Chavez <achavez@tarmexico.com>; Miguel Franco <mfranco@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Good morning  Carlos,

I tried reaching out to you over the phone to explain HSBC explanation.

They confirmed that the fact of not including a correspondent bank, does not impact the normal processing of the transaction. Furthermore, they have informed us that the time it has taken, for the transaction to arrive, is already unusual, to say the least. They added, that there might be a compliance processing issue, affecting the timing at one of the intermediaries. They insist that the only way they can help in better tracking the transfer of funds is through the UTR or EUTR code contained in the MT103 form.  And I was wondering if you can insist with your bank to get it.

6

Alternatively, I suggest to establish a direct discussion between your bank account manager and ours; so, we can expediate the process while identifying exactly the status of where the funds are.

I look forward to your prompt attention to this matter.

kind regards,

Ricardo

---

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Date:** Thursday, August 31, 2023 at 14:00
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>, Leandro Fernandes <leandro@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, Hans Kastensmith <hans@ethosasset.com>, Alberto Chavez <achavez@tarmexico.com>, Miguel Franco <mfranco@tarmexico.com>
**Subject:** Re: Bank Account Confirmation

Thanks a lot Carlos, I will immediately ask HSBC.

Best!!

Ricardo

---

**From:** Carlos Santos <carlos@ethosasset.com>
**Date:** Thursday, August 31, 2023 at 13:54
**To:** Ricardo Baston <rbaston@tarmexico.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>, Leandro Fernandes <leandro@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, Hans Kastensmith <hans@ethosasset.com>, Alberto Chavez <achavez@tarmexico.com>, Miguel Franco <mfranco@tarmexico.com>
**Subject:** RE: Bank Account Confirmation

Hi Ricardo,

I will again go back to Signature and ask. You know that USA banks don't normally provide us SWIFT copy. Because they first issue via Fedwire system they put in their minds that they don't need. But anyway they will give it. I will request and come back to you.

In another topic can you ask to HSBC if the fact that we don't mention the correspondent bank may affect? I did instruction directly for HSBC and Signature may had only sued their normally correspondent in USD US Bank. Ask them if that can affect please.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



7

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
###############
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Sent:** Thursday, August 31, 2023 8:39:25 PM
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>; Leandro Fernandes <leandro@ethosasset.com>; rse@bucephalus.mx <rse@bucephalus.mx>; Hans Kastensmith <hans@ethosasset.com>; Alberto Chavez <achavez@tarmexico.com>; Miguel Franco <mfranco@tarmexico.com>
**Subject:** RE: Bank Account Confirmation

Dear Carlos,

I really really appreciate your patience and time invested to reply.
Nevertheless, I am sorry to report that HSBC has not been able to track the transfer.

In order to ease the request, can you (or your bank) share with us the form MT103 (attached). This is the same form that we shared with you – and the whole Ethos team – last June 29th (email below), when we made the margin value transfer.

I have taken the liberty to highlight in yellow the UTR or EUTR code (within the form), for your quick reference. This reference code is composed by 36 alpha-numeric positions, separated by "dashes" for example: a58769dd-836248bc-9aca-xe8c988a2534; and HSBC has mentioned that with this form they can guarantee that they can track the transfer.

Thank you in advance.

Best,

Ricardo

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Date:** Thursday, June 29, 2023 at 08:38
**To:** Carlos Santos <carlos@ethosasset.com>, Elias Achilleos <elias@ethosasset.com>
**Cc:** Hans Kastensmith <hans@ethosasset.com>, Claudionunez <claudionunez@nscasesores.com>, Alberto Chavez <achavez@tarmexico.com>, Leandro Fernandes <leandro@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, Miguel Franco <mfranco@tarmexico.com>
**Subject:** Re: Margin value transfer

Dear Carlos,

8

## Alberto Chávez

| | |
|---|---|
| **De:** | Carlos Santos <carlos@ethosasset.com> |
| **Enviado el:** | viernes, 29 de septiembre de 2023 4:49 p. m. |
| **Para:** | Hans Kastensmith; Alberto Chávez; 'Ignacio Vazquez' |
| **CC:** | Ivo Pimentel; rse@bucephalus.mx; Maria Pimentel; Elias Achilleos; Leandro Fernandes; 'Ricardo Baston'; mfranco@tarmexico.com |
| **Asunto:** | RE: Event of Default ETHOS ASSET MANAGEMENT INC |
| **Datos adjuntos:** | _Funds Transfer Request BLANK FORM - 9.28.2023_PNC.pdf |

Dear all,

Yesterday he funds were returned from US Bank to our account.
We made the instruction as attached.

As I just confirmed to Miguel I just conclude the validation of the wire. As soon as the funds are out and I have the fed reference and its receipt I will send it here.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
###############
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Hans Kastensmith
**Sent:** Monday, September 25, 2023 4:04 PM
**To:** Carlos Santos; Alberto Chávez; 'Ignacio Vazquez'
**Cc:** Ivo Pimentel; rse@bucephalus.mx; Maria Pimentel; Elias Achilleos; Leandro Fernandes; 'Ricardo Baston'; mfranco@tarmexico.com
**Subject:** RE: Event of Default ETHOS ASSET MANAGEMENT INC

*Dear all,*

# EXHIBIT S



September 12, 2023

Ethos Asset Management, Inc.
4660 La Jolla Village Drive
San Diego, California, 92122, USA

Att: Carlos Manuel da Silva Santos

Dear Carlos,

I hope this letter finds you well. I am writing to you regarding the bank details of Link Conexión Aérea S.A. de C.V. in the United States.

I wish to confirm that the provided bank details are accurate and are associated with Link Conexión Aérea S.A. de C.V. These details are valid for all transactions related to our company.

We would like to assure you that the account provided is of the same Mexican entity that it appears in the Agreement reference **AGREEMENT № _EAM-TAR-A-0421-2023 *v.Final*** that our companies signed. The account holder is the identical; as well as, the tax identification number. It is important to emphasize that this is not a parent company sharing the same name, but rather the same legal entity.

The account details to be considered, pursuant to section *4.2.3 Party B's Funds Disbursement Receiving Bank Information* are as follows:

| | |
|---|---|
| **ACCOUNT HOLDER NAME:** | LINK CONEXIÓN AEREA S.A. DE C.V. |
| **ACCOUNT HOLDER ADDRESS:** | BERNARDO QUINTANA CS 9800 B 706 C COLONIA CENTRO SUR QUERETARO QUE 76905 MEXICO |
| **ACCOUNT NUMBER:** | 49-4912-5545 |
| **SWIFT CODE:** | PNCCUS33 |
| **STANDARDIZED BANK CODE:** | PNCCUS33XXX |

BLVD. BERNARDO QUINTANA CS9800 INT. B706 PISO 7 COL. CENTRO SUR, QUERÉTARO, QUERÉTARO.

tarmexico.com



| BANK ROUTING NUMBER (ABA): | 043000096 |
|---|---|
| BANK | PNC BANK, NATIONAL ASSOCIATION |
| BANK ADDRESS | 500 FIRST AVENUE, MAILSTOP P7-PFSC -03-W, PITTSBURGH, PA 15219, UNITED STATES |
| BANK BRANCH ADDRESS | 25211 Grogan's Mill Dr. Ste. 100 The Woodlands, Texas 77380 WOODLANDS, TEXAS. USA |

Sincerely,

Ricardo Baston

BLVD. BERNARDO QUINTANA CS9800 INT. B706 PISO 7 COL. CENTRO SUR, QUERÉTARO, QUERÉTARO.

tarmexico.com

# EXHIBIT T

SIGNATURE BANK | **Funds Transfer Request**

Date  09/ 28 / 23                                                    Payment Type: Fed

US$ Amount:      1,583,332.7

Funds Transfer Fee:

Total Dollar Amount:

Beneficiary Bank          [X] ABA#  or   [ ] SWIFT BIC    043000096

Beneficiary Bank Name     PNC BANK, NATIONAL ASSOCIATION

Beneficiary Bank Address  500 FIRST AVENUE, MAILSTOP P7-PFSC -03-W, PITTSBURGH, PA 15219, USA
(If Available)

Debit Account Number     1  5  0  4  7   0  7  8  9  6

Debit Account Name     ETHOS ASSET MANAGEMENT INC.

Address     4660 La Jolla Village DR, San Diego, CA 92122
(P.O. Box Not Acceptable)

Beneficiary Account Number     4949125545

Beneficiary Name     LINK CONEXIÓN AEREA S.A. DE C.V

Beneficiary Address   BERNARDO QUINTANA CS-9800 A-701C CENTRO SUR QUERÉTARO, QUERÉTARO
(Including country)

Intermediary Bank      [ ] ABA#   or   [ ] SWIFT BIC

Intermediary Bank Name

Address
(If Available)

Originator to Beneficiary Information (OBI)

Bank to Bank Information (BBI)    AGREEMENT  EAM-TAR-A-0421-2023 v.FinaL

**ACKNOWLEDGEMENT, AUTHORITY & ENFORCEABILITY**

By signing this request the Client represents and warrants that, (i) Client has received either the Bank's Business Bank Account Agreements and Disclosures booklet or Personal Bank Account Agreements and Disclosure booklet, which booklets include the Funds Transfer Agreement ("Agreement"), and has read, or has had sufficient opportunity to have read, and agrees to the terms of the Agreement, (ii) Client has full power and authority to execute, deliver and perform the obligations under this request and the Agreement, (iii) Client has consulted or declined to consult with counsel and/or experts of its own selection prior to executing this request and (iv) this request and the Agreement have been duly authorized, executed and delivered by Client and are legal, valid and binding obligations of Client enforceable in accordance with their terms.

Client     ETHOS ASSET MANAGEMENT INC.

By _____          By _____
        (Authorized Signer)                      (Authorized Signer)

Name     CARLOS SANTOS              Name _____

Date     09.28.2023                 Date _____

200264-0519

SIGNATURE BANK

**Funds Transfer Request**

Date  08/ 24 / 23

Payment Type: Fed

US$ Amount:  1,583,332.7

Funds Transfer Fee: _____

Total Dollar Amount: _____

Beneficiary Bank    [ ] ABA#  or  [x] SWIFT BIC   BIMEMXMM

Beneficiary Bank Name   HSBC MEXICO, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE GRUPO

Beneficiary Bank Address   BERNARDO QUINTANA CS 9800 MEXICO
(If Available).

Debit Account Number    1  5  0   4  7   0  7   8  9   6

Debit Account Name    ETHOS ASSET MANAGEMENT INC.

Address    4660 La Jolla Village DR, San Diego, CA 92122
(P.O. Box Not Acceptable)

Beneficiary Account Number    7003861085

Beneficiary Name    LINK CONEXIÓN AEREA S.A. DE C.V

Beneficiary Address  BERNARDO QUINTANA CS-9800 A-701C CENTRO SUR QUERÉTARO, QUERÉTARO
(Including country)

Intermediary Bank    [ ] ABA#   or   [ ] SWIFT BIC  _____

Intermediary Bank Name  _____

Address  _____
(If Available)

Originator to Beneficiary Information (OBI)  _____

Bank to Bank Information (BBI)   AGREEMENT  EAM-TAR-A-0421-2023 v.FinaL

## ACKNOWLEDGEMENT, AUTHORITY & ENFORCEABILITY

By signing this request the Client represents and warrants that, (i) Client has received either the Bank's Business Bank Account Agreements and Disclosures booklet or Personal Bank Account Agreements and Disclosure booklet, which booklets include the Funds Transfer Agreement ("Agreement"), and has read, or has had sufficient opportunity to have read, and agrees to the terms of the Agreement, (ii) Client has full power and authority to execute, deliver and perform the obligations under this request and the Agreement, (iii) Client has consulted or declined to consult with counsel and/or experts of its own selection prior to executing this request and (iv) this request and the Agreement have been duly authorized, executed and delivered by Client and are legal, valid and binding obligations of Client enforceable in accordance with their terms.

Client    ETHOS ASSET MANAGEMENT INC.

By _____
(Authorized Signer)

Name    CARLOS SANTOS

Date    08.24.2023

By _____
(Authorized Signer)

Name _____

Date _____

200264-0519

**Alberto Chávez**

| | |
|---|---|
| **De:** | Carlos Santos <carlos@ethosasset.com> |
| **Enviado el:** | domingo, 10 de septiembre de 2023 3:27 p. m. |
| **Para:** | Ricardo Baston |
| **CC:** | Hans Kastensmith; Leandro Fernandes; Elias Achilleos; rse@bucephalus.mx; Miguel Franco; Alberto Chavez |
| **Asunto:** | RE: Bank Account Confirmation |

Our bank sent me

UETR code: **ab5db5c9-c566-4a00-a7b2-214e146b7f29**

UETR(Unique End-to-End Transaction Reference:ab5db5c9-c566-4a00-a7b2-214e146b7f29.

Please return with the confirmation of the funds being tracked urgently.

And as I told in my last email please give us the consent to start a process of introduce you to an USA bank because we can not be on this process every month.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



ETHOS ASSET
M A N A G E M E N T
4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Sent:** Sunday, September 10, 2023 2:29:59 AM

1

# EXHIBIT U



**TAR**
Aerolíneas.

September 15ᵗʰ, 2023                                              Via Email and Courier

**ETHOS ASSET MANAGEMENT INC.**
4660 La Jolla Village Drive, San Diego,
California, 92122, United States of America

Attn:   Carlos Manuel Da Silva Santos (carlos@ethosasset.com)
        Roberto Suarez Espinosa     (rse@bucephalus.com.mx)

Re:    **"NOTICE OF EVENT OF DEFAULT"**

Dear Messrs.:

You are hereby formally notified that an "Event of Default" has occurred and is continuing under the AGREEMENT № EAM-TAR-A-0421-2023 dated as of June 12ᵗʰ, 2023 hereinafter (*"The Agreement"*), concerning to the entering in a mutually beneficial relationship, involving the exchange of resources in order to develop one Project as stated in The Agreement, between ETHOS ASSET MANAGEMENT INC, as ("Party A or EAM"), and Link Conexión Aérea, S.A. de C.V. dba TAR Aerolíneas, ("Party B"), as a result of failure from "Party A" to disburse the First Tranche of Financing in accordance with schedule stated in exhibit B of "The Agreement".

The amount not disbursed under the Agreement is as follow:

First tranche US$1,666,666.66 (One million six hundred sixty-six thousand six hundred sixty-six United States Dollars and sixty-six cents).

We further advise you that "Party B" would charge "Party A" additional default interest on all unpaid amounts as permitted by "The Agreement".

**EAM must cure the aforementioned Event of Default in accordance with the section 7.4 and 7.5. of such Agreement.**

"Party B" reserves all of its available rights and remedies under the Agreement, whether or not mentioned herein; including, without limitation, the right to commence proceedings against "Party A" for all sums which is obligated under the Agreement. Such sums include, but limited to legal fees, default interest, transportation and other costs in which "Party B" may incur arising out of Breach of the "The Agreement".

Sincerely,

Ricardo Baston
Legal Representative



# EXHIBIT V

**From:** Ignacio Vazquez <ivazquez@tarmexico.com>
**Sent:** 24 October 2023 22:52
**To:** Carlos Santos <carlos@ethosasset.com>
**Cc:** Elias Achilleos <elias@ethosasset.com>; Hans Kastensmith <hans@ethosasset.com>; Maria Pimentel <maria@ethosasset.com>; Leandro Fernandes <leandro@ethosasset.com>; 'Roberto Sanchez' <rsancheze@tarmexico.com>; mfranco@tarmexico.com <mfranco@tarmexico.com>; 'Ricardo Baston' <rbaston@tarmexico.com>
**Subject:** RV: TERMINATION LETTER dated October 17th, 2023 - Ethos Asset Management INC.


– WITHOUT PREJUDICE –

Mr. Carlos Santos,

This communication aims to pursue a prompt and amicable conclusion to the **AGREEMENT № EAM-TAR-A-0421-2023** dated June 12th, 2023.  In consideration that a Notice of Default was communicated on September 15th, 2023, and that it has not been cured; and also that (ii) a Termination of this agreement was also notified last October 17th, 2023.  Please abide by Article 7.6 Cancelation of the Collateral, that states:

"In the Event of Default by Party A, under 7.4, Party B shall notify Party A and cancel the Pledged Funds and the Agreement shall be automatically terminated, and Party A shall immediately repay the amount of the margin value/credit line provided by Party B to Party A under Section 4.1."

In consideration of the above, we urge you to confirm the Termination of the agreement and immediately reimburse the amount of US$3,900,000 (the Pledge Funds).


Respectfully.



**Ignacio Vázquez**
Director Jurídico/
General Counsel

tarmexico.com



Si al momento de que por esta medio usted proporcione datos personales sujetos a la normatividad vigente, le informamos que éstos podrán ser tratados por Link Conexión Aérea, S.A. de C.V., TAR México Comercial con domicilio para oír y recibir notificaciones en Blvd. Kukulcán Quintana (39000) 8.700C, Cancún Sur, Quintana Roo, México, en cuyo caso de que fuera necesario para cumplir con la finalidad para la cual usted nos ha provisto dicha información. Para conocer nuestro aviso de privacidad integral visite nuestra página http://www.tarmexico.com

**From:** Ignacio Vazquez <ivazquez@tarmexico.com>
**Date:** Tuesday, October 17, 2023 at 16:48
**To:** 'Carlos Santos' <carlos@ethosasset.com>
**Cc:** <ivo@ethosasset.com>, <hans@ethosasset.com>, Roberto Suarez Espinoza <rse@bucephalus.mx>, <maria@ethosasset.com>, <elias@ethosasset.com>, <leandro@ethosasset.com>, Ricardo Baston <rbaston@tarmexico.com>, Miguel Franco <mfranco@tarmexico.com>, Alberto Chavez

<achavez@tarmexico.com>

**Subject:** Ethos Asset Management INC.

Dear Mr. Carlos Manuel Da Silva Santos and Ethos Team,

Reference is made to the multiple requests for communication to clarify the lack of performance by ETHOS ASSET MANAGEMENT INC. from Mr. Franco in regard to the first disbursement of our agreement, which was scheduled for Wednesday August 16th, 2023; per the disbursement schedule sent by you to both Ethos and TAR's attention on July 4th, 2023. Hence, attached you will find a second communication whose content is self-explanatory.

This notification aims at preserving – without prejudice – our legal rights; and at the same time requests the termination of the agreement offered by Mr. Santos to Mr. Franco on September 13th, 2023; in order to get the full and prompt reimbursement of the US$3,900,000.

Respectfully,



**Ignacio Vázquez**
Director Jurídico/
General Counsel

tarmexico.com



# EXHIBIT W

# ÆTHOS ASSET

## M A N A G E M E N T

Att:

MIGUEL ÁNGEL FRANCO HERNÁNDEZ &

RICARDO BASTÓN LEGAL REPRESENTATIVE

LINK CONEXIÓN AÉREA SA DE CV,

Blvd. Bernardo Quintana

CS-9800 A-701C Colonia Centro Sur, Querétaro,

Querétaro, México, 76090,

**VIA EMAIL**

San Diego, October 25th, 2023

**RE:  "Notice of Default under Agreement № EAM-TAR-A-0421-2023"**

Dear Mr. Franco and Baston,

We acknowledge receipt of your letter dated, October 17th 2023 and your email dated, October 24th, 2023.

We absolutely refuse your argument that Ethos is in default for non disbursement under the Agreement N. EAM-TAR-A-0421-2023, dated as of June 12th, 2023 ('Agreement') since August 16th, 2023. The reason for the non-default by Ethos is because to wire money, we need to have correct bank coordinates from your bank, which never happened under the first coordinates provided by HSBC where you were unable to provide HSBC's correspondent bank. With that said, the failure of the first wire was totally LINK CONEXIÓN AÉREA SA DE CV's ('TAR') responsibility. On the second wire that was instructed to PNC Bank to the coordinates that TAR provided again we initiated it and meanwhile our compliance team made a compliance request about adverse media regarding TAR which included references to the transaction with Ethos. This potentially could cause reputational damage to both our companies. Consequently, and as expected after 10 days without your response our bank did not have the wire released and questioned us about such adverse media to which you finally answered, after a call with Mr Santos, Ethos' CEO, who needed to make you aware of the relevance of solving this issue that put TAR in question but also Ethos.

After all these events you decided to terminate the Agreement, which is impossible based on the sections of default and termination you have stated.

PAGE 1 OF 2

ETHOS ASSET
M A N A G E M E N T

At the least, we can consider your position, a repudiation of the Agreement and naturally a lack of trust based on the content provided in your letters.

Nevertheless, we are no longer interested in continuing this transaction with a counter party whom we cannot continue to trust in a long-term financing partnership and to remain exposed to US$ 20,000,000.00.

We therefore accept your repudiation of the Agreement, and we accept the release of the collateral with the return of the Margin Value Facility to allow us to amicably end this transaction without further financial losses and reputational damage.

Attached to this letter is our Settlement Agreement in draft for the process of termination.

Additionally, we have been informed by several sources to date that TAR has repeatedly communicated untrue and defamatory statements about Ethos and about this Agreement. For both parties under this Agreement, if these do not cease, Ethos will seek compensatory penalties for this and will not hesitate to apply all available legal remedies against TAR.

Despite this amicable solution proposal nothing here may be interpertated as a waiver of Ethos' rights.

All our rights remain reserved.

Kind regards,

Leandro Fernandes,

Chief Legal Officer

leandro@ethosasset.com

PAGE 2 OF 2

# EXHIBIT X

**From:** Leandro Fernandes <leandro@ethosasset.com>
**Sent:** 25 October 2023 11:04
**To:** mfranco@tarmexico.com <mfranco@tarmexico.com>; Ignacio Vazquez <ivazquez@tarmexico.com>; 'Roberto Sanchez' <rsancheze@tarmexico.com>; 'Ricardo Baston' <rbaston@tarmexico.com>
**Cc:** Carlos Santos <carlos@ethosasset.com>; Elias Achilleos <elias@ethosasset.com>; Hans Kastensmith <hans@ethosasset.com>
**Subject:** Re: TERMINATION LETTER dated October 17th, 2023 - Ethos Asset Management INC.

WITHOUT PREJUDICE

Dear Mr Miguel Franco,  Ricardo Baton and Mr Ignacio Vazquez,

In response to your Notice please see attached:

- Letter of Response from Ethos, refusing your argument that Ethos is in default.
- Settlement Agreement ( draft), to terminate Agreements and Amendment amicably.

Best regards

Leandro Fernandes
Chief Legal Officer
Ethos Asset Management Inc.
Portugal  Office - Lisbon
Email: leandro@ethosasset.com
PT  +351 968 556 890
US  +1 202 765 7226
TK  +90 542 107 6004



ETHOS ASSET
MANAGEMENT

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

*MASTER SETTLEMENT*
*AGREEMENT № EAM-TAR-A-0421-2023*
*V1.0*

# SETTLEMENT AGREEMENT

This Master Settlement Agreement ("Settlement Agreement") is entered into as of the Effective Date set forth below by **ETHOS ASSET MANAGEMENT INC.,** a corporation incorporated under the laws of the State of California, having its principal place of business at 4660 La Jolla Village Drive, San Diego, California 92122, herein represented by **CARLOS MANUEL DA SILVA SANTOS ("Party A" or "EAM"),** and **LINK CONEXIÓN AÉREA SA DE CV,** a corporation incorporated under the laws of México, having its principal place of business at Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro, Querétaro, México, 76090, herein represented by **MIGUEL ÁNGEL FRANCO HERNÁNDEZ** ("Party B" or TAR).

Each party hereto may be referred to as a "Party" or, in aggregate, as the "Parties".

WHEREAS the Parties for reasons well-considered no longer wish to continue their business relationship including but not limited to the AGREEMENT № EAM-TAR-A-0421-2023, with the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, by and between the Parties; and the AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023, dated August 4, 2023, by and between the Parties;

**WHEREAS,** the Parties have agreed to terminate any and all contracts and agreements between them, except for this Settlement Agreement, subject to the terms below; and

**WHEREAS,** the Parties desire to settle the disputes between them, pursuant to the terms of this Settlement Agreement; On this **xx**th **day** of October 2023, this Settlement Agreement, shall hereby terminate the AGREEMENT № EAM-TAR-A-0421-2023, with the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, by and between the Parties; and the AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023, dated August 4, 2023, by and between the Parties;

**NOW, THEREFORE,** in consideration for the mutual promises contained herein, and other good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties hereto expressly consent to and agree as follows:

1. Release by EAM. EAM, hereby releases, acquits, and forever discharges TAR and all of its respective affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives of any and all charges, claims, actions, rights, demands, debts, obligations, damages or accountings of whatever nature, in law or in equity, whether known or unknown occurring, if at all, on or prior to the Effective Date, arising out of or relating to the Agreement. The Parties agree to the termination of the Agreements and Amendment with the return of **USD 3,900,000 (THREE MILLION NINE HUNDRED THOUSAND US DOLLARS) to TAR,** representing the full Margin

EAM                                                                                    TAR

*MASTER SETTLEMENT*
*AGREEMENT № EAM-TAR-A-0421-2023*
*V1.0*

Value Facility received by EAM, as per the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023.

2. <u>Payment Schedule.</u> EAM will instruct payment of USD 3,900,000 (THREE MILLION NINE HUNDRED THOUSAND US DOLLARS) to TAR, within **30 business days** after signing of this Settlement Agreement. TAR must provide appropriate bank coordinates for the receipt of this payment and insert these in Section 3 below.

3. <u>Bank Coordinates to where</u> EAM will wire the funds to TAR:

Bank Name:

Bank Address:

Account Name:

Account Holder Address:

Account Number:

Routing Number for Wires:

4. <u>Release by TAR</u>. TAR hereby releases, acquits, and forever discharges EAM and all of its respective affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives of any and all charges, claims, actions, rights, demands, debts, obligations, damages or accountings of whatever nature, in law or in equity, whether known or unknown occurring, if at all, on or prior to the Effective Date, arising out of or relating to the Agreements, Amendments or this Settlement Agreement.

5. <u>Termination of Agreements.</u> The Parties hereby agree that any and all contracts, agreements, and understandings between the Parties, including without limitation those contracts entitled "AGREEMENT № EAM-TAR-A-0421-2023" with all Exhibits, including "EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023" and the "AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023", but not including this Settlement Agreement, are terminated and canceled in their entirety with no more force or effect, such that no party shall have any rights, responsibilities or obligations thereunder.

6. <u>Confidentiality.</u> Each Party agrees that it shall keep the terms, amount, circumstances, data, documentation, company information and facts of this settlement agreement, and information of the parties related or not related with this settlement agreement, completely confidential, and that it will not hereafter disclose any information concerning this settlement agreement or about both parties to anyone. Each Party shall not make any comments, recommendations or express any opinions to any third party neither voluntarily nor if approached, whether related or not related to this Settlement Agreement, provided, however, that such Parties may make such disclosure to their

EAM                                                                                                    TAR

2/7

professional representatives (e.g., attorneys), if any, all of whom will be informed of and agree to be bound by this confidentiality clause or other such disclosures required by law. If any Party receives an inquiry about this Settlement Agreement, such Party shall communicate such approach to the other party and shall agree with the other party an answer to provide. In such an answer, the Party cannot mention or refer to the other Party in any negative or derogatory way. Further, the Parties shall not post or otherwise disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Confidential Information on the Internet or any other media outlet or platform, including, but not limited to, websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Disclosure of information and facts about this Settlement Agreement, and information of the Parties related or not related with this Settlement Agreement may be used in media, such as Press Releases, Interviews or any other type with the exclusive consent of the Parties. Nothing in this Settlement Agreement shall, however, be deemed to interfere with the Parties' respective obligations to report transactions with appropriate governmental, taxing and/or registering agencies. It is understood and agreed that this Settlement Agreement may be offered into evidence to enforce its terms or otherwise in connection with a dispute hereunder. If a Party receives an order from a court, a subpoena, or other lawful command to produce this Settlement Agreement, the Party receiving such order, subpoena or command shall use best effort to notify the other Party. In response to that notification, a Party may (but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality of this Settlement Agreement.

       7.    <u>Non-Disparagement</u>. Each Party agrees and covenants that they will not at any time, directly or indirectly, make, publish or communicate to any person or entity or in any public forum any defamatory or disparaging remarks, comments, or statements concerning the other Party or its businesses, or any of its employees, officers, shareholders, members or advisors, or any member of the Board. This Clause 7 does not in any way, restrict or impede the Parties from exercising protected rights to the extent that such rights cannot be waived by agreement or from complying with any applicable law or regulation or a valid order of a court of competent jurisdiction or an authorized government agency, provided that such compliance does not exceed that required by the law, regulation, or order. The Parties shall promptly provide written notice of any such order to the other. The Parties agree and covenants that they shall use best efforts to cause its officers and directors to refrain from making any defamatory or disparaging remarks, comments, or statements concerning The Parties to any third parties. The Parties agree not to publicize or disclose, or cause to be publicized or disclosed, the Information, directly or indirectly, to any person or entity, except as necessary to enforce the terms of the Settlement Documents. If any Party receives an inquiry about the settlement, such Party will respond only that "the matter has been resolved." or similar words. Further, the Parties shall not post or otherwise disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Information on the Internet or any other media outlet or platform, including but not limited to websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Nothing in this provision shall, however, be deemed to interfere with the Parties' respective obligations to report transactions with appropriate governmental, taxing and/or registering agencies, nor shall this provision interfere with the Parties' disclosures to accountants or attorneys as necessary for legal requirements (for example, disclosure to accountants to demonstrate the charitable nature of the payments). If a Party receives an order from a court, a subpoena, or other lawful command to produce the Settlement Documents, the Party receiving such order, subpoena or command shall notify the

EAM                                           TAR

*MASTER SETTLEMENT
AGREEMENT № EAM-TAR-A-0421-2023
V1.0*

other Party. In response to that notification, a Party may (but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality of the Settlement Documents.

8.    <u>Common Interest.</u> The Parties agree that their discussions, as far as this Settlement Agreement is concerned, reflect terms that comprise a common legal interest for each of the Parties.

9.    <u>Cooperation and Other Acknowledgements.</u> Each of the Parties hereto shall execute and deliver such documents, instruments and settlement agreements, and take such further actions as may be reasonably required or desirable to carry out the provisions of this Settlement Agreement, and each of the Parties hereto shall cooperate with each other in connection with the foregoing.

10.    <u>Consultation with Counsel.</u> The Parties hereto acknowledge that they have had the opportunity to and have consulted with counsel prior to executing this Settlement Agreement and the terms of this Settlement Agreement have been fully and satisfactorily explained to them.

11.    <u>Representations and Warranties.</u> Each Party represents and warrants that it has full legal right, power and authority to perform his or its obligations hereunder, and to consummate the transactions contemplated hereunder.    Each individual executing this Settlement Agreement represents and warrants that he/she is duly authorized and empowered to enter into and execute this Agreement and to bind his/her principal to all of the terms and conditions hereof, and that all corporate actions, if any, required in this regard have been taken and completed.

12.    <u>Amendment and Modification.</u>    This Settlement Agreement may be modified or amended only by a written instrument(s) signed by the Parties which expressly states that it is the intention of the Parties to amend this Settlement Agreement.

13.    <u>Non-Waiver.</u>    No breach of any provision of this Settlement Agreement shall be deemed waived unless the waiver is in writing and signed by a duly authorized representative of the waiving Party.  Waiver of any one breach shall not be deemed waiver of any other breach or any other provision of this Settlement Agreement.    Time is "of the essence" with regard to all payments hereunder and there shall be no notice required or grace period with respect thereto.

14.    <u>Entire Agreement.</u> This Settlement Agreement represents the complete and exclusive statement of the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous promises and Settlement Agreements of any kind, as well as negotiations between the Parties hereto with respect to the subject matters covered hereby.  No other agreements, covenants, representations, promises or warranties, expressed or implied, oral or written, have been made by any of the Parties hereto concerning the subject matter hereof.

15.    <u>Severability.</u> If a term or provision of this Settlement Agreement shall be held to be invalid, inoperative or unenforceable for any reason, the validity, operability or enforceability of the remaining terms or provisions shall not be affected, and such terms or provisions shall be deemed modified to the minimum extent necessary to make it enforceable.

EAM                                                                                                                    TAR

16.      <u>Notices</u>:  Any notices under this Settlement Agreement shall be in writing, shall be effective when received, and may be delivered by hand, e-mail, or by overnight delivery service to:

**If to TAR:**
Mr MIGUEL ÁNGEL FRANCO HERNÁNDEZ
CHAIRMAN
Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro,
Querétaro, México, 76090
mfranco@tarmexico.com

**If to EAM:**
Mr. CARLOS MANUEL DA SILVA SANTOS
CEO
4660 La Jolla Village Drive, San Diego, California, 92122, United States of America
Email : carlos@ethosasset.com

17.      <u>Successor and Assigns</u>.  This Settlement Agreement shall be binding upon, inure to the benefit of, and be enforceable by and against the respective heirs, legal representatives, executors, successors, and assigns of the Parties, as applicable.

18.      <u>Captions and Rules of Construction</u>.  The captions in this Settlement Agreement are included only as a matter of convenience and for reference and to not define, limit, or describe the scope of this Settlement Agreement or the scope or content of any of its provisions.  The language and all parts of this Settlement Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the Parties, and without regard to the Party that drafted the same or caused its legal representative to draft the same.

19.      <u>Execution in Counterparts</u>.  This Settlement Agreement may be executed in counterparts and the exchange (by facsimile or email) of executed counterparts of this Settlement Agreement shall be deemed execution and delivery thereof and such facsimile or electronic copies shall have the full force and effect as if they were originals.

20.      <u>Remedies</u>.  All remedies available at law or in equity shall be available to the Parties for the enforcement of this Settlement Agreement and/or the Agreements.

21.      <u>No Assignment</u>.  The parties warrant and represent that they have not assigned, sold, or otherwise conveyed any of the rights released hereunder to any third party.

22.      <u>Governing Law</u>.  This Settlement Agreement and the rights and obligations of the Parties hereunder shall be governed by, and construed and interpreted exclusively in accordance with, the laws of the State of New York regarding the following:

     a.  **Arbitration**.  In the event of any dispute arising out of or in connection with the present Settlement Agreement the Parties shall first refer the dispute to proceedings before the International Chamber of Commerce ("ICC") under the ICC Mediation Rules. The location of Mediation is New York. If the dispute has

EAM                                                                                                          TAR

not been settled pursuant to the said Rules within 60 days following the filing of a Request for Mediation or within such other period as the Parties may agree in writing, such dispute shall thereafter be finally settled under the Rules of Arbitration of the ICC by one arbitrator appointed in accordance with the said Rules of Arbitration. The venue of Arbitration is New York. The language of the arbitration shall be English. The losing Party of the arbitration, or any litigation of any kind involving this Settlement Agreement, shall bear all the expenses connected with the arbitration procedure or litigation, including the winning Party's attorney fees, unless otherwise agreed by the Parties or as required by the Arbitration ruling.

b. **Governing Law.** This Settlement Agreement is subject to the Uniform Rules of ICC. In all matters not regulated by the Uniform Rules of the ICC, this Settlement Agreement is governed by and shall be construed and interpreted in accordance with the laws of the State of New York without giving effect to the conflict of laws principles thereof.  The parties irrevocably and unconditionally submit to the exclusive jurisdiction of the federal and state courts located in the Borough of Manhattan, City, County and State of New York, for any proceedings commenced regarding this Settlement Agreement, the parties irrevocably submit to the jurisdiction of such courts for the determination of all issues in such proceedings, and irrevocably waive any objection to venue or inconvenient forum for any proceeding brought in any such court. The parties irrevocably and unconditionally waive any right to trial by jury with respect to any proceeding relating to this Settlement Agreement.

C. **Waiver of Right to Jury Trial.** Each party waives its right to a trial by jury in all matters relating to and arising under this Settlement Agreement, including torts. Each party has initialed this provision to indicate that the party has read the provision and makes the waiver knowingly, intentionally, and voluntarily.


[REMAINING PART OF THIS PAGE INTENTIONALLY LEFT BLANK]


EAM                                                                                          TAR

*MASTER SETTLEMENT*
*AGREEMENT № EAM-TAR-A-0421-2023*
*V1.0*

WHEREFORE, THE PARTIES, INTENDING TO BE BOUND, HAVE MADE AND ENTERED INTO THIS SETTLEMENT AGREEMENT AS OF THE FOLLOWING EFFECTIVE DATE: OCTOBER XXTH, 2023.

LINK CONEXIÓN AÉREA SA DE CV

BY: MIGUEL ÁNGEL FRANCO HERNÁNDEZ

Signature: _____

Date: 10/XX/2023

ETHOS ASSET MANAGEMENT INC

BY: Mr. CARLOS MANUEL DA SILVA SANTOS

Signature: _____

Date: 10/XX/2023

-END OF DOCUMENT-

EAM                                                                              TAR

7/7

# EXHIBIT Y

**David B. Newman**

| | |
|---|---|
| **From:** | Leandro Fernandes <leandro@ethosasset.com> |
| **Sent:** | Wednesday, November 8, 2023 11:08 AM |
| **To:** | Ignacio Vazquez; mfranco@tarmexico.com; rbaston@tarmexico.com |
| **Cc:** | Carlos Santos; Elias Achilleos |
| **Subject:** | Re: Settlement Agreement |
| **Attachments:** | SETTLEMENT AGREEMENT No EAM-EAM-TAR-A-1103-2023  v2clean.docx; SETTLEMENT AGREEMENT No EAM-EAM-TAR-A-1103-2023  v2.0.docx |

<u>WITHOUT PREJUDICE</u>

Dear Ignacio,

Thank you for your return.

Regarding your redlines there are two main issues, address in out revisions:

- the period to return cannot be less than 30 days as explained below.
- the resolution of disputes must be kept as is in the Agreement.

The 30 days are only the maximum time.  We need this period because remember that we have the deposit of the margin value under a sub account that we open for the transaction. Such a deposit is done to us to don't put the margin value in risk and we stay with it as an asset based that back our operations without being used.
We have multiple accounts like this. By restriction of the bank, we only can do 5 transactions per month for this type of account. We must program the movements on the previous month of the due movements. This means that we need to program your transfer to December, unless we have a gap in November. We may have it and if that is the case, we will send the margin before the 30 banking days.
Please understand we simply don't want to take the risks to fail with the Settlement Agreement.

See attached a v2 with track changes and v2clean that we are ready to execute.

Please understand that this could be now paid for and returned if we had settled during October. Please let's be focus on close the deal now. We will make everything to have the wire done and received before the month is over anyway.

Best regards

Leandro Fernandes
Chief Legal Officer
Ethos Asset Management Inc.
Portugal  Office - Lisbon
Email: leandro@ethosasset.com
PT  +351 968 556 890
US  +1 202 765 7226
TK  +90 542 107 6004

1



### ETHOS ASSET
M A N A G E M E N T

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

Internal Use Only
################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

---

**From:** Ignacio Vazquez <ivazquez@tarmexico.com>
**Sent:** 07 November 2023 02:29
**To:** Leandro Fernandes <leandro@ethosasset.com>
**Cc:** Carlos Santos <carlos@ethosasset.com>; rbaston@tarmexico.com <rbaston@tarmexico.com>; mfranco@tarmexico.com <mfranco@tarmexico.com>
**Subject:** Settlement Agreement

-WITHOUT PREJUDICE-

Dear Leandro,  Thank you for your draft of the Settlement Agreement.  We have revised the draft and made changes that represent the document that TAR is prepared to execute. I look forward to receiving your positive reply.

Regards.



**Ignacio Vázquez**
Director Jurídico/
General Counsel

*tarmexico.com*



# SETTLEMENT AGREEMENT

This ~~Master~~ Settlement Agreement ("Settlement Agreement") is entered into as of the Effective Date set forth below by **ETHOS ASSET MANAGEMENT INC.**, a corporation incorporated under the laws of the State of California, having its principal place of business at 4660 La Jolla Village Drive, San Diego, California 92122, herein represented by **CARLOS MANUEL DA SILVA SANTOS ("Party A" or "EAM")**, and **LINK CONEXIÓN AÉREA SA DE CV**, a corporation incorporated under the laws of México, having its principal place of business at Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro, Querétaro, México, 76090, herein represented by **MIGUEL ÁNGEL FRANCO HERNÁNDEZ** ("Party B" or **TAR**)

Each party hereto may be referred to as a "Party" or, in aggregate, as the "Parties".

WHEREAS the Parties for reasons well-considered no longer wish to continue their business relationship including but not limited to the AGREEMENT № EAM-TAR-A-0421-2023 dated June 12, 2023; between EAM and TAR ~~with and~~ the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, by and between ~~the Parties~~ EAM and Mr. Miguel Angel Franco Hernandez, identified as the "Pledgor"; and the AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023, dated August 4, 2023, by and between ~~the Parties~~ EAM and TAR;

**WHEREAS**, the Parties have agreed to terminate any and all contracts and agreements between them, except for this Settlement Agreement, subject to the terms below; and

**WHEREAS**, the Parties desire to settle the disputes between them, pursuant to the terms of this Settlement Agreement; on this ~~07th 8th~~ day of November 2023.  This Settlement Agreement shall hereby terminate the AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, between EAM and TAR ~~with and~~ the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, EAM and the Pledgor and AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023, dated August 4, 2023 by and between ~~the Parties~~ EAM and TAR;

**NOW, THEREFORE**, in consideration for the mutual promises contained herein, and other good and valuable considerations, the sufficiency of which is hereby acknowledged, the Parties hereto expressly consent to and agree as follows:

1. Release by EAM.  EAM, hereby releases, acquits, and forever discharges TAR and all of its respective affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives of any and all charges, claims, actions, rights, demands, debts, obligations, damages or accountings of whatever nature, in law or in equity, whether known or unknown occurring, if at all, on or prior to the Effective Date, arising out of or relating to the Agreement. The Parties agree to the termination of the ~~Agreements and Amendment~~ AGREEMENT № EAM-TAR-A-0421-2023", the "EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023" and the "AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023", with the return of **USD 3,900,000**

EAM                                                                                                                          TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*
*V2.0*

(THREE MILLION NINE HUNDRED THOUSAND US DOLLARS) to Mr. Miguel Angel Franco Hernandez, identified as the "Pledgor" as per the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, representing the full Margin Value Facility received by EAM, as per the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023.

2.  Payment Schedule. EAM will instruct and provide ~~the MT103 form, duly confirmed by~~ a certified SWIFT GPI tracker provider such as TMS (Track My Swift) ~~among others~~, to TAR and to Pledgor of the actual payment return of the Margin Value Facility in the amount of USD 3,900,000 (THREE MILLION NINE HUNDRED THOUSAND US DOLLARS) to the "Pledgor", within ~~24 hours~~ 30 (thirty) business days ~~after~~ the signing of this Settlement Agreement. TAR is providing appropriate Pledgor's bank coordinates – by using the bank details from which the Margin Value Facility was ~~transferred to~~ ~~received by~~ EAM on June 28th, 2023 – for the receipt of this payment and insert these in Section 3 below.

3.  Bank Coordinates to where EAM will wire the funds to ~~TAR~~ the Pledgor:

Bank Name: Banque Pictet & Cie

Bank Address: Route des Acacias 60, 1211 Geneva 73. Switzerland

Account Name: Miguel Angel Franco

Account Holder Address: Blvd. Bernardo Quintana cs-9800 A-701C Col. Centro Sur Querétaro, Querétaro México 76090.

Account Number: 133203

SWIFT CODE: PICTCHGG

ROUTING NUMBER = IBAN NUMBER: CH4508755013320300100

4.  Release by TAR and the Pledgor.; TAR and the Pledgor releases, acquits, and forever discharges EAM and all of its respective affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives of any and all charges, claims, actions, rights, demands, debts, obligations, damages or accountings of whatever nature, in law or in equity, whether known or unknown occurring, if at all, on or prior to the Effective Date, arising out of or relating to the Agreements, Amendments or this Settlement Agreement.

The release contained in this Section 4 shall be binding upon the Pledgor has received the US 3,900,000 in readily available funds; ensuring that EAM has refunded the Margin Value Facility.

5.  Termination of Agreements. The Parties hereby agree that any and all contracts, agreements, and understandings between the Parties, including without limitation those contracts

EAM                                                                                      TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*
*V2.0*

entitled "AGREEMENT № EAM-TAR-A-0421-2023" with all Exhibits, including "EXHIBIT A -
Pledge WW AGREEMENT № EAM-TAR-A-0421-2023" and the "AMENDMENT N1 -
AGREEMENT NO. EAM-TAR-A-0421-2023", but not including this Settlement Agreement, are
terminated and cancelled in their entirety with no more force or effect, such that no party shall have
any rights, responsibilities or obligations thereunder.

6. <u>Confidentiality</u>. Each Party agrees that it shall keep the terms, amount, circumstances,
data, documentation, company information and facts of this Settlement Agreement, and information
of the parties related or not related with this Settlement Agreement, completely confidential and that
it will not hereafter disclose any information concerning this Settlement Agreement or about both
Parties to anyone. Each Party shall not make any comments, recommendations or express any
opinions to any third party neither voluntarily nor if approached, whether related or not related to this
Settlement Agreement, provided, however, the Parties may make such disclosure to their professional
representatives (e.g., attorneys), if any, all of whom will be informed of and agree to be bound by this
confidentiality clause or other such disclosures required by law. If any Party receives an inquiry about
this Settlement Agreement, such Party shall communicate such approach to the other party and shall
agree with the other Party an answer to provide. In such an answer, the Party cannot mention or refer
to the other Party in any negative or derogatory way. Further, the Parties shall not post or otherwise
disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Confidential
Information on the Internet or any other media outlet or platform, including, but not limited to,
websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Disclosure of
information and facts about this Settlement Agreement, and information of the Parties related or not
related to this Settlement Agreement may be used in media, such as Press Releases, Interviews or any
other type with the exclusive consent of the Parties. Nothing in this Settlement Agreement shall,
however, be deemed to interfere with the Parties' respective obligations to report transactions with
appropriate governmental, taxing and/or registering agencies. It is understood and agreed that this
Settlement Agreement may be offered into evidence to enforce its terms or otherwise in connection
with a dispute hereunder. If a Party receives an order from a court, a subpoena, or other lawful
command to produce this Settlement Agreement, the Party receiving such order, subpoena or
command shall use best effort to notify the other Party. In response to that notification, a Party may
(but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality
of this Settlement Agreement.

7. <u>Non-Disparagement</u>. Each Party agrees and covenants that they will not at any time,
directly or indirectly, make, publish or communicate to any person or entity or in any public forum
any defamatory or disparaging remarks, comments, or statements concerning the other Party or its
businesses, or any of its employees, officers, shareholders, members or advisors, or any member of
the Board. This Clause 7 does not, in any way, restrict or impede the Parties from exercising protected
rights to the extent that such rights cannot be waived by agreement or from complying with any
applicable law or regulation or a valid order of a court of competent jurisdiction or an authorized
government agency, provided that such compliance does not exceed that required by the law,
regulation, or order. The Parties shall promptly provide written notice of any such order to the other.
The Parties agree and covenant that they shall use their best efforts to cause its officers and directors
to refrain from making any defamatory or disparaging remarks, comments, or statements concerning
The Parties to any third parties. The Parties agree not to publicize or disclose, or cause to be publicized
or disclosed, the Information, directly or indirectly, to any person or entity, except as necessary to
enforce the terms of the Settlement Documents. If any Party receives an inquiry about the settlement,

EAM                                                                                      TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*
*V2.0*

such Party will respond only that "the matter has been resolved." or similar words. Further, the Parties shall not post or otherwise disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Information on the Internet or any other media outlet or platform, including but not limited to websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Nothing in this provision shall, however, be deemed to interfere with the Parties' respective obligations to report transactions with appropriate governmental, taxing and/or registering agencies, nor shall this provision interfere with the Parties' disclosures to accountants or attorneys as necessary for legal requirements (for example, disclosure to accountants to demonstrate the charitable nature of the payments). If a Party receives an order from a court, a subpoena, or other lawful command to produce the Settlement Documents, the Party receiving such order, subpoena or command shall notify the other Party. In response to that notification, a Party may (but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality of the Settlement Documents.

    8.    <u>Common Interest</u>. The Parties agree that their discussions, as far as this Settlement Agreement is concerned, reflect terms that comprise a common legal interest for each of the Parties.

    9.    <u>Cooperation and Other Acknowledgements</u>. Each of the Parties hereto shall execute and deliver such documents, instruments and settlement agreements, and take such further actions as may be reasonably required or desirable to carry out the provisions of this Settlement Agreement, and each of the Parties hereto shall cooperate with each other in connection with the foregoing.

    10.    ~~Event of default. It will be considered an event of default when EAM fails to fulfill their obligations under this Settlement Agreement, including but not limited to the reimbursement obligation.  The Pledgor shall be entitled to claim a daily penalty of US 50,000.00 (Fifty Thousand Dollars 00/100) for every day of delay in the receipt of the return of the Margin Value to the Pledgor account; starting on the third day following the execution of this Settlement Agreement.~~  Delay payment In case that  -Party A delays the return of the Margin Value Facility to the Pledgor under section 2, - the Pledgor  will bear simple interest payable to the Pledgor from the due payment date until the effective return at a rate equal to two percent (2.00%) per annum.~~,~~

~~Notwithstanding the foregoing, TAR or Pledgor – at its own discretion and without any limitation whatsoever – shall have the right to claim, through the means it deems appropriate and/or necessary , the payment of damages, loss of revenue, and/or any other concept to which it may be entitled by law~~

    11.    <u>Consultation with Counsel</u>.  The Parties hereto acknowledge that they have had the opportunity to and have consulted with counsel, prior to executing this Settlement Agreement and the terms of this Settlement Agreement have been fully and satisfactorily explained to them.

    12.    <u>Representations and Warranties</u>. Each Party represents and warrants that it has full legal right, power and authority to perform his or its obligations hereunder, and to consummate the transactions contemplated hereunder.  Each individual executing this Settlement Agreement represents and warrants that he/she is duly authorized and empowered to enter into and execute of this Settlement Agreement and to bind his/her principal to all of the terms and conditions hereof, and that all corporate actions, if any, required in this regard have been taken and completed.

EAM                                                            TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A-0401-2023*
*V2.0*

13.   <u>Amendment and Modification</u>.   This Settlement Agreement may be modified or amended only by a written instrument(s) signed by the Parties which expressly states that it is the intention of the Parties to amend this Settlement Agreement.

14.   <u>Non-Waiver</u>.   No breach of any provision of this Settlement Agreement shall be deemed waived unless the waiver is in writing and signed by a duly authorized representative of the waiving Party.   Waiver of any one breach shall not be deemed a waiver of any other breach or any other provision of this Settlement Agreement.   Time is "of the essence" concerning all payments hereunder and there shall be no notice required or grace period with respect thereto.

15.   <u>Entire Agreement</u>.   This Settlement Agreement represents the complete and exclusive statement of the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous promises and Settlement Agreements of any kind, as well as negotiations between the Parties hereto with respect to the subject matters covered hereby.   No other agreements, covenants, representations, promises or warranties, expressed or implied, oral or written, have been made by any of the Parties hereto concerning the subject matter hereof.

16.   <u>Severability</u>.   If a term or provision of this Settlement Agreement shall be held to be invalid, inoperative or unenforceable for any reason, the validity, operability or enforceability of the remaining terms or provisions shall not be affected, and such terms or provisions shall be deemed modified to the minimum extent necessary to make it enforceable.

17.   <u>Notices</u>:   Any notices under this Settlement Agreement shall be in writing, shall be effective when received, and may be delivered by hand, e-mail, or by overnight delivery service to:

> **If to TAR ~~or Pledgor~~:**
> Mr MIGUEL ÁNGEL FRANCO HERNÁNDEZ
> CHAIRMAN
> Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro,
> Querétaro, México, 76090.
> mfranco@tarmexico.com

> **If to EAM:**
> Mr. CARLOS MANUEL DA SILVA SANTOS
> CEO.
> 4660 La Jolla Village Drive, San Diego, California, 92122, United States of America
> Email : carlos@ethosasset.com

18.   <u>Successor and Assigns</u>.   This Settlement Agreement shall be binding upon, inure to the benefit of, and be enforceable by and against the respective heirs, legal representatives, executors, successors, and assigns of the Parties, as applicable.

19.   <u>Captions and Rules of Construction</u>.   The captions in this Settlement Agreement are included only as a matter of convenience and for reference and to not define, limit, or describe the scope of this Settlement Agreement or the scope or content of any of its provisions.   The language and all parts of this Settlement Agreement shall in all cases be construed as a whole, according to its

EAM                                                                                                          TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*
*V2.0*

fair meaning, and not strictly for or against any of the Parties, and without regard to the Party that drafted the same or caused its legal representative to draft the same.

20. <u>Execution in Counterparts</u>.  This Settlement Agreement may be executed in counterparts and the exchange (by facsimile or email) of executed counterparts of this Settlement Agreement shall be deemed execution and delivery thereof and such facsimile or electronic copies shall have the full force and effect as if they were originals.

21. <u>Remedies</u>.  All remedies available at law or in equity shall be available to the Parties for the enforcement of this Settlement Agreement and/or the Agreements.

22. <u>No Assignment</u>.  The Parties warrant and represent that they have not assigned, sold, or otherwise conveyed any of the rights released hereunder to any third party.

23. <u>Governing Law</u>.  This Settlement Agreement and the rights and obligations of the Parties hereunder, including any dispute arising out of or in connection with the present Settlement Agreement, shall be governed by, construed and interpreted in accordance with the laws of the State of New York ~~regarding the following:  or any other one to which, by reason of domicile, TAR may be entitled, at its sole discretion.~~

~~Jurisdiction: In the event of any dispute arising out of or in connection with the present Settlement Agreement, TAR or the Pledgor shall have the right to choose at its sole discretion between (i) the courts of the state of New York (ii) arbitration.~~

~~If TAR or Pledgor chooses to proceed with the arbitration procedure, the Parties agree it will be conducted in accordance with the following:~~

<u>a</u> **Arbitration**.  In the event of any dispute arising out of or in connection with the present Settlement Agreement the Parties shall refer the dispute to proceedings before the International Chamber of Commerce ("ICC") under the ICC Mediation Rules. The location of Mediation is New York. If the dispute has not been settled pursuant to the said Rules within 60 days following the filing of a Request for Mediation or within such other period as the Parties may agree in writing, such dispute shall thereafter be finally settled under the Rules of Arbitration of the ICC by one arbitrator appointed in accordance with the said Rules of Arbitration. The ~~venue~~ location of Arbitration is New York. The language of the arbitration shall be English. The losing Party of the arbitration, or any litigation of any kind involving this Settlement Agreement, shall bear all the expenses connected with the arbitration procedure or litigation, including the winning Party's attorney fees, unless otherwise agreed by the Parties or as required by the Arbitration ruling.

**b** **Governing Law.** This Settlement Agreement is subject to the Uniform Rules of ICC. In all matters not regulated by the Uniform Rules of the ICC, this Settlement Agreement is governed by and shall be construed and interpreted in accordance with the laws of the State of New York without giving effect to the conflict of laws principles thereof.  The parties irrevocably and unconditionally submit to the exclusive jurisdiction of the federal and state courts located in the Borough of Manhattan, City, County and State of New York, for any proceedings commenced regarding this Settlement Agreement, the parties

EAM

TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A 0421-2023*
*V2.0*

irrevocably submit to the jurisdiction of such courts for the determination of all issues in such proceedings, and irrevocably waive any objection to venue or inconvenient forum for any proceeding brought in any such court. The parties irrevocably and unconditionally waive any right to trial by jury with respect to any proceeding relating to this Settlement Agreement

**c) Waiver of Right to Jury Trial.** EAM waives its right to a trial by jury in all matters relating to and arising under this Settlement Agreement, including torts. Each party has initialed this provision to indicate that the party has read the provision and makes the waiver knowingly, intentionally, and voluntarily.

[REMAINING PART OF THIS PAGE INTENTIONALLY LEFT BLANK]

EAM                                                                                            TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*
*V2.0*

THEREFORE, THE PARTIES, INTENDING TO BE BOUND, HAVE MADE AND ENTERED INTO THIS SETTLEMENT AGREEMENT AS OF THE FOLLOWING EFFECTIVE DATE: NOVEMBER 07TH , 2023.

LINK CONEXIÓN AÉREA SA DE CV-AND PLEDGOR
BY: MIGUEL ÁNGEL FRANCO HERNÁNDEZ

Signature: _____
Date: NOVEMBER/~~07~~08/2023

ETHOS ASSET MANAGEMENT INC
BY: Mr. CARLOS MANUEL DA SILVA SANTOS

Signature: _____
Date: NOVEMBER/~~07~~08/2023

-END OF DOCUMENT-

EAM                                                                                    TAR

# EXHIBIT Z

**Alberto Chávez**

| | |
|---|---|
| **De:** | Carlos Santos <carlos@ethosasset.com> |
| **Enviado el:** | miércoles, 11 de octubre de 2023 8:30 a. m. |
| **Para:** | Elias Achilleos; Ricardo Baston |
| **CC:** | Leandro Fernandes; Hans Kastensmith; Miguel Franco; Ignacio Vazquez; Ivo Pimentel; Roberto Suarez Espinoza; Alberto Chavez |
| **Asunto:** | RE: Confidential |

Dear Ricardo and TAR team,

As I was in communication with Miguel today, I just concluded a meeting with Signature Bank where the purpose was to understand why the wire has not yet debited and consequently credited to you.

Based on the fact that we have a relationship with the bank that goes from the normal corporate relationhip, up to lending activity and brokerage services, the bank has a deep following of our transactions and parties that we are related to. It is not abnormal that they raise compliance questions and concerns about UBOs, Directors tests, source of funds, AML, adverse media or PEPs.
These topics are recurrent but at the same time can be addressed with simple answers by us, as much as we are aware of them.

Unfortunately, at this time our compliance report did not have the answers to provide to them regarding the adverse media about TAR and TAR's customer service currently available online. The compliance team is concerned about the involvement of Ethos in having an association with TAR. By linking comments and a blog with more than 90 followers (mentioned by the followers and interestingly we mentioned this to you, two weeks ago) our name is being associated with some negative practice that potentially can put your airline operation in question.

My answer was that I was totally sure that this was simply adverse media with no basis because we have been aware of this for at least 15 days, we approached you and we didn't have a concerned reaction but simply an interest to verify from you first.

For now, this is more than enough for my conversation to finish but they need that I provide them with some formal information from your side confirming that these are baseless random posts.

If this is a real problem, we need to prepare an answer about it or if this is not do you think that you are able to prepare a letter or formal email to us giving the context on the subject and explaining why this shall not be considered as a legal risk nor reputational.

Your urgent attention regarding this is sincerely appreciated. We need to return to them within the maximum of 72 hours to immediately release the wire or they will simply cancel it. Please, we ask your best attention to this subject.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023



4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

1

Internal Use Only

################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Elias Achilleos
**Sent:** Saturday, October 7, 2023 2:19 PM
**To:** Ricardo Baston
**Cc:** Leandro Fernandes; Carlos Santos; Hans Kastensmith; Miguel Franco; Ignacio Vazquez; Ivo Pimentel; Roberto Suarez Espinoza; Alberto Chavez
**Subject:** Re: Confidential

Dear Ricardo,

Thank you for your reply.

We look forward to hearing from you in due course.

Kind regards,

Elias

Elias Achilleos
Chief Risk Officer
Ethos Asset Management Inc.
UK Office - London
Email: elias@ethosasset.com
UK +44 793 254 3008



4660 La Jolla Village Drive, San Diego, California, 92122

United States of America

Internal Use Only

2

####################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Ricardo Baston <rbaston@tarmexico.com>
**Sent:** 06 October 2023 11:14 PM
**To:** Elias Achilleos <elias@ethosasset.com>
**Cc:** Leandro Fernandes <leandro@ethosasset.com>; Carlos Santos <carlos@ethosasset.com>; Hans Kastensmith <hans@ethosasset.com>; Miguel Franco <mfranco@tarmexico.com>; Ignacio Vazquez <ivazquez@tarmexico.com>; Ivo Pimentel <ivo@ethosasset.com>; Roberto Suarez Espinoza <rse@bucephalus.mx>; Alberto Chavez <achavez@tarmexico.com>
**Subject:** Re: Confidential

Dear Elias.

First of all, my apologies for this late reply.

As you very well pointed out, I am usually better in my response time to emails.
Please allow me some time to review the attachment provided in your email, and come back to you with our comments shortly.

Best regards,

Ricardo

**From:** Elias Achilleos <elias@ethosasset.com>
**Date:** Monday, October 2, 2023 at 12:02
**To:** Ricardo Baston <rbaston@tarmexico.com>
**Cc:** Leandro Fernandes <leandro@ethosasset.com>, Carlos Santos <carlos@ethosasset.com>, Hans Kastensmith <hans@ethosasset.com>
**Subject:** Confidential

Dear Ricardo,

Hope all is well.

I would be grateful if you could give us your view on the package I sent last week. I would like to reiterate that this is purely a neutral act and a standard query within Compliance. We are not making any judgement and are seeking your reassurance and clarity on this issue.

3

I understand you may also see this in contrast to where our transaction currently sits, however, this is totally independent of the status of the transaction. This is in no way a delay tactic or strategy to frustrate the progress of our transaction. I am aware that the funds are awaiting to be credited for the first disbursement but this query has no bearing on that.

Please do not hesitate to contact me if you have any questions.

Kind regards,

Elias

Elias Achilleos
Chief Risk Officer
Ethos Asset Management Inc.
UK Office - London
Email: elias@ethosasset.com
UK +44 793 254 3008



4660 La Jolla Village Drive, San Diego, California, 92122

United States of America

Internal Use Only

################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

**From:** Elias Achilleos
**Sent:** 28 September 2023 12:40 AM
**To:** Ricardo Baston <rbaston@tarmexico.com>

**Cc:** Leandro Fernandes <leandro@ethosasset.com>; Carlos Santos <carlos@ethosasset.com>
**Subject:** Confidential

Dear Ricardo,

I hope all is well.

I am sharing the attached communications with you that we have received from various persons on LinkedIn and Facebook.

In the first instance, please do not misunderstand us, we are not making any judgement and have not engaged with the authors of these messages. We are sharing with you in confidence first to allow you to respond to us privately.

This is a neutral act and in the best interests of both our companies as we believe you have the right to be informed and to give us your view.

If you have any questions, please do not hesitate to contact me.

Kind regards,

Elias

Elias Achilleos
Chief Risk Officer
Ethos Asset Management Inc.
UK Office - London
Email: elias@ethosasset.com
UK +44 793 254 3008



ETHOS ASSET
MANAGEMENT

4660 La Jolla Village Drive, San Diego, California, 92122

United States of America

Internal Use Only

##################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender

5

immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

 **HSBC**

rbaston@tarmexico.com

⊘ Autenticado por hsbc.com ⊘ Firma válida

| | |
|---|---|
| **De:** | andrea.chang@hsbc.com.mx |
| **Para:** | achavez@tarmexico.com |
| **Cc:** | mfranco@tarmexico.com, rbaston@tarmexico.com, vaguirre@tarmexico.com, osvaldo.mota@hsbc.com.mx, elena.totozintle@hsbc.com.mx, gabriel.castruita@hsbc.com.mx, lucia.labastida@hsbc.com.mx |
| **Enviado:** | sep 12, 2023 4:46:51 p.m. BST |
| **Asunto:** | RESULTS | Tracking TAR OPI |

Hi Alberto,

Hoping you are doing well.

Regarding your request, I share the results of the search we carried out as follows.

> ➢ **Searches on GPI (Global Payment Innovation) SWIFT tracking service, using the following data:**
>   - Date range from August 16 to today
>   - Day by day from August 16 to today
>   - UETR
>   - # beneficiary account (USD TAR Account in HSBC Mexico)
>   - Transaction amount

**RESULT:**

---

⊕ Swift   GPI Tracker                                                                   ab6a9a5ck-c565-4a90-a7b3-214414fa7f29

**Sorry, no results were found for this tracking reference.**

This search ignored the values of the other search criteria and checked the last 124 days.

---

Unfortunately, no findings were found regarding the Payment Order that you have yet to receive, I show the evidence with a GPI screenshot, where you can see that the UETR did not return data and the same case for each data entered in the search. We will appreciate requesting from the issuer Official Proof of the Operation and MT103 format where we can review the detail of the operation and try to locate it.

I also confirm that HSBC Mexico not require a correspondent bank to receive Payment Orders from abroad, we have the capability to receive them directly into client's account.

Keep me posted if you have further information!

**Andrea Chang**
Sales Manager | Especialista en Banca Transaccional
Global Payment Solutions (GPS) | HSBC México
Av. Tecnológico 100 Local 9, Col. San Ángel, C.P. 76039, Querétaro, Qro., México.

**Celular:**    +52 442 790 7984
**E-mail:**     andrea.chang@hsbc.com.mx

RESTRICTED

Este correo electrónico puede contener información confidencial, sólo está dirigida al destinatario del mismo, la información puede ser privilegiada. Está prohibido que cualquier persona distinta al destinatario copie o distribuya este correo. Si usted no es el destinatario, por favor notifíque esto de inmediato y destruya el correo, lo mismo que todas las copias que existan del mismo. Los correos electrónicos en internet, no son privados, seguros ni confiables. Ningún miembro del Grupo HSBC será responsable de los errores u omisiones en el contenido o transmisión de este correo electrónico. Cualquier opinión contenida en este correo es responsabilidad única y exclusiva del autor del mismo y, a menos que lo contrario se indique claramente y por escrito, no está respaldado por ningún miembro del Grupo HSBC. Sus datos personales en HSBC están protegidos conforme a la Ley Federal de Protección de Datos Personales en Posesión de los Particulares. Consulte el aviso de privacidad con su ejecutivo de cuenta en sucursales o en 'www.hsbc.com.mx'.

🔒 Cifrado de email proporcionado por Voltage SecureMail.

**Copyrights HSBC Holdings plc 2010 - 2014. Todos los derechos reservados.**

# EXHIBIT AA



Aerolíneas®

October 11th, 2023.

**Signature Bank**
To whom it may concern:

I am writing to you today at the request of your client Mr. Carlos Santos (CEO at Ethos Asset Management) to address your concerns about alleged fraud practices at TAR Aerolíneas. I would like to assure you that we take these allegations very seriously and that we are committed to conducting our business in an ethical and fair manner.

We have been made aware of a number of Facebook pages that have been created to spread misinformation about our airline. These pages often make claims about TAR Aerolíneas that are simply not true, such as the airline engaging in fraud or scamming passengers.

Unfortunately, this type of behavior is not uncommon in the Mexican airline industry. Social media platforms like Facebook are often used to spread misinformation to damage the reputations of businesses. This is particularly true in Mexico, where social media penetration is very high.

Attached you will find a quick benchmark on Facebook pages for other Mexican airlines, containing basic statistic figures to better illustrate this argument. During 2023, TAR Airlines has transported close to 180K passengers (in the January to September period) with an average of 8% flight cancellation ratio.

TAR Aerolíneas has a strong track record of customer satisfaction. We are committed to providing our passengers with a safe and reliable travel experience. Our cancellation and refund policies are fair and transparent, and we are always striving to do the right thing for our customers.

In the event of a flight cancellation, we will offer our passengers a full refund or the option to be rebooked on another flight. If a passenger chooses to cancel their flight, the cancellation fee will vary depending on the fare type and the time of cancellation. Here is a summary of our cancellation and refund policies:

- Cancellations made within 24 hours of purchase: Full refund or rebooking without penalty.

1



- ⊡ Cancellations made more than 24 hours before departure: Full refund or rebooking with a penalty.
- ⊡ Cancellations made within 24 hours of departure: Full refund or rebooking with a penalty.
- ⊡ No-shows: No refund.

In addition, the passenger has the right to request support from PROFECO, a governmental body responsible for protecting consumers' rights and frequently assists passengers in pursuing a full refund in case the airlines are responsive to appropriate requests.

We understand that flight cancellations can be a disruptive and inconvenient experience to anyone. However, we want to assure you that we will always do our best to accommodate our passengers in the event of a cancellation.

I hope this information is helpful. Should you have any further comments, please do not hesitate to contact me at your earliest convenience.

Sincerely,

Ricardo Bastón
CEO

2

# VOLARIS

**Two Pages**

**Active Members: 282 / 134**

**Daily publications: 1**

**Comments: 5**

---

11:21 AM

← Volaris Apesta!!

## Información

Movimiento de desprestigio para una compañía que va en picada.
Ayúdenos a poner sus quejas y todas las situaciones que les ha sucedido.

🌐 **Público**
Cualquier persona puede ver quién pertenece al grupo y lo que se publica.

👁 **Visible**
Cualquier persona puede encontrar este grupo.

🕘 **Ver historial del grupo**
Grupo creado el 8 de octubre de 2010

## Miembros                    Ver todo



Jack es administrador(a).

## Actividad del grupo

📋 **0 publicaciones nuevas hoy**
-4 en los últimos 28 días

👥 **134 miembros en total**
+1 en la última semana

👪 Creado hace aproximadamente 13 años

---

11:27 AM

← Volaris APESTA!!!!

## Información

🌐 **Público**
Cualquier persona puede ver quién pertenece al grupo y lo que se publica.

👁 **Visible**
Cualquier persona puede encontrar este grupo.

🕘 **Ver historial del grupo**
Grupo creado el 26 de agosto de 2012

## Miembros                    Ver todo




Mariano es administrador.

## Actividad del grupo

📋 **0 publicaciones nuevas hoy**
-4 en los últimos 28 días

👥 **282 miembros en total**
+0 en la última semana

👪 Creado hace aproximadamente 11 años

# VIVA AEROBUS

**One Page**
**Active Members: 18,700**
**Daily publications: 10**
**Comments: 26**

facebook

Correo electrónico o tel. | Contraseña

Iniciar sesión · Crear cuenta?

¿Has olvidado la cuenta?

VIVA aerobus

**VIVAEROBUS RECLAMOS**

⊕ Grupo · Público · 18,7 mil miembros

Únete al grupo

## "Pésimo servicio al cliente" ●●○○○
Opinión sobre el Viva Aerobus



●○○○○  Opinión escrita 1 semana atrás

NO COMETAN EL ERROR DE VIAJAR EN ESA AEROLÍNEA, MEJOR TOMEN UN CAMIÓN SI QUIEREN EN HORA PICO SI QUIEREN VIVIR ALGO ASI

Gustavo G.
⊞ 1 · ♥ 2



●○○○○  Opinión escrita 1 semana atrás

## La peor aerolínea mexicana



Defraudados por TAR Aerolínea

Conversación  Destacados  Salas  Pensiones  Eventos  Multimedia  Archivos

# TAR AEROLÍNEAS

One Page
Active Members: 276
Daily publications: 10
Comments: 18

Group Statistics
Full Refounded: 11%
Refounded Processed: 55%
Users without information: 11%
Spectators: 12%
Total Attended: 89%

# EXHIBIT BB

**David B. Newman**

| | |
|---|---|
| **From:** | David B. Newman |
| **Sent:** | Wednesday, November 29, 2023 7:56 AM |
| **To:** | leandro@ethosasset.com; carlos@ethosasset.com; elias@ethosasset.com; hans@ethosasset.com |
| **Subject:** | TAR with ETHOS-FOR SETTLEMENT PURPOSES ONLY/CONFIDENTIAL |
| **Attachments:** | [Comparison Report] SETTLEMENT AGREEMENT No EAM-EAM-TAR-A-1103-2023 (compared with SETTLEMENT AGREEMENT No EAM-EAM-TAR-A-1103-2023 (SCG Comments 11-28-23)-1).pdf; [Modified Document] SETTLEMENT AGREEMENT No EAM-EAM-TAR-A-1103-2023 (SCG Comments 11-28-23).docx |

Gentlemen: This firm represents Link Conexion Aerea SA de CV ("TAR") and its principal, Mr. Miguel Angel Franco Hernandez. in connection with settling the issues which arose from the financing agreement with Ethos Asset Management Inc. ("ETHOS"), as amended, dated August 4, 2023. We have reviewed the proposed settlement agreement which you drafted and have made some suggested revisions. Attached are comparison and modified versions for your review.

We would appreciate your prompt response as we would like to complete this transaction expeditiously.

All of our changes are subject to our clients' approval as we are still discussing the document with them.

Of course, all rights of our clients are reserved.

Thank you.

**David B. Newman**
Member



website | bio | vCard | newsroom | email

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 500-1532 | m (917) 371-1000 | f (212) 643-6500  **map**

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-7000 | m (917) 371-1000 | f (973) 643-6500  **map**

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*
*V2.0*
Case 3:23-cr-02507-RSH    Document 169-2    Filed 07/14/25    PageID.3447    Page 72 of 101

*SCG Draft: 11/24/23*

# SETTLEMENT AGREEMENT

This Settlement Agreement ("**Settlement Agreement**") is entered into as of November ___, 2023 (the "~~Effective Date set forth below~~") by **ETHOS ASSET MANAGEMENT INC.**, a corporation incorporated under the laws of the State of California, having its principal place of business at 4660 La Jolla Village Drive, San Diego, California 92122, herein represented by **CARLOS MANUEL DA SILVA SANTOS ("Party A" or "EAM")**, and **LINK CONEXIÓN AÉREA SA DE CV**, a corporation incorporated under the laws of México, having its principal place of business at Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro, Querétaro, México, 76090, herein represented by **MIGUEL ÁNGEL FRANCO HERNÁNDEZ** ("Party B" or **TAR**), and Mr. **MIGUEL ÁNGEL FRANCO HERNÁNDEZ, an individual with a place of business at Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro, Querétaro, México ("Pledgor")**. Each party hereto may be referred to as a "**Party**" or, in aggregate, as the "**Parties**".

~~WHEREAS~~ **WHEREAS, EAM and TAR entered into AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, entitled "Tar Mexico Expansion", as amended, by AMENDMENT No 1 – AGREEMENT No. EAM-TAR-A-0421-2023, dated August 4, 2023 (collectively, as amended, the "Financing Agreement"), pursuant to which EAM agreed to provide certain project financing to TAR up to US$20,000,000, with it being contemplated that EAM would provide an additional US$31,000,000 in financing pursuant to a separate subsequent agreement that was never executed (collectively, the "Financing Transaction"); and**

**WHEREAS, as security for TAR's obligations arising from any financing received by TAR under the Financing Agreement, Pledgor and EAM executed and delivered that certain Pledge AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023 (the "Pledge Agreement"); and**

**WHEREAS, pursuant to Section 12 of the Pledge Agreement, to evidence and secure EAM's obligation to repay to Pledgor the funds pledged thereunder, EAM executed and delivered to Pledgor a promissory note dated effective June 12, 2023 in the amount of three million nine hundred thousand United States dollars (US$3,900,000)(the "Promissory Note") and Section 3 (Security) of the Promissory Note provides that the Promissory Note is guaranteed by the principal cash deposit in the accounts of EAM; and**

**WHEREAS, on June 28, 2023, Pledgor wired the sum of US$3,900,000 (the "Pledge Amount") for the benefit of EAM at its bank account 1504707896 at Signature Bank (now known as Flagstar Bank), which amount was received by Signature Bank on June 28, 2023 (federal reference number: 20230628B6B7261F00018006280637FT03 000000149 5) and is held by EAM at such bank; and**

**WHEREAS, EAM has not provided any financing nor has it advanced any loans or funds to TAR pursuant to the Financing Agreement or otherwise in connection with the Financing Transaction and, accordingly,** the Parties for reasons well-considered no longer wish to continue

EAM                                                                                                    TAR

10196363 v3

~~SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023~~
~~V2.0~~

their business relationship ~~including but not limited to the AGREEMENT № EAM-TAR-A-0421-2023 dated June 12, 2023 between EAM and TAR and the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, by and between EAM and Mr. Miguel Angel Franco Hernandez, identified as the "Pledgor"; and the AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023, dated August 4, 2023, by and between EAM and TAR~~;

**WHEREAS**, the Parties have agreed to ~~terminate any and all~~ <u>settle the disputes between them, pursuant to the terms of this Settlement Agreement, and that EAM shall refund the Pledge amount to Pledgor and otherwise they will terminate the</u> contracts and agreements between them, except for this Settlement Agreement, <u>all</u> subject to the terms below~~; and~~.

~~WHEREAS, the Parties desire to settle the disputes between them, pursuant to the terms of this Settlement Agreement, on this 8th day of November 2023.  This Settlement Agreement shall hereby terminate the AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, between EAM and TAR and the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, EAM and the Pledgor and AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023, dated August 4, 2023 by and between EAM and TAR;~~

**NOW, THEREFORE,** in consideration for the mutual promises contained herein, and other good and valuable considerations, the sufficiency of which is hereby acknowledged, the Parties hereto expressly consent to and agree as follows:

1. ~~**Release by EAM.**  EAM, hereby releases, acquits, and forever discharges TAR and all of its respective affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives of any and all charges, claims, actions, rights, demands, debts, obligations, damages or accountings of whatever nature, in law or in equity, whether known or unknown occurring, if at all, on or prior to the Effective Date, arising out of or relating to the Agreement. The Parties agree to the termination of the  AGREEMENT № EAM-TAR-A-0421-2023",  the "EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023" and the "AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023", with the return of USD 3,900,000 (THREE MILLION NINE HUNDRED  THOUSAND US DOLLARS) to Mr. Miguel Angel Franco Hernandez, identified as the "Pledgor" as per the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023, representing the full Margin Value Facility received by EAM, as per the EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023.~~

EAM                                                                                                          TAR

~~SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023~~
~~V2.0~~

1. <u>Recitals.</u> The Parties represent, warrant, confirm acknowledge and agree that facts set forth in the Recitals above, are true and correct and are incorporated herein by reference as a part of this Agreement, as if set forth herein.

2. <u>Termination of Agreements.</u> The Parties hereby terminate the Finance Agreement, the Pledge Agreement and all amendments thereto and any and all contracts, agreements, and understandings between the Parties relating to the Finance Transaction (the "Cancelled Agreements"). The Parties hereby agree that, except as provided in this Settlement Agreement, including but not limited to EAM's obligation to repay to Pledgor the Pledge Amount, and any interest thereon, the Cancelled Agreements shall have no more force or effect, and no Party shall have any rights, responsibilities, obligations or liabilities thereunder, including without limitation any liabilities in connection with the Financing Transaction. For avoidance of doubt, EAM acknowledges and agrees that it is not entitled to and, to the extent they existed, hereby waives any and all fees to which it would have been entitled under the Cancelled Agreement, including but not limited to the 3% operation fee and the 2% intermediary fee. . The foregoing termination shall not affect EAM's obligation to repay to Pledgor the Pledge Amount as provided herein.

3. <u>Repayment of the Pledge Amount.</u> Concurrently with the execution of this Agreement, and as a condition precedent to all of TAR's and Pledgor's agreements, releases and obligations herein, EAM shall immediately repay to Pledgor the Pledge Amount in full.

   a. ~~2.Payment Schedule. EAM will~~ Without limiting or restricting EAM's obligation to repay the Pledge Amount, EAM will promptly, but no more than two (2) business days from the Effective Date instruct and provide a <u>SWIFT MT103 Form</u> certified by a SWIFT GPI tracker provider such as TMS (Track My Swift), to ~~TAR and to~~ Pledgor of the actual payment return of the ~~Margin Value Facility~~ Pledge Amount in the amount of USD 3,900,000 (THREE MILLION NINE HUNDRED THOUSAND US DOLLARS) ~~to the "Pledgor", within 30(thirty) business days after the signing of this Settlement Agreement. TAR is providing appropriate Pledgor's bank coordinates — by using the bank details from which the Margin Value Facility was transferred to EAM on June 28th, 2023 — for the receipt of this payment and insert these in Section 3 below.~~

   b. ~~3.Bank Coordinates to where EAM will~~ EAM shall wire the funds to the Pledgor in accordance with the following wiring instructions:

EAM                                                                                    TAR

3/14

~~SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023~~
~~V2.0~~

Bank Name: Banque Pictet & Cie
Bank Address: Route des Acacias 60, 1211 Geneva 73. Switzerland
Account Name: Miguel Angel Franco
Account Holder Address: Blvd. Bernardo Quintana cs-9800 A-701C Col. Centro
Sur Querétaro, Querétaro México 76090.
Account Number: 133203
SWIFT CODE: PICTCHGG
ROUTING NUMBER = IBAN NUMBER: CH4508755013320300100

c. The payment of the Pledge Amount shall be accompanied by interest thereon at the rate of five percent (5%) per annum (the "Contract Rate") commencing from June, 28, 2023 until paid in full.

d. If the Pledge Amount including all accrued interest is not paid in full to Pledgor on or before [November ___, 2023], all outstanding unpaid amounts shall bear interest shall not bear interest until indefeasibly received in full by Pledgor, at the rate equal to twenty four percent (24%) per annum in excess of the Contract Rate.

4. Release by EAM. EAM, hereby releases, acquits, and forever discharges TAR, Pledgor and all of their respective affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives (collectively, "TAR Releasees") of, and covenants not to sue for, any and all charges, claims, actions, causes of action, rights, judgments, demands, liabilities, suits, debts, obligations, contract rights, damages sums of money, accounts, reckonings, or accountings and complaints of any kind and of whatever nature, in law or in equity, whether matured or unmatured, discoverable or not discoverable, fixed or contingent, known or unknown occurring, which have arisen or are now arising on or prior to the Effective Date, whether presently asserted or not, including all claims which have been made or could in the future be made (collectively, the "Claims") by reason of any matter, cause or thing, whether known or unknown, which EAM may have against any of the TAR Releases as of the Effective Date, including, but not limited to, any Claims otherwise related to or arising under the Terminated Contracts, the Financing Transaction or otherwise. EAM hereby expressly waives and relinquishes all rights and benefits afforded by Section 1542 of the Civil Code of California (if any) and does so understanding and acknowledging the significance and consequences of such specific waiver of said provisions of law. Section 1542 of the Civil Code of California states as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release,

EAM                                                                                    TAR

10196363 v3

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023 V2.0*

which if known by him must have materially affected his settlement with the debtor."

Notwithstanding the provisions of Section 1542 of the Civil Code of California, if EAM signs this Settlement Agreement, EAM understands and agrees that the release in this Settlement Agreement is intended to be a full and complete waiver of all claims, if any, which EAM may have and which EAM does not know or suspect to exist in its favor against the TAR Releasees, or any one of them, and that this Settlement Agreement extinguishes those claims.

5. 4.Release by TAR and the Pledgor.; **Each of** TAR and the Pledgor releases, acquits, and forever discharges EAM and all of its ~~respective~~ affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives ~~of any and all charges, claims, actions, rights, demands, debts, obligations, damages or accountings of whatever nature, in law or in equity~~("EAM Releasees") of any and all Claims by reason of any matter, cause or thing, whether known or unknown ~~occurring, if at all~~which TAR may have against any of the EAM Releases as of the Effective Date, ~~on or prior to the Effective Date, arising out of or relating to the Agreements, Amendments or this Settlement Agreement.~~ including, but not limited to, any Claims otherwise related to or arising under the Terminated Contracts, the Financing Transaction or otherwise; *provided, however,* that the foregoing release shall not release EAM from its obligations under this Settlement Agreement, including its obligation to pay Pledgor timely and in full the Pledge Amount and all accrued interest thereon as provided in Section 3 above; and *further, provided,* that the release contained in this Section 4 shall not be effective until the Pledgor has indefeasibly received the Pledge Amount (US 3,900,000) and accrued interest in readily available. TAR hereby expressly waives and relinquishes all rights and benefits afforded by Section 1542 of the Civil Code of California (if any) and does so understanding and acknowledging the significance and consequences of such specific waiver of said provisions of law. Section 1542 of the Civil Code of California states as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Notwithstanding the provisions of Section 1542 of the Civil Code of California, if TAR signs this Settlement Agreement, TAR understands and agrees that the release in this Settlement Agreement is intended to be a full and complete waiver of all claims, if any, which TAR may have and which TAR does not know or suspect to exist in its favor

EAM                                                                                          TAR

10196363 v3

~~SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023~~
~~V2.0~~

against the EAM Releasees, or any one of them, and that this Settlement Agreement extinguishes those claims.  For avoidance of doubt, nothing in this Settlement Agreement shall be construed as restricting in any way Pledgor's or TAR's right to enforce this Settlement Agreement, and the payment of the Pledge Amount as provided herein, against EAM, including incidental or ancillary relief, as may be required at Pledgor's discretion, in any tribunal or forum.

~~The release contained in this Section 4 shall be binding upon  the Pledgor has received the US 3,900,000  in readily available funds; ensuring that EAM has refunded the Margin Value~~ Facility.

~~5.~~ ~~Termination of Agreements.  The Parties hereby agree that any and all contracts, agreements, and understandings between the Parties, including without limitation those contracts entitled "AGREEMENT № EAM-TAR-A-0421-2023" with all Exhibits, including "EXHIBIT A - Pledge WW AGREEMENT № EAM-TAR-A-0421-2023" and the "AMENDMENT N1 - AGREEMENT NO. EAM-TAR-A-0421-2023", but not including this Settlement Agreement, are terminated and cancelled in their entirety with no more force or effect, such that no party shall have any rights, responsibilities or obligations thereunder.~~

6.    Confidentiality.  Each Party agrees that it shall keep the terms, amount, circumstances, data, documentation, company information and facts of this Settlement Agreement, and information of the parties related or not related with this Settlement Agreement, completely confidential and that it will not hereafter disclose any information concerning this Settlement Agreement or about both Parties to anyone. Each Party shall not make any comments, recommendations or express any opinions to any third party neither voluntarily nor if approached, whether related or not related to this Settlement Agreement, *provided, however,* the Parties may make such disclosure to their professional representatives (e.g., attorneys), if any, all of whom will be informed of and agree to be bound by this confidentiality clause or other such disclosures required by law **or to enforce the provisions of this Settlement Agreement**. If any Party receives an inquiry about this Settlement Agreement, such Party shall communicate such approach to the other party and shall agree with the other Party an answer to provide. In such an answer, the Party cannot mention or refer to the other Party in any negative or derogatory way. Further, the Parties shall not post or otherwise disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Confidential Information on the Internet or any other media outlet or platform, including, but not limited to, websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Disclosure of information and facts about this Settlement Agreement, and information of the Parties related or not related to this Settlement Agreement may be used in media, such as Press Releases, Interviews or any other type with the exclusive consent of the Parties. Nothing in this Settlement Agreement shall, however, be deemed to interfere with the Parties' respective obligations to report transactions with appropriate governmental, **law enforcement,** taxing and/or registering agencies **or to cooperate with any investigation by any such agency**. It is understood and agreed that this Settlement Agreement may be offered into evidence to enforce its terms or otherwise in connection with a dispute hereunder. If a Party receives an order from a court, a subpoena, or other lawful command to produce this Settlement Agreement,

EAM                                                                                                        TAR

~~SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023~~
~~V2.0~~

the Party receiving such order, subpoena or command shall use best effort to notify the other Party. In response to that notification, a Party may (but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality of this Settlement Agreement.

7.    Non-Disparagement. Each Party agrees and covenants that they will not at any time, directly or indirectly, make, publish or communicate to any person or entity or in any public forum any defamatory or disparaging remarks, comments, or statements concerning the other Party or its businesses, or any of its employees, officers, shareholders, members or advisors, or any member of the Board. This Clause 7 does not, in any way, restrict or impede the Parties from exercising protected rights to the extent that such rights cannot be waived by agreement or from complying with any applicable law or regulation or a valid order of a court of competent jurisdiction or an authorized government agency, provided that such compliance does not exceed that required by the law, regulation, or order. The Parties shall promptly provide written notice of any such order to the other. The Parties agree and covenant that they shall use their best efforts to cause its officers and directors to refrain from making any defamatory or disparaging remarks, comments, or statements concerning The Parties to any third parties. The Parties agree not to publicize or disclose, or cause to be publicized or disclosed, the Information, directly or indirectly, to any person or entity, except as necessary to enforce the terms of the Settlement Documents. If any Party receives an inquiry about the settlement, such Party will respond only that "the matter has been resolved." or similar words. Further, the Parties shall not post or otherwise disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Information on the Internet or any other media outlet or platform, including but not limited to websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Nothing in this provision shall, however, be deemed to interfere with the Parties' respective obligations to report transactions with appropriate governmental, taxing and/or registering agencies, nor shall this provision interfere with the Parties' disclosures to accountants or attorneys as necessary for legal requirements (for example, disclosure to accountants to demonstrate the charitable nature of the payments). If a Party receives an order from a court, a subpoena, or other lawful command to produce the Settlement Documents, the Party receiving such order, subpoena or command shall notify the other Party. In response to that notification, a Party may (but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality of the Settlement Documents.

~~8.    Common Interest. The Parties agree that their discussions, as far as this Settlement Agreement is concerned, reflect terms that comprise a common legal interest for each of the Parties.~~

8.    ~~9.~~Cooperation and Other Acknowledgements. Each of the Parties hereto shall execute and deliver such documents, instruments and settlement agreements, and take such further actions as may be reasonably required or desirable to carry out the provisions of this Settlement Agreement, **including but not limited to providing to Signature Bank (n/k/a Flagstar Bank) with appropriate notice to effect prompt repayment to Pledgor of the Pledge Amount,** and each of the Parties hereto shall cooperate with each other in connection with the foregoing.

EAM                                                                                                                    TAR

10196363 v3

~~SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023~~
~~V2.0~~

~~10.     Delay payment In case that   Party A delays the return of the Margin Value Facility to the Pledgor under section 2,  the Pledgor  will bear simple interest payable to the Pledgor from the due payment date until the effective return at a rate equal to two percent (2.00%) per annum.~~

**9.**    ~~11.~~ Consultation with Counsel.  The Parties hereto acknowledge that they have had the opportunity to and have consulted with counsel, prior to executing this Settlement Agreement and the terms of this Settlement Agreement have been fully and satisfactorily explained to them.

**10.**    ~~12.~~Representations and Warranties. Each Party represents and warrants that it has full legal right, power and authority to perform his or its obligations hereunder, and to consummate the transactions contemplated hereunder.   Each individual executing this Settlement Agreement represents and warrants that he/she is duly authorized and empowered to enter into and execute of this Settlement Agreement and to bind his/her principal to all of the terms and conditions hereof, and that all corporate actions, if any, required in this regard have been taken and completed.  **Each Party represents and warrants that is has not assigned, transferred or delegated any of its Claims, or its rights, remedies, or obligations under any of the Terminated Contracts. EAM represents and warrants to Pledgor that it is in possession of the Pledge Amount in full and has not transferred such funds to any person.**

**11.**    ~~13.~~Amendment and Modification.  This Settlement Agreement may be modified or amended only by a written instrument(s) signed by the Parties which expressly states that it is the intention of the Parties to amend this Settlement Agreement.

**12.**    ~~14.~~Non-Waiver.  No breach of any provision of this Settlement Agreement shall be deemed waived unless the waiver is in writing and signed by a duly authorized representative of the waiving Party.  Waiver of any one breach shall not be deemed a waiver of any other breach or any other provision of this Settlement Agreement.  Time is "of the essence" concerning all payments hereunder and there shall be no notice required or grace period with respect thereto.

**13.**    ~~15.~~Entire Agreement.  This Settlement Agreement represents the complete and exclusive statement of the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous promises and Settlement Agreements of any kind, as well as negotiations between the Parties hereto with respect to the subject matters covered hereby.  ~~No other agreements, covenants, representations, promises or warranties, expressed or implied, oral or written, have been made by any of the Parties hereto concerning the subject matter hereof.~~

**14.**    ~~16.~~Severability.  If a term or provision of this Settlement Agreement shall be held to be invalid, inoperative or unenforceable for any reason, the validity, operability or enforceability of the remaining terms or provisions shall not be affected, and such terms or provisions shall be deemed modified to the minimum extent necessary to make it enforceable.

EAM                                                                                                              TAR

~~SETTLEMENT AGREEMENT № EAM TAR A-0421-2023~~
~~V2.0~~

**15.**    ~~17.~~Notices:  Any notices under this Settlement Agreement shall be in writing, shall be effective when received, and may be delivered by hand, e-mail, or by overnight delivery service to:

> **If to TAR:**
> Mr MIGUEL ÁNGEL FRANCO HERNÁNDEZ
> CHAIRMAN
> Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro, Querétaro, México, 76090
> mfranco@tarmexico.com
>
> **with a copy to:**
> **Sills Cummis & Gross, P.C.**
> **101 Park Avenue, 28ᵗʰ Floor**
> **New York, NY 10178**
> **Attn:  David B. Newman, Esq.**
> **dnewman@sillscummis.com**
>
> **If to EAM:**
> Mr. CARLOS MANUEL DA SILVA SANTOS
> CEO
> 4660 La Jolla Village Drive, San Diego, California, 92122, United States of America
> Email : carlos@ethosasset.com

**16.**    ~~18.~~Successor and Assigns.  This Settlement Agreement shall be binding upon, inure to the benefit of, and be enforceable by and against the respective heirs, legal representatives, executors, successors, and assigns of the Parties, as applicable.

**17.**    ~~19.~~Captions and Rules of Construction.  The captions in this Settlement Agreement are included only as a matter of convenience and for reference and to not define, limit, or describe the scope of this Settlement Agreement or the scope or content of any of its provisions.  The language and all parts of this Settlement Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the Parties, and without regard to the Party that drafted the same or caused its legal representative to draft the same.

**18.**    ~~20.~~Execution in Counterparts.  This Settlement Agreement may be executed in counterparts and the exchange (by facsimile or email **in pdf format or via DocuSign**) of executed counterparts of this Settlement Agreement shall be deemed execution and delivery thereof and such facsimile or electronic copies shall have the full force and effect as if they were originals.

**19.**    ~~21.~~Remedies.  All remedies available at law or in equity shall be available to the Parties for the enforcement of this Settlement Agreement and/or the Agreements.

EAM                                                                                                      TAR

10196363.v3

~~*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*~~
~~*V2.0*~~

**20.** ~~22.~~No Assignment.  The Parties warrant and represent that they have not assigned, sold, or otherwise conveyed any of the rights released hereunder to any third party.

**21.** **Governing Law; Exclusive Jurisdiction.**

    **a.** ~~23.~~Governing Law.  This Settlement Agreement and the rights and obligations of the Parties hereunder, including any dispute arising out of or in connection with ~~the present~~ this Settlement Agreement, shall be governed by, ~~construed and interpreted in accordance with the laws of the State of New York regarding the following:~~

    ~~a) Arbitration.  In the event of any dispute arising out of or in connection with the present Settlement Agreement the Parties shall refer the dispute to proceedings before the International Chamber of Commerce ("ICC") under the ICC Mediation Rules. The location of Mediation is New York. If the dispute has not been settled pursuant to the said Rules within 60 days following the filing of a Request for Mediation or within such other period as the Parties may agree in writing, such dispute shall thereafter be finally settled under the Rules of Arbitration of the ICC by one arbitrator appointed in accordance with the said Rules of Arbitration. The location of Arbitration is New York. The language of the arbitration shall be English. The losing Party of the arbitration, or any litigation of any kind involving this Settlement Agreement, shall bear all the expenses connected with the arbitration procedure or litigation, including the winning Party's attorney fees, unless otherwise agreed by the Parties or as required by the Arbitration ruling.~~

    ~~b) Governing Law. This Settlement Agreement is subject to the Uniform Rules of ICC. In all matters not regulated by the Uniform Rules of the ICC, this Settlement Agreement is governed by and shall be~~ enforced under, construed and interpreted in accordance with the laws of the State of New York without giving effect to the conflict of laws principles thereof **that would apply the laws of any other jurisdiction.**

    **b.** **Exclusive Jurisdiction.**  The ~~parties~~ Parties irrevocably and unconditionally submit to the exclusive jurisdiction of the federal and state courts located in the Borough of Manhattan, City, County and State of New York, for any proceedings commenced regarding this Settlement Agreement, the parties irrevocably submit to the jurisdiction of such courts for the determination of all issues in such proceedings, and irrevocably waive any objection to venue or inconvenient forum for any proceeding brought in any such court. ~~The parties irrevocably and unconditionally waive any right to trial by jury with respect to any proceeding relating~~ **Each Party** to this Settlement Agreement, **hereby waives to the extent not prohibited by applicable law, and agrees not to assert, by way of motion, as a defense or otherwise, in any such action, any claim that**

EAM                                                                                                      TAR

*SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023*
*V2.0*

he/ it is not subject personally to the jurisdiction of the above-named courts or that any such action brought in one of the above-named courts should be dismissed on grounds of forum non conveniens, or should be stayed by reason of the pendency of some other proceeding in any other court other than one of the above-named courts, or that this Agreement or the subject matter hereof may not be enforced in or by such court and hereby agrees not to commence any such action other than before one of the above-named courts. Notwithstanding the previous sentence, a Party may commence any action in a court other than the above-named courts solely for the purpose of enforcing an order or judgment issued by one of the above-named courts.

c. Waiver of Right to Jury Trial. EACH PARTY WAIVES ITS RIGHT TO A TRIAL BY JURY IN ALL MATTERS RELATING TO AND ARISING UNDER THIS SETTLEMENT AGREEMENT, INCLUDING TORTS. EACH PARTY HAS INITIALED THIS PROVISION TO INDICATE THAT THE PARTY HAS READ THE PROVISION AND MAKES THE WAIVER KNOWINGLY, INTENTIONALLY, AND VOLUNTARILY.

c) Waiver of Right to Jury Trial. EAM waives its right to a trial by jury in all matters relating to and arising under this Settlement Agreement, including torts. Each party has initialed this provision to indicate that the party has read the provision and makes the waiver knowingly, intentionally, and voluntarily.

[REMAINING PART OF THIS PAGE INTENTIONALLY LEFT BLANK]

EAM                                                                          TAR

10196363 v3

~~SETTLEMENT AGREEMENT № EAM-TAR-A-0421-2023~~
~~V2.0~~

THEREFORE, THE PARTIES, INTENDING TO BE BOUND, HAVE MADE AND ENTERED INTO THIS SETTLEMENT AGREEMENT AS OF THE FOLLOWING EFFECTIVE DATE: NOVEMBER ~~07ᵀᴴ~~_____, 2023.

LINK CONEXIÓN AÉREA SA DE CVAND PLEDGOR

BY: MIGUEL ÁNGEL FRANCO HERNÁNDEZ

Signature: _____

Date: ~~NOVEMBER/08/2023~~NOVEMBER/____/2023

MIGUEL ÁNGEL FRANCO HERNÁNDEZ

Signature: _____

Date: NOVEMBER/____/2023

ETHOS ASSET MANAGEMENT INC

BY: Mr. CARLOS MANUEL DA SILVA SANTOS

Signature: _____

~~NOVEMBER/08/2023~~

Date: NOVEMBER/____/2023

-END OF DOCUMENT-

EAM                                                                          TAR

10196363 v3



EAM                                                                    TAR

10196363.v3

| Summary Report | |
|---|---|
| Title | **compareDocs Comparison Results** |
| Date & Time | 11/28/2023 4:54:10 PM |
| Comparison Time | 0.81 seconds |
| compareDocs version | v5.0.200.14 |

| Sources | |
|---|---|
| Original Document | [#10196363] [v2] SETTLEMENT AGREEMENT No EAM-EAM-TAR-A-1103-2023.docx |
| Modified Document | [#10196363] [v4] SETTLEMENT AGREEMENT No EAM-EAM-TAR-A-1103-2023 (SCG Comments 11-28-23).docx |

| Comparison Statistics | |
|---|---|
| Insertions | 65 |
| Deletions | 37 |
| Changes | 28 |
| Moves | 32 |
| Font Changes | 0 |
| Paragraph Style Changes | 0 |
| Character Style Changes | 0 |
| TOTAL CHANGES | 162 |
| | |
| | |
| | |

| Word Rendering Set Markup Options | |
|---|---|
| Name | Sills Bold |
| Insertions | |
| ~~Deletions~~ | |
| Moves / ~~Moves~~ | |
| Font Changes | |
| Paragraph Style Changes | |
| Character Style Changes | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Changed lines | Mark left border. |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after saving | General | Always |
| Report Type | Word | Redline |
| Character Level | Word | False |
| Include Comments | Word | True |
| Include Field Codes | Word | True |
| Flatten Field Codes | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include Headers / Footers | Word | True |
| Image compare mode | Word | Insert/Delete |
| Include List Numbers | Word | True |
| Include Quotation Marks | Word | False |
| Show Moves | Word | True |
| Include Tables | Word | True |
| Include Text Boxes | Word | True |
| Show Reviewing Pane | Word | True |
| Summary Report | Word | End |
| Detail Report | Word | Separate (View Only) |
| Document View | Word | Print |

# SETTLEMENT AGREEMENT

This Settlement Agreement ("**Settlement Agreement**") is entered into as of November ___, 2023 (the "**Effective Date**") by **ETHOS ASSET MANAGEMENT INC.,** a corporation incorporated under the laws of the State of California, having its principal place of business at 4660 La Jolla Village Drive, San Diego, California 92122, herein represented by **CARLOS MANUEL DA SILVA SANTOS ("Party A" or "EAM"),** and **LINK CONEXIÓN AÉREA SA DE CV,** a corporation incorporated under the laws of México, having its principal place of business at Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro, Querétaro, México, 76090, herein represented by **MIGUEL ÁNGEL FRANCO HERNÁNDEZ** ("Party B" or **TAR**), and **Mr. MIGUEL ÁNGEL FRANCO HERNÁNDEZ,** an individual with a place of business at Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro, Querétaro, México ("**Pledgor**"). Each party hereto may be referred to as a "**Party**" or, in aggregate, as the "**Parties**".

**WHEREAS,** EAM and TAR entered into AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023, entitled "Tar Mexico Expansion", as amended, by AMENDMENT No 1 – AGREEMENT No. EAM-TAR-A-0421-2023, dated August 4, 2023 (collectively, as amended, the "**Financing Agreement**"), pursuant to which EAM agreed to provide certain project financing to TAR up to US$20,000,000, with it being contemplated that EAM would provide an additional US$31,000,000 in financing pursuant to a separate subsequent agreement that was never executed (collectively, the "**Financing Transaction**"); and

**WHEREAS,** as security for TAR's obligations arising from any financing received by TAR under the Financing Agreement, Pledgor and EAM executed and delivered that certain Pledge AGREEMENT № EAM-TAR-A-0421-2023, dated June 12, 2023 (the "**Pledge Agreement**"); and

**WHEREAS,** pursuant to Section 12 of the Pledge Agreement, to evidence and secure EAM's obligation to repay to Pledgor the funds pledged thereunder, EAM executed and delivered to Pledgor a promissory note dated effective June 12, 2023 in the amount of three million nine hundred thousand United States dollars (US$3,900,000)(the "**Promissory Note**") and Section 3 (Security) of the Promissory Note provides that the Promissory Note is guaranteed by the principal cash deposit in the accounts of EAM; and

**WHEREAS,** on June 28, 2023, Pledgor wired the sum of US$3,900,000 (the "**Pledge Amount**") for the benefit of EAM at its bank account 1504707896 at Signature Bank (now known as Flagstar Bank), which amount was received by Signature Bank on June 28, 2023 (federal reference number: 20230628B6B7261F00018006280637FT03 000000149 5) and is held by EAM at such bank; and

**WHEREAS,** EAM has not provided any financing nor has it advanced any loans or funds to TAR pursuant to the Financing Agreement or otherwise in connection with the Financing Transaction and, accordingly, the Parties for reasons well-considered no longer wish to continue their business relationship;

**WHEREAS,** the Parties have agreed to settle the disputes between them, pursuant to the terms of

EAM                                                                                                              TAR

10196363 v3

this Settlement Agreement, and that EAM shall refund the Pledge amount to Pledgor and otherwise they will terminate the contracts and agreements between them, except for this Settlement Agreement, all subject to the terms below.

**NOW, THEREFORE,** in consideration for the mutual promises contained herein, and other good and valuable considerations, the sufficiency of which is hereby acknowledged, the Parties hereto expressly consent to and agree as follows:

1. <u>Recitals</u>.  The Parties represent, warrant, confirm acknowledge and agree that facts set forth in the Recitals above, are true and correct and are incorporated herein by reference as a part of this Agreement, as if set forth herein.

2. <u>Termination of Agreements.</u>  The Parties hereby terminate the Finance Agreement, the Pledge Agreement and all amendments thereto and any and all contracts, agreements, and understandings between the Parties relating to the Finance Transaction (the **"Cancelled Agreements"**).  The Parties hereby agree that, except as provided in this Settlement Agreement, including but not limited to EAM's obligation to repay to Pledgor the Pledge Amount, and any interest thereon, the Cancelled Agreements shall have no more force or effect, and no Party shall have any rights, responsibilities, obligations or liabilities thereunder, including without limitation any liabilities in connection with the Financing Transaction.  For avoidance of doubt, EAM acknowledges and agrees that it is not entitled to and, to the extent they existed, hereby waives any and all fees to which it would have been entitled under the Cancelled Agreement, including but not limited to the 3% operation fee and the 2% intermediary fee. .  The foregoing termination shall not affect EAM's obligation to repay to Pledgor the Pledge Amount as provided herein.

3. Repayment of the Pledge Amount. Concurrently with the execution of this Agreement, and as a condition precedent to all of TAR's and Pledgor's agreements, releases and obligations herein, EAM shall immediately repay to Pledgor the Pledge Amount in full.

   a. Without limiting or restricting EAM's obligation to repay the Pledge Amount, EAM will promptly, but no more than two (2) business days from the Effective Date instruct and provide a SWIFT MT103 Form certified by a SWIFT GPI tracker provider such as TMS (Track My Swift), to Pledgor of the actual payment return of the Pledge Amount in the amount of USD 3,900,000 (THREE MILLION NINE HUNDRED THOUSAND US DOLLARS).

   b. EAM shall wire the funds to the Pledgor in accordance with the following wiring instructions:

   Bank Name: Banque Pictet & Cie
   Bank Address: Route des Acacias 60, 1211 Geneva 73. Switzerland
   Account Name: Miguel Angel Franco

EAM                                                                                                    TAR

Account Holder Address: Blvd. Bernardo Quintana cs-9800 A-701C Col. Centro
Sur Querétaro, Querétaro México 76090.
Account Number: 133203
SWIFT CODE: PICTCHGG
ROUTING NUMBER = IBAN NUMBER: CH4508755013320300100

c.   The payment of the Pledge Amount shall be accompanied by interest thereon at
the rate of five percent (5%) per annum (the "**Contract Rate**") commencing
from June, 28, 2023 until paid in full.

d.   If the Pledge Amount including all accrued interest is not paid in full to Pledgor
on or before [November ___, 2023], all outstanding unpaid amounts shall bear
interest shall not bear interest until indefeasibly received in full by Pledgor, at the
rate equal to twenty four percent (24%) per annum in excess of the Contract
Rate.

4.   Release by EAM.   EAM, hereby releases, acquits, and forever discharges TAR, Pledgor
and all of their respective affiliates, successors, assigns, parents, subsidiaries, affiliates,
designees, employees, officers, owners, directors, trustees, agents, administrators, insurers,
attorneys and other representatives (collectively, "**TAR Releasees**") of, and covenants
not to sue for, any and all charges, claims, actions, causes of action, rights, judgments,
demands, liabilities, suits, debts, obligations, contract rights, damages sums of money,
accounts, reckonings, or accountings and complaints of any kind and of whatever nature,
in law or in equity, whether matured or unmatured, discoverable or not discoverable, fixed
or contingent, known or unknown occurring, which have arisen or are now arising on or
prior to the Effective Date, whether presently asserted or not, including all claims which
have been made or could in the future be made (collectively, the "**Claims**") by reason of
any matter, cause or thing, whether known or unknown, which EAM may have against
any of the TAR Releasees as of the Effective Date, including, but not limited to, any Claims
otherwise related to or arising under the Terminated Contracts, the Financing Transaction
or otherwise.   EAM hereby expressly waives and relinquishes all rights and benefits
afforded by Section 1542 of the Civil Code of California (if any) and does so understanding
and acknowledging the significance and consequences of such specific waiver of said
provisions of law.  Section 1542 of the Civil Code of California states as follows:

"A general release does not extend to claims which the creditor does not know or
suspect to exist in his favor at the time of executing the release, which if known by
him must have materially affected his settlement with the debtor."

Notwithstanding the provisions of Section 1542 of the Civil Code of California, if EAM
signs this Settlement Agreement, EAM understands and agrees that the release in this
Settlement Agreement is intended to be a full and complete waiver of all claims, if any,
which EAM may have and which EAM does not know or suspect to exist in its favor
against the TAR Releasees, or any one of them, and that this Settlement Agreement
extinguishes those claims.

EAM                                                                                      TAR

10196363 v3

5. <u>Release by TAR and the Pledgor</u>; Each of TAR and the Pledgor releases, acquits, and forever discharges EAM and all of its affiliates, successors, assigns, parents, subsidiaries, affiliates, designees, employees, officers, owners, directors, trustees, agents, administrators, insurers, attorneys and other representatives ("**EAM Releasees**") of any and all Claims by reason of any matter, cause or thing, whether known or unknown, which TAR may have against any of the EAM Releases as of the Effective Date, including, but not limited to, any Claims otherwise related to or arising under the Terminated Contracts, the Financing Transaction or otherwise; *provided, however,* that the foregoing release shall not release EAM from its obligations under this Settlement Agreement, including its obligation to pay Pledgor timely and in full the Pledge Amount and all accrued interest thereon as provided in Section 3 above; and *further, provided,* that the release contained in this Section 4 shall not be effective until the Pledgor has indefeasibly received the Pledge Amount (US 3,900,000) and accrued interest in readily available. TAR hereby expressly waives and relinquishes all rights and benefits afforded by Section 1542 of the Civil Code of California (if any) and does so understanding and acknowledging the significance and consequences of such specific waiver of said provisions of law. Section 1542 of the Civil Code of California states as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Notwithstanding the provisions of Section 1542 of the Civil Code of California, if TAR signs this Settlement Agreement, TAR understands and agrees that the release in this Settlement Agreement is intended to be a full and complete waiver of all claims, if any, which TAR may have and which TAR does not know or suspect to exist in its favor against the EAM Releasees, or any one of them, and that this Settlement Agreement extinguishes those claims. For avoidance of doubt, nothing in this Settlement Agreement shall be construed as restricting in any way Pledgor's or TAR's right to enforce this Settlement Agreement, and the payment of the Pledge Amount as provided herein, against EAM, including incidental or ancillary relief, as may be required at Pledgor's discretion, in any tribunal or forum.

6. <u>Confidentiality</u>. Each Party agrees that it shall keep the terms, amount, circumstances, data, documentation, company information and facts of this Settlement Agreement, and information of the parties related or not related with this Settlement Agreement, completely confidential and that it will not hereafter disclose any information concerning this Settlement Agreement or about both Parties to anyone. Each Party shall not make any comments, recommendations or express any opinions to any third party neither voluntarily nor if approached, whether related or not related to this Settlement Agreement, *provided, however,* the Parties may make such disclosure to their professional representatives (e.g., attorneys), if any, all of whom will be informed of and agree to be bound by this confidentiality clause or other such disclosures required by law or to enforce the provisions of this Settlement Agreement. If any Party receives an inquiry about this Settlement Agreement, such Party shall communicate such approach to the other party and shall agree with the other Party an answer to provide. In such an answer, the Party cannot mention or refer to the other Party in any negative or

EAM                                                                                                      TAR

derogatory way. Further, the Parties shall not post or otherwise disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Confidential Information on the Internet or any other media outlet or platform, including, but not limited to, websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Disclosure of information and facts about this Settlement Agreement, and information of the Parties related or not related to this Settlement Agreement may be used in media, such as Press Releases, Interviews or any other type with the exclusive consent of the Parties. Nothing in this Settlement Agreement shall, however, be deemed to interfere with the Parties' respective obligations to report transactions with appropriate governmental, law enforcement, taxing and/or registering agencies or to cooperate with any investigation by any such agency. It is understood and agreed that this Settlement Agreement may be offered into evidence to enforce its terms or otherwise in connection with a dispute hereunder. If a Party receives an order from a court, a subpoena, or other lawful command to produce this Settlement Agreement, the Party receiving such order, subpoena or command shall use best effort to notify the other Party. In response to that notification, a Party may (but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality of this Settlement Agreement.

      7.   <u>Non-Disparagement</u>. Each Party agrees and covenants that they will not at any time, directly or indirectly, make, publish or communicate to any person or entity or in any public forum any defamatory or disparaging remarks, comments, or statements concerning the other Party or its businesses, or any of its employees, officers, shareholders, members or advisors, or any member of the Board. This Clause 7 does not, in any way, restrict or impede the Parties from exercising protected rights to the extent that such rights cannot be waived by agreement or from complying with any applicable law or regulation or a valid order of a court of competent jurisdiction or an authorized government agency, provided that such compliance does not exceed that required by the law, regulation, or order. The Parties shall promptly provide written notice of any such order to the other. The Parties agree and covenant that they shall use their best efforts to cause its officers and directors to refrain from making any defamatory or disparaging remarks, comments, or statements concerning The Parties to any third parties. The Parties agree not to publicize or disclose, or cause to be publicized or disclosed, the Information, directly or indirectly, to any person or entity, except as necessary to enforce the terms of the Settlement Documents. If any Party receives an inquiry about the settlement, such Party will respond only that "the matter has been resolved." or similar words. Further, the Parties shall not post or otherwise disclose or reveal, or cause to be disclosed or revealed, to any person or entity any of the Information on the Internet or any other media outlet or platform, including but not limited to websites, newspapers, email, text, Facebook, Instagram, LinkedIn, and Twitter. Nothing in this provision shall, however, be deemed to interfere with the Parties' respective obligations to report transactions with appropriate governmental, taxing and/or registering agencies, nor shall this provision interfere with the Parties' disclosures to accountants or attorneys as necessary for legal requirements (for example, disclosure to accountants to demonstrate the charitable nature of the payments). If a Party receives an order from a court, a subpoena, or other lawful command to produce the Settlement Documents, the Party receiving such order, subpoena or command shall notify the other Party. In response to that notification, a Party may (but does not have to) pursue whatever legal action they deem necessary to preserve the confidentiality of the Settlement Documents.

      8.   <u>Cooperation and Other Acknowledgements.</u> Each of the Parties hereto shall execute and deliver such documents, instruments and settlement agreements, and take such further actions as may be reasonably required or desirable to carry out the provisions of this Settlement Agreement,

EAM                                                   TAR

10196363 v3

including but not limited to providing to Signature Bank (n/k/a Flagstar Bank) with appropriate notice to effect prompt repayment to Pledgor of the Pledge Amount, and each of the Parties hereto shall cooperate with each other in connection with the foregoing.

9.     Consultation with Counsel.  The Parties hereto acknowledge that they have had the opportunity to and have consulted with counsel, prior to executing this Settlement Agreement and the terms of this Settlement Agreement have been fully and satisfactorily explained to them.

10.     Representations and Warranties. Each Party represents and warrants that it has full legal right, power and authority to perform his or its obligations hereunder, and to consummate the transactions contemplated hereunder.    Each individual executing this Settlement Agreement represents and warrants that he/she is duly authorized and empowered to enter into and execute of this Settlement Agreement and to bind his/her principal to all of the terms and conditions hereof, and that all corporate actions, if any, required in this regard have been taken and completed. Each Party represents and warrants that is has not assigned, transferred or delegated any of its Claims, or its rights, remedies, or obligations under any of the Terminated Contracts.  EAM represents and warrants to Pledgor that it is in possession of the Pledge Amount in full and has not transferred such funds to any person.

11.     Amendment and Modification.   This Settlement Agreement may be modified or amended only by a written instrument(s) signed by the Parties which expressly states that it is the intention of the Parties to amend this Settlement Agreement.

12.     Non-Waiver.  No breach of any provision of this Settlement Agreement shall be deemed waived unless the waiver is in writing and signed by a duly authorized representative of the waiving Party.  Waiver of any one breach shall not be deemed a waiver of any other breach or any other provision of this Settlement Agreement.  Time is "of the essence" concerning all payments hereunder and there shall be no notice required or grace period with respect thereto.

13.     Entire Agreement. This Settlement Agreement represents the complete and exclusive statement of the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous promises and Settlement Agreements of any kind, as well as negotiations between the Parties hereto with respect to the subject matters covered hereby.

14.     Severability.  If a term or provision of this Settlement Agreement shall be held to be invalid, inoperative or unenforceable for any reason, the validity, operability or enforceability of the remaining terms or provisions shall not be affected, and such terms or provisions shall be deemed modified to the minimum extent necessary to make it enforceable.

15.     Notices:  Any notices under this Settlement Agreement shall be in writing, shall be effective when received, and may be delivered by hand, e-mail, or by overnight delivery service to:

**If to TAR:**
Mr MIGUEL ÁNGEL FRANCO HERNÁNDEZ
CHAIRMAN
Blvd. Bernardo Quintana CS-9800 A-701C Colonia Centro Sur, Querétaro,
Querétaro, México, 76090

EAM                                                                                                              TAR

10196363 v3

mfranco@tarmexico.com

with a copy to:
Sills Cummis & Gross, P.C.
101 Park Avenue, 28th Floor
New York, NY 10178
Attn:  David B. Newman, Esq.
dnewman@sillscummis.com

**If to EAM:**
Mr. CARLOS MANUEL DA SILVA SANTOS
CEO
4660 La Jolla Village Drive, San Diego, California, 92122, United States of America
Email : carlos@ethosasset.com

16.    Successor and Assigns.  This Settlement Agreement shall be binding upon, inure to the benefit of, and be enforceable by and against the respective heirs, legal representatives, executors, successors, and assigns of the Parties, as applicable.

17.    Captions and Rules of Construction.  The captions in this Settlement Agreement are included only as a matter of convenience and for reference and to not define, limit, or describe the scope of this Settlement Agreement or the scope or content of any of its provisions.  The language and all parts of this Settlement Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the Parties, and without regard to the Party that drafted the same or caused its legal representative to draft the same.

18.    Execution in Counterparts.  This Settlement Agreement may be executed in counterparts and the exchange (by facsimile or email in pdf format or via DocuSign) of executed counterparts of this Settlement Agreement shall be deemed execution and delivery thereof and such facsimile or electronic copies shall have the full force and effect as if they were originals.

19.    Remedies.  All remedies available at law or in equity shall be available to the Parties for the enforcement of this Settlement Agreement and/or the Agreements.

20.    No Assignment.  The Parties warrant and represent that they have not assigned, sold, or otherwise conveyed any of the rights released hereunder to any third party.

21.    Governing Law; Exclusive Jurisdiction.

a.    Governing Law.  This Settlement Agreement and the rights and obligations of the Parties hereunder, including any dispute arising out of or in connection with this Settlement Agreement, shall be governed by, enforced under, construed and interpreted in accordance with the laws of the State of New York without giving effect to the conflict of laws principles thereof that would apply the laws of any other jurisdiction.

EAM                                                                                                              TAR

10196363 v3

b. <u>Exclusive Jurisdiction</u>. The Parties irrevocably and unconditionally submit to the exclusive jurisdiction of the federal and state courts located in the Borough of Manhattan, City, County and State of New York, for any proceedings commenced regarding this Settlement Agreement, the parties irrevocably submit to the jurisdiction of such courts for the determination of all issues in such proceedings, and irrevocably waive any objection to venue or inconvenient forum for any proceeding brought in any such court. Each Party to this Settlement Agreement, hereby waives to the extent not prohibited by applicable law, and agrees not to assert, by way of motion, as a defense or otherwise, in any such action, any claim that he/ it is not subject personally to the jurisdiction of the above-named courts or that any such action brought in one of the above-named courts should be dismissed on grounds of forum non conveniens, or should be stayed by reason of the pendency of some other proceeding in any other court other than one of the above-named courts, or that this Agreement or the subject matter hereof may not be enforced in or by such court and hereby agrees not to commence any such action other than before one of the above-named courts. Notwithstanding the previous sentence, a Party may commence any action in a court other than the above-named courts solely for the purpose of enforcing an order or judgment issued by one of the above-named courts.

c. <u>Waiver of Right to Jury Trial</u>. EACH PARTY WAIVES ITS RIGHT TO A TRIAL BY JURY IN ALL MATTERS RELATING TO AND ARISING UNDER THIS SETTLEMENT AGREEMENT, INCLUDING TORTS. EACH PARTY HAS INITIALED THIS PROVISION TO INDICATE THAT THE PARTY HAS READ THE PROVISION AND MAKES THE WAIVER KNOWINGLY, INTENTIONALLY, AND VOLUNTARILY.


[REMAINING PART OF THIS PAGE INTENTIONALLY LEFT BLANK]


EAM                                                                                                TAR

10196363 v3

THEREFORE, THE PARTIES, INTENDING TO BE BOUND, HAVE MADE AND ENTERED INTO THIS SETTLEMENT AGREEMENT AS OF THE FOLLOWING EFFECTIVE DATE: NOVEMBER _____ , 2023.

LINK CONEXIÓN AÉREA SA DE CVAND PLEDGOR
BY: MIGUEL ÁNGEL FRANCO HERNÁNDEZ

Signature: _____
Date: NOVEMBER/___/2023

MIGUEL ÁNGEL FRANCO HERNÁNDEZ

Signature: _____
Date: NOVEMBER/____/2023

ETHOS ASSET MANAGEMENT INC
BY: Mr. CARLOS MANUEL DA SILVA SANTOS

Signature: _____
Date: NOVEMBER/___/2023

-END OF DOCUMENT-

EAM                                                                                          TAR

9/9

10196363 v3

# EXHIBIT CC

# Sills Cummis & Gross

A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

David B. Newman
Member
Admitted In NY, NJ, FL
Direct Dial: 212-500-1532
Email: dnewman@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

November 29, 2023

**Via Email: R.Patrick.Quinn@MYNYCB.com**

R. Patrick Quinn, Esq.
Senior Executive Vice President, General Counsel
  & Corporate Secretary
New York Community Bank, a division of Flagstar Bank, N.A.,
  (formerly known as Signature Bank, N.A.)
102 Duffy Avenue
Hicksville, NY 11801

    Re:     **Bank Account No. 1504707896/Ethos Asset Management Inc.**

Dear Mr. Quinn:

This firm represents Link Conexion Aerea SA de CV ("TAR"), a Mexican corporation, and its principal, Mr. Miguel Ángel Franco Hernández. TAR entered into a financing agreement, as amended, dated August 4, 2023, with your customer Ethos Asset Management Inc. ("ETHOS") (the "Agreement").

Pursuant to the Agreement, Mr. Hernández wire transferred and deposited in ETHOS Account Number 1504707896 at your bank a pledged deposit in the sum of $3.9 million on June 28, 2023. A copy of the wire transfer confirmation is enclosed herewith. The deposit was to serve as security for TAR's obligations arising from any financing received by TAR from ETHOS pursuant to the Agreement. ETHOS contemporaneously executed a promissory note evidencing the sum of $3.9 million and its obligation to refund the pledge when it was no longer necessary.

No financing ever took place under the Agreement and TAR and ETHOS have since agreed to unwind and terminate the Agreement without moving forward with any financing. Accordingly, ETHOS has agreed to release the $3.9 million pledged deposit to Mr. Hernández pursuant to a settlement agreement which the parties are currently negotiating.

**Sills Cummis & Gross**
A Professional Corporation

November 29, 2023
Page 2

I write to put New York Community Bank, a division of Flagstar Bank, N.A., f/k/a as Signature Bank, N.A. on notice of this so that Mr. Hernández funds, currently held in ETHOS' account are maintained and are not distributed or released until such time as the Bank is presented with a fully executed settlement agreement.

If you have any questions or concerns, please contact me directly.

Sincerely yours,

David B. Newman

DN:sm

Encl.

cc. ETHOS Asset Management Inc. (leandro@ethosasset.com ); (carlos@ethosasset.com); (elias@ethosasset.com); (hans@ethosasset.com)

```
RFK: 230628PN28750754          PCO.JMS.TO.ARCHIVING/2023-06-28 12:36:40/Page 1
TRN: 881162182/M103                UETR: 951339e6-96f7-4dcf-a4e8-3163a5f6613a
--------------------------------------------------------------------------------
* Outgoing *
        MT: 103 Single Customer Credit Transfer
    Sender: PICTCHGGXXX
            BANQUE PICTET ET CIE SA
            GENEVA / SWITZERLAND
  Receiver: CITIUS33XXX
            CITIBANK N.A.
            NEW YORK / UNITED STATES OF AMERICA
Data Owner: CHGG-VIR                            Internal Priority: Urgent
     Stage: FinalSentOK  TransRef:230628PICTCHGGAXXX9578144252
     Input: 9578/144252/2023-06-28 12:36:40
   FINCopy:
       MUR: 881162182/M103
--------------------------------------------------------------------------------
Single Customer Credit Transfer:
:20 :Sender's Reference:            881162182/M103
:23B:Type:                         CRED
:32A:Value Date/Currency/Interbank Settl./Date - Currency - Amount:
        Date:                      230628
        Currency:                  USD
        Amount:                    3'900'015,0
:33B:Currency/Instructed Amount/Currency - Amount:
        Currency:                  USD
        Amount:                    3'900'000,0
:50F:Ordering Customer/Party Identifier - Number/Name and .:
        Account:                   CH4508755013320300100
        Number:                    1
        Details:                   EDUARDO MIGUEL FRANCO ALVAREZ,
        Number:                    1
        Details:                   MIGUEL ANGEL FRANCO HERNANDEZ
        Number:                    3
        Details:                   MX
        Number:                    6
        Details:                   CH/PICTET ET CIE SA/01PCO009PFY
:53B:Sender's Correspondent/Party Identifier - Location:
        Party Identifier:          /10938027
:57A:Account With Institution/Party Identifier - Identifier Code:
        Identifier Code:           SIGNUS33
:59 :Beneficiary Customer/Account - Name and Address:
        Account:                   1504707896
        Line:                      ETHOS ASSET MANAGEMENT INC
:71A:Code:                         OUR
:71G:Receiver's Charges/Currency - Amount:
        Currency:                  USD
        Amount:                    15,0
----------------------- E N D   M E S S A G E -----------------------------
```

# EXHIBIT DD

# Sills Cummis & Gross
### A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

David B. Newman
Member
Admitted In NY, NJ, FL
Direct Dial: 212-500-1532
Email: dnewman@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

December 13, 2023

By Email: christopher.beeler@usdoj.gov
                 carl.brooker@usdoj.gov

E. Christopher Beeler, Esq.
Carl F. Brooker, IV, Esq.
Assistant United States Attorneys
United States Attorney's Office
Southern District of California
Federal Office Building
880 Front Street
San Diego, CA 92101-8807

Re:    **Carlos Manuel da Silva Santos**

Gentlemen:

This firm represents Link Conexion Aerea Sa de CV ("Link") and Miguel Angel Franco Hernández ("Franco") who were duped by Carlos Manuel da Silva Santos ("Santos") and Ethos Asset Management Inc. ("Ethos") similar to others, as reported both in the press and in press releases from your office. We wanted to bring this particular matter to your attention to the extent it would be helpful in your prosecution of Santos.

Our clients, Link and Franco, entered into a financing agreement with Santos and Ethos dated June 12, 2023, as amended August 4, 2023, pursuant to which Ethos agreed to loan funds to Link (the "Agreement"). Pursuant to the Agreement, Franco wire transferred and deposited in Ethos Account Number 1504707896 at Signature Bank (now New York Community Bank, a division of Flagstar Bank, N.A.) a pledged deposit in the sum of $3.9 million on June 28, 2023. The deposit was to serve as security for Link's obligations arising from any financing received by Link from Ethos pursuant to the Agreement. Ethos contemporaneously executed a promissory note evidencing the sum of $3.9 million and its obligation to refund the pledge when it was no longer necessary.

**Sills Cummis & Gross**
A Professional Corporation

December 13, 2023
Page 2

No financing ever took place under the Agreement and Link and Ethos have since agreed to unwind and terminate the Agreement without moving forward with any financing. Accordingly, Ethos has agreed to release the $3.9 million pledged deposit to Franco pursuant to a settlement agreement which the parties are currently negotiating.

Because of Santos' arrest and indictment, the account into which the $3.9 million was deposited is now frozen and Link/Franco cannot get their funds back.

From what we have read, Link/Franco are not the only ones who have been swindled by Santos and Ethos. We intend to follow this matter for our clients to see if they can recover their money. If there is any information we can provide that would assist your prosecution of Santos, please let us know.

Sincerely yours,

David B. Newman

DN:sm

10242495.v1